B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Deep Marine Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**26-0261275** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**20411 Imperial Valley**<br>**Houston, TX**<br>ZIP CODE **77073-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Debts
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [X] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (1/08) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Deep Marine Holdings, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Addendum** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08) | Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Deep Marine Holdings, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signature: Marcy E. Kurtz]*
Signature of Attorney for Debtor(s)
**Marcy E. Kurtz 11768600**
Printed Name of Attorney for Debtor(s)
**Bracewell & Giuliani LLP**
Firm Name
**711 Louisiana**
**Suite 2300**
**Houston, TX 77002-2770**
Address

**713-223-2300 Fax:713-221-1212**
Telephone Number
December 3, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**John Hudgens**
Printed Name of Authorized Individual
**Chief Financial Officer**
Title of Authorized Individual
December 3, 2009
Date

Addendum to Chapter 11 Petition for Deep Marine Holdings, Inc.

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR

On the date hereof, each of the affiliated entities listed below (including the Debtor in this Chapter 11 case) filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

Deep Marine Holdings, Inc.

Deep Marine Technology Incorporated

Deep Marine 1, LLC

Deep Marine 2, LLC

Deep Marine 3, LLC

Deep Marine 4, LLC

HOUSTON\2339506.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| DEEP MARINE HOLDINGS, INC. | § | CASE NO. _____ |
| | § | |
| DEBTOR. | § § | CHAPTER 11 |

### DEEP MARINE HOLDINGS, INC.'S STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(A)(1)

Deep Marine Holdings, Inc., for its statement pursuant to Fed. R. Bankr. P. 1007(a)(1) respectfully represents that the following entities own, directly or indirectly, 10% or more of a class of Deep Marine Holdings, Inc.'s equity interests:

DCC Ventures, LLC

Otto Candies, LLC

Respectfully submitted,

/s/ Marcy E. Kurtz
Marcy E. Kurtz
Texas Bar No. 11768600
Marcy.Kurtz@bgllp.com
William A. (Trey) Wood, III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**PROPOSED ATTORNEYS FOR THE DEBTOR**

## DEEP MARINE HOLDINGS, INC.

### SECRETARY'S CERTIFICATE

The undersigned, the duly appointed Secretary of Deep Marine Holdings, Inc., a Delaware corporation (the "Corporation"), DOES HEREBY CERTIFY that attached hereto as Exhibit A are true, correct and complete copies of the resolutions duly adopted by the Board of Directors of the Corporation (the "Board of Directors") on December 3, 2009, authorizing the Corporation to immediately commence voluntary proceedings under title 11 of the United States Code. The aforementioned resolutions have not been amended, rescinded or modified since their adoption, remain in full force and effect as of the date hereof and represent the only resolutions adopted or action taken by, or on behalf of, the Board of Directors or any committee thereof relating to the matters described above.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of December 3, 2009.

By: _____
Name: John Mudgens
Title: Vice President, Chief Financial Officer and Secretary

HOUSTON\2341033.1

Exhibit A

## Resolutions Unanimously Approved
## by the Board of Directors of
## Deep Marine Holdings, Inc.

WHEREAS, Deep Marine Technology Incorporated, a Texas corporation ("Deep Marine"), is a wholly owned subsidiary of Deep Marine Holdings, Inc., a Delaware corporation (the "Corporation"); and

WHEREAS, Deep Marine is the sole member of each of (1) Deep Marine 1, LLC, a Louisiana limited liability company ("DM 1"), (2) Deep Marine 2, LLC, a Delaware limited liability company ("DM 2"), (3) Deep Marine 3, LLC, a Delaware limited liability company ("DM 3"), and (4) Deep Marine 4, LLC, a Delaware limited liability company ("DM 4" and together with Deep Marine, DM 1, DM 2 and DM 3, the "Deep Marine Entities"); and

