IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC.; | § | Case No. 09-39313 |
| DEEP MARINE TECHNOLOGY | § | |
| INCORPORATED; | § | Case No. 09-39314 |
| DEEP MARINE 1, LLC; | § | Case No. 09-39315 |
| DEEP MARINE 2, LLC; | § | Case No. 09-39316 |
| DEEP MARINE 3, LLC; | § | Case No. 09-39317 |
| DEEP MARINE 4, LLC | § | Case No. 09-39318 |
| Debtors. | § | Chapter 11 |

**NOTICE OF DESIGNATION AS COMPLEX
CHAPTER 11 BANKRUPTCY CASES**

The above captioned bankruptcy cases were filed on December 4, 2009. The Debtors believe that these cases qualify under General Order No. 2005-01 as complex Chapter 11 cases because:

 ☒  The debtors have total debt of more than $10 million;

 ☒  There are more than 50 parties-in-interest in these cases;

 ☐  Claims against the debtor are publicly traded;

 ☐  Other: Substantial explanation is required. (Attach additional sheets if necessary.)

December 4, 2009

                Respectfully submitted,

                **BRACEWELL & GIULIANI LLP**

                By:  */s/ Marcy E. Kurtz*
                     Marcy E. Kurtz
                     Texas Bar No. 11768600
                     Marcy.Kurtz@bgllp.com
                     William A. Wood III
                     Texas Bar No. 21916050
                     Trey.Wood@bgllp.com

          Jason G. Cohen
          Texas Bar No. 24050435
          Jason.Cohen@bgllp.com
          Bracewell & Giuliani LLP
          711 Louisiana, Suite 2300
          Houston, Texas 77002
          Telephone:    (713) 223-2300
          Facsimile:    (713) 221-1212

**PROPOSED ATTORNEYS FOR THE DEBTORS**