

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/08/2009

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC.; | § | Case No. 09-39313 |
| DEEP MARINE TECHNOLOGY INCORPORATED; | § § | Case No. 09-39314 |
| DEEP MARINE 1, LLC; | § | Case No. 09-39315 |
| DEEP MARINE 2, LLC; | § | Case No. 09-39316 |
| DEEP MARINE 3, LLC; | § | Case No. 09-39317 |
| DEEP MARINE 4, LLC | § | Case No. 09-39318 |
| Debtors. | § | Chapter 11 |

**ORDER GRANTING DEBTORS' MOTION PURSUANT TO BANKRUPTCY
RULE 1015 REQUESTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the Debtors' Motion Pursuant to Bankruptcy Rule 1015 Requesting Joint Administration of Chapter 11 Cases (the "Motion"), the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ORDERED:

1. __X__ One disclosure statement and plan or reorganization may be filed for both cases by any plan proponent.

2. __X__ Case No.'s 09-39314, 09-39315, 09-39316, 09-39317 and 09-39318 shall be transferred to Judge Isgur, who has the lowest numbered case.

3. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases

4. __X__ Other: see below.

It is further,

ORDERED, that the Motion is GRANTED as provided herein; and it is further

ORDERED, all capitalized terms not defined herein shall have the meaning given to them in the Motion; and it is further

HOUSTON\2341008.1

ORDERED, that the above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court in accordance with the provisions of Bankruptcy Rules 1015 and Local Rule 1015; and it is further

ORDERED, one docket shall be maintained for the Debtors' cases under the case number assigned to Deep Marine Holdings, Inc.; and it is further

ORDERED, that the caption of the cases shall be modified to reflect the joint administration of these Chapter 11 cases as follows:

| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

; and it is further

ORDERED that a notation substantially similar to the following notation shall be entered on the docket of each of the Debtors' cases to reflect joint administration of these cases:

> An order has been entered in this case directing joint administration of this case solely for procedural purposes with the Chapter 11 bankruptcy case of Deep Marine Holdings, Inc., Case No. 09-39313. The docket for Deep Marine Holdings, Inc. should be consulted for all matters affecting this case.

; and it is further

ORDERED, that the United States Trustee shall conduct joint informal meetings with the Debtors, as required, and a joint first meeting of creditors, if required; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED, that the Debtors may file consolidated Schedules of Assets and Liabilities and Statements of Financial Affairs, and, as applicable, Lists of Equity Security Holders; and it is further

ORDERED, that proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed; and it is further

ORDERED, that a separate claims register shall be maintained for each Debtor; and it is further

ORDERED, that the Debtors shall be authorized to file the monthly operation reports required by the United States Trustee on a consolidated basis; and it is further

ORDERED, that these cases be jointly administered in the name of Deep Marine Holdings, Inc., because its case bears the lowest case number, and because it is affiliated with Deep Marine Technology Incorporated; Deep Marine 1, LLC; Deep Marine 2, LLC; Deep Marine 3, LLC; and Deep Marine 4, LLC; and it is further

ORDERED, that the Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein; and it is further

ORDERED, that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

DATED: December 8, 2009

**UNITED STATES BANKRUPTCY JUDGE**