

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/09/2009

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-39313 |
| DEEP MARINE HOLDINGS, INC., | § | Chapter 11 |
| | § | |
| DEEP MARINE TECHNOLOGY | § | CASE NO: 09-39314 |
| INCORPORATED | § | |
| | § | |
| DEEP MARINE 1, LLC | § | CASE NO: 09-39315 |
| | § | |
| DEEP MARINE 2, LLC | § | CASE NO: 09-39316 |
| | § | |
| DEEP MARINE 3, LLC | § | CASE NO: 09-39317 |
| | § | |
| DEEP MARINE 4, LLC | § | CASE NO: 09-39318 |
| | § | Jointly Administered Order |
| Debtor(s). | § | Judge Isgur |

## ORDER SETTING STATUS CONFERENCE

A status hearing has been set for **3:00 p.m. on December 17, 2009,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, 77002. Within two business days of receipt of this notice, the debtor shall serve a copy of this notice on all parties entitled to notice of the hearing (Including 20 largest unsecured creditors, all secured creditors and the US Trustee) and file a certificate of service with the Court.

SIGNED **December 9, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE