IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **DEEP MARINE HOLDINGS.,** | § | Case No. 09-39313 |
| Et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**Michael Rentfrow** requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon his attorneys of record as follows:

Ross Spence
rossspence@snowfogel.com
SNOW FOGEL SPENCE LLP
2929 Allen Parkway, Suite 4100
Houston, TX  77019
(713) 335-4800
(713) 335-4848 (Fax)

With a copy to:

Michael Rentfrow
7503 Millie's Run Rd.
Montgomery, TX 77316

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by **Michael Rentfrow** to the jurisdiction of the Bankruptcy Court nor a waiver of his respective rights to: (a) have final orders in non-core matters entered only after de novo review by a District Judge; (b) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (c) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (d) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which **Michael Rentfrow** is, or may be entitled, in law or in equity, all of which are expressly reserved.

Respectfully submitted,

By: /s/ Ross Spence
    Ross Spence
    State Bar No. 18918400
2929 Allen Parkway, Suite 4100
Houston, TX 77019
Direct Line:  (713) 335-4832
Telephone:  (713) 335-4800
Telecopier:  (713) 335-4848
Email:  rossspence@snowfogel.com

**ATTORNEYS FOR**
**MICHAEL RENTFROW**

**OF COUNSEL:**

**SNOW FOGEL SPENCE LLP**
2929 Allen Parkway, Suite 4100
Houston, TX  77019
(713) 335-4800
(713) 335-4848 (Fax)

**CERTIFICATE OF SERVICE**

    I certify that on the 9th day of December, 2009, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF).

/s/ Ross Spence
Ross Spence

I:\Client\RENM0002 - Rentfrow v. DMT\Pleadings\Req Notice.doc