IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | Case No. 09-39313 |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

### NOTICE OF STATUS CONFERENCE FOR DECEMBER 17, 2009
**(Relates to Docket No. 10)**

Please take notice that a status conference has been set for **December 17, 2009 at 3:00 p.m.**, a copy of the Order Setting Status Conference is attached hereto as Exhibit A. The status conference will be held before the Honorable Marvin Isgur in the United States Bankruptcy Court, 515 Rusk, Courtroom 404, Houston, Texas 77002.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: _/s/ Jason G. Cohen_
Marcy E. Kurtz
Texas Bar No. 11768600
Marcy.Kurtz@bgllp.com
William A. Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:   (713) 223-2300
Facsimile:    (713) 221-1212

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed in the attached Service List via electronic means as listed on the court's ECF noticing system and/or by regular U. S. First Class Mail on this 10th day of December, 2009.

By: */s/ Jason G. Cohen*
Jason G. Cohen

# EXHIBIT A



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/09/2009

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-39313 |
| DEEP MARINE HOLDINGS, INC., | § | Chapter 11 |
| | § | |
| DEEP MARINE TECHNOLOGY | § | CASE NO: 09-39314 |
| INCORPORATED | § | |
| | § | |
| DEEP MARINE 1, LLC | § | CASE NO: 09-39315 |
| | § | |
| DEEP MARINE 2, LLC | § | CASE NO: 09-39316 |
| | § | |
| DEEP MARINE 3, LLC | § | CASE NO: 09-39317 |
| | § | |
| DEEP MARINE 4, LLC | § | CASE NO: 09-39318 |
| | § | Jointly Administered Order |
| Debtor(s). | § | Judge Isgur |

## ORDER SETTING STATUS CONFERENCE

A status hearing has been set for **3:00 p.m. on December 17, 2009,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, 77002. Within two business days of receipt of this notice, the debtor shall serve a copy of this notice on all parties entitled to notice of the hearing (Including 20 largest unsecured creditors, all secured creditors and the US Trustee) and file a certificate of service with the Court.

SIGNED **December 9, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1

# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED SERVICE LIST*

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073

**DEBTORS' ATTORNEY [PROPOSED]**
Marcy E. Kurtz
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
marcy.kurtz@bgllp.com
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-1294

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS** *
GE Capital
60 Wall Street
New York, NY 10005

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Rutowski@sewkis.com
Attorney for GE Capital

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
3960 Howard Hughes Parkway, 5th Floor
Las Vegas, NV 89169
nader@njkholding.com

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

**TOP 30 UNSECURED CREDITORS***
Aramark Offshore
1101 Market Street
Philadelphia, PA 19107
Liebler-Patrick@aramark.com

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West, Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjmartininc.com

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

HOUSTON\2339325.9

* Debtors reserve all rights with respect to classification of creditor claims.

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS@bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto3@ottocandies.com

CapRock Communications
Lock Box 8792067
Dept 2067
PO Box 122067
Dallas TX 75312
kswidan@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071
Ertchin@bsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenburg Traurig LLP
300 W 6th St
Suite 2050
Austin TX 78701
BattagliniK@gtlaw.com

Greenwood Marine Management I
125 Mako Lane
Morgan City LA 70380
dan@greenwoodmarine.com

GS-HYDRO-US, Inc
16405 Air Center Blvd
Suite 400
Houston TX 77032
Fax: 713-951-0708

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam, PO Box 150
3100 AD Schiedam Harbor #561 NL
KMulder@huisman-nl.com

Intermoor, Inc.
PO Box 1599
Amelia LA 70340
tlacoste@InterMoor.com

Intrepid Global Ind.
11931 Wickchester Lane #300
Houston TX 77043
dsorrel@huisman-intrepid.com

Madcon Corporation
63374 Old Military Rd
Pearl River LA 70452
jwaguespack@gitbs.com

McDermott Will & Emory LLP
227 W Monroe St
Chicago IL 60606
jhwilson@mwe.com

2

* Debtors reserve all rights with respect to classification of creditor claims.

Nexans Norway AS
Postboks 63450
Etterstad, Oslo, Norway
N-0605
les@carichards.com

NJK Holding Corporation
7803 Glenroy Road
Minneapolis MN 55439
nader@njkholding.com

Noble Denton Marine
14701 St. Mary's Lane
Suite 425
Houston TX  77079
matt.muddiman@nobledenton.com

NREC Power Systems, Inc.
5222 Hwy 311
Houma LA 70360
power@nrecps.com

Ocean Services, LLC
2629 NW 54th St, Suite W201
Seattle WA 98107
ronp@stabbertmaritime.com

PNC Bank, N.A.
P.O. Box 828702
Philadelphia, PA 19182-8702
Justin.Sohnlein@nationalcity.com

Seagull Marine/Agility
115 Canvasback Drive
St. Rose LA  77087
davet@seagullmarine.com

The IUC Group
222 Fordham St
Bronx NY 10464
lgalerne@iucgroup.com

UTEC Survey Inc.
10801 Hammerly Blvd.
Suite 212
Houston TX 77043
dave.ross@utecsurvey.com

**OTHER PARTIES FOR NOTICE**
Tony Gerbino
Jeffrey Whetzel
Grant Thornton LLP
333 Clay Street
Houston, TX 77002-4000
Tony.Gerbino@gt.com
Jeffrey.Whetzel@gt.com

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com

Southwest Bank of Texas
Aka Amegy Bank of Texas
PO Box 4837
Houston, TX 77210-4837

Merrill Lynch Business Financial Services, Inc.
222 North LaSalle Street, 17th Floor
Chicago, IL 60601

Inspectronic Corporation
222 E. Fordham Road
Bronx, NY 10458-5006

National City Business Credit, Inc.
1965 E. 6th Street
Cleveland, OH 44114

National City Commercial Capital LLC
995 Dalton Ave.
Cincinnati, OH 45203

Cisco Systems Capital Corporation
170 W Tasman Drive
San Jose, CA 95134

Herc Exchange, LLC
3817 Northwest Expressway
Oklahoma City, OK 73112

Radler Enterprises, Inc.
530 Wells Fargo Drive, Suite 300
Houston, TX 77090

3

* Debtors reserve all rights with respect to classification of creditor claims.

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
raguilar@mcglinchey.com
***Attorney for PNC Bank***

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com

Mark L. Clark
Brown Sims
Poydras Center, Suite 2200
650 Poydras Street
New Orleans, LA 70130
mclark@brownsims.com

Karen A. Cooper
Aon Risk Services Southwest, Inc./Aon Energy
1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
Karen_Cooper@ars.aon.com

**PARTIES REQUESTING NOTICE**
Joel W. Mohrman
Anderson L. Coa
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
jmohrman@mcglinchey.com
acoa@mcglinchey.com
***Attorney for Beauty Elite Properties, L.P.***

Ross Spence
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
rossspence@snowfogel.com
***Attorney for Michael Rentfrow***

Edward L. Rothberg
Melissa A. Haselden
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046
erothberg@wkpz.com
mhaselden@wkpz.com
***Attorneys for CapRock Communications***

4

* Debtors reserve all rights with respect to classification of creditor claims.