WHEREAS, the Board of Directors of the Corporation (the "Board"), after due and careful consideration of the financial situation of the Corporation and the Deep Marine Entities and their available alternatives, has determined that it would be desirable and in the best interests of the Corporation and the Deep Marine Entities to immediately commence voluntary proceedings under title 11 of the United States Code (the "Bankruptcy Code");

### Bankruptcy Proceedings

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, the Deep Marine Entities, their respective creditors, employees, stockholders, members and other parties in interest, that a petition be filed by the Corporation and the Deep Marine Entities seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"); and further

RESOLVED, that the Corporation, acting through its President or Chief Financial Officer and such other officers of the Corporation that the Board shall from time to time designate (each such officer, an "Authorized Person" and collectively, the "Authorized Persons") be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, verify and file, or cause to be filed petitions, and any amendments or exhibits thereto, and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of Texas at such time or in such other jurisdiction as the Authorized Person executing the same shall determine; and further

RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated by or directed by any such Authorized Persons, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and further

RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated by or directed by any such Authorized Persons, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other action as in the judgment of such person shall be or becomes necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and further

**Engagement of Bracewell & Giuliani LLP**

RESOLVED, that the engagement of the law firm of Bracewell & Giuliani LLP as attorneys for the Corporation and the Deep Marine Entities in the Chapter 11 Case be, and hereby is, ratified, confirmed, authorized and approved, subject to any requisite bankruptcy court approval; and further

RESOLVED, that the Engagement Letter dated November 19, 2009 among Bracewell & Giuliani LLP, the Corporation and the Deep Marine Entities, relating to the engagement of Bracewell & Giuliani LLP in connection with the Chapter 11 Case be, and hereby is, ratified, confirmed, authorized and approved; and further

**Engagement of Grant Thornton LLP**

RESOLVED, that the engagement of the accounting firm of Grant Thornton LLP as financial advisors for the Corporation and the Deep Marine Entities in the Chapter 11 Case be, and hereby is, ratified, confirmed, authorized and approved, subject to any requisite bankruptcy court approval; and further

RESOLVED, that the Engagement Letter dated November 20, 2009 among Grant Thornton LLP, the Corporation and the Deep Marine Entities, relating to the engagement of Grant Thornton LLP in connection with the Chapter 11 Case be, and hereby is, ratified, confirmed, authorized and approved; and further

**Ratification of Officers**

RESOLVED, that the appointment of Wade Abadie as President and Chief Operating Officer of the Corporation be, and hereby is, ratified, confirmed, authorized and approved; and further

RESOLVED, that the appointment of John Hudgens as Vice President, Chief Financial Officer and Secretary of the Corporation be, and hereby is, ratified, confirmed, authorized and approved; and further

**Further Actions**

RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered and directed to hire and retain one or more attorneys, accountants, appraisers, auctioneers, restructuring advisors or other professional persons as may be reasonably necessary to aid and assist the Corporation and the Deep Marine Entities in the Chapter 11 Case;

RESOLVED, that each Authorized Person, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, and any such actions heretofore taken by any of them are hereby ratified, confirmed, and approved in all respects, to: (i) negotiate, execute, deliver, and/or file any and all of the agreements, documents, and instruments referenced herein, and such other agreements, documents, and instruments and assignments thereof as may be required or as such Authorized Persons deem appropriate or advisable, or to cause the negotiation, execution, delivery and/or filing thereof, in the name and on behalf of the Corporation, as the case may be, in such form and substance as such Authorized Persons may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Persons may approve, with the execution and delivery thereof on behalf of the Corporation by or at the direction of such Authorized Persons to constitute evidence of such approval, (ii) negotiate, execute, deliver, and/or file, in the name and on behalf of the Corporation, any and all agreements, documents, certificates, consents, filings, and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other action as may be required or as such Authorized Persons deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and further

**Prior Actions**

RESOLVED, that all actions taken and expenses incurred by any officers of the Corporation heretofore in furtherance of any of the actions authorized by the foregoing resolutions are ratified, confirmed, adopted, and approved.