# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC., et al. | § § § | Case No. 09-39313 |
| Debtors. | § § | Jointly Administered Chapter 11 |

## AMENDED CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS*

| | (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Name of claim (trade debt, bank Loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed, or subject to setoff | (5) Amount of Claim |
|---|---|---|---|---|---|
| 1 | Otto Candies, LLC<br>PO Box 25<br>Des Allemands, LA 70030<br>otto3@ottocandies.com | | | | 25,110,611.28 |
| 2 | DCC Ventures, LLC<br>3960 Howard Hughes Pkwy.<br>5th Floor<br>Las Vegas, NV 89169<br>nader@njkholding.com | | | | 8,872,689.90 |
| 3 | Aramark Offshore<br>1101 Market Street<br>Philadelphia, PA 19107<br>Liebler-Patrick@aramark.com | | | | 2,191,938.78 |
| 4 | NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma, LA 70360<br>power@nrecps.com | | | | 769,222.55 |
| 5 | NJK Holding Corporation<br>7803 Glenroy Road<br>Minneapolis, MN 55439<br>nader@njkholding.com | | | | 616,812.17 |

HOUSTON\2339378.7

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 6 | BNA Marine Services, LLC<br>1022 Jackson Road<br>Amelia, LA 70340<br>bnamarine@aol.com | | | | 611,502.34 |
| 7 | Intrepid Global Ind.<br>11931 Wickchester Lane #300<br>Houston, TX 77043<br>dsorrel@huisman-intrepid.com | | | | 563,688.04 |
| 8 | Bollinger Fourchon, LLC<br>106 Norman Doucet Dr.<br>Golden Meadow, LA 70357<br>KimberlyS@bollingershipyards.com | | | | 508,801.51 |
| 9 | UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston, TX 77043<br>dave.ross@utecsurvey.com | | | | 441,915.00 |
| 10 | Crossmar Incorporated<br>1950 A S. Van Ave.<br>Houma, LA 70363<br>emeadow@thecrossgroup.com | | | | 427,946.18 |
| 11 | Ertech India<br>307 Bezollah Complex<br>Sion Trombay Rd.<br>Chembur, Mumbai 400071<br>Ertchin@bsnl.com | | | | 338,623.00 |
| 12 | Conrad Shipyard, LLC<br>PO Box 790<br>Morgan City, LA 70381<br>FANewman@conradindustries.com | | | | 302,256.60 |
| 13 | McDermott Will & Emory LLP<br>227 W Monroe St<br>Chicago, IL 60606<br>jhwilson@mwe.com | | | | 248,841.51 |
| 14 | BP America<br>501 Westlake Park Blvd<br>WLI Office 24, 108A<br>Houston, TX 77079<br>vendorauditprogram@bp.com | | | | 214,435.00 |

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

|    | (1) | (2) | (3) | (4) | (5) |
|----|-----|-----|-----|-----|-----|
| 15 | CapRock Communications<br>Lock Box 8792067<br>Dept 2067<br>PO Box 122067<br>Dallas, TX 75312<br>kswidan@caprock.com | | | | 204,003.06 |
| 16 | Ocean Services, LLC<br>2629 NW 54th St<br>Suite W201<br>Seattle, WA 98107<br>ronp@stabbertmaritime.com | | | | 167,551.52 |
| 17 | Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose, LA 77087<br>davet@seagullmarine.com | | | | 160,140.29 |
| 18 | B&J Martin, Inc./MARTIN QUAR<br>18104 W Main<br>Galliano, LA 70354<br>april@bjmartininc.com | | | | 149,661.31 |
| 19 | The IUC Group<br>222 Fordham St<br>Bronx, NY 10464<br>lgalerne@iucgroup.com | | | | 149,487.66 |
| 20 | Madcon Corporation<br>63374 Old Military Rd<br>Pearl River, LA 70452<br>jwaguespack@gitbs.com | | | | 148,886.30 |
| 21 | ES&H<br>1730 Coteau Rd<br>Houma, LA 70364<br>Fax: 985-851-1978 | | | | 134,880.69 |
| 22 | GS-HYDRO-US, Inc<br>16405 Air Center Blvd<br>Suite 400<br>Houston, TX 77032<br>Fax: 713-951-0708 | | | | 132,534.38 |
| 23 | Candies Shipbuilders<br>1100 Oak St<br>Houma, LA 70363<br>otto3@ottocandies.com | | | | 120,329.69 |

HOUSTON\2339378.                         3

\*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

|    | (1) | (2) | (3) | (4) | (5) |
|----|-----|-----|-----|-----|-----|
| 24 | Asamarbunkers<br>c/o Asamar, Inc.<br>1099 Wall Street West<br>Suite 138<br>Lyndhurst, NJ 07071<br>asamar@asamar.com | | | | 112,750.00 |
| 25 | Greenburg Traurig LLP<br>300 W 6th St., Suite 2050<br>Austin, TX 78701<br>BattagliniK@gtlaw.com | | | | 111,705.43 |
| 26 | Intermoor, Inc.<br>PO Box 1599<br>Amelia, LA 70340<br>tlacoste@InterMoor.com | | | | 107,958.92 |
| 27 | Nexans Norway AS<br>Postboks 63450<br>Etterstad, Oslo, Norway<br>N-0605<br>les@carichards.com | | | | 96,671.83 |
| 28 | Huisman-Itrec Special Lifting<br>Admiral Trompstraat 2<br>3115 HH Schiedam,<br>PO Box 150<br>3100 AD<br>Schiedam Harbor #561<br>NL<br>KMulder@huisman-nl.com | | | | 80,564.78 |
| 29 | Greenwood Marine<br>Management I<br>125 Mako Lane<br>Morgan City, LA 70380<br>dan@greenwoodmarine.com | | | | 77,040.49 |
| 30 | Bollinger Texas City<br>2201 Dock Rd<br>Dock 42<br>Texas City, TX 77590<br>KimberlyS@bollingershipyards.com | | | | 73,800.00 |
| 31 | PNC Bank, NA<br>PO Box 828702<br>Philadelphia, PA 19182-8702<br>Justin.Sohnlein@nationalcity.com | | | | 71,460.55 |

HOUSTON\2339378.                              4

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

| | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| 32 | Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston, TX  77079<br>matt.muddiman@nobledenton.com | | | | 62,106.64 |
| | TOTAL | | | | $43,380,817.40 |

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR LIMITED LIABILITY COMPANY

I, John Hudgens, the Chief Financial Officer of the Debtors in the above-captioned Chapter 11 cases, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: December 10, 2009           By  */s/ John Hudgens*  
                                                                      John Hudgens  
                                                                      Chief Financial Officer

HOUSTON\2339378.                                  6

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed in the attached Service List via electronic means as listed on the court's ECF noticing system and/or by regular U. S. First Class Mail on this 10th day of December, 2009.

By: */s/ Jason G. Cohen*
Jason G. Cohen

HOUSTON\2339378.

7

*Creditors on this list may assert a maritime or other lien against one or more of the Debtors. The Debtors reserve all rights with respect to such assertions.

# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED SERVICE LIST*

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073

**DEBTORS' ATTORNEY [PROPOSED]**
Marcy E. Kurtz
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
marcy.kurtz@bgllp.com
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-1294

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS** *
GE Capital
60 Wall Street
New York, NY 10005

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Rutowski@sewkis.com
Attorney for GE Capital

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
3960 Howard Hughes Parkway, 5th Floor
Las Vegas, NV 89169
nader@njkholding.com

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

**TOP 30 UNSECURED CREDITORS***
Aramark Offshore
1101 Market Street
Philadelphia, PA 19107
Liebler-Patrick@aramark.com

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West, Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjmartininc.com

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

HOUSTON\2339325.9

* Debtors reserve all rights with respect to classification of creditor claims.

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS@bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto3@ottocandies.com

CapRock Communications
Lock Box 8792067
Dept 2067
PO Box 122067
Dallas TX 75312
kswidan@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071
Ertchin@bsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenburg Traurig LLP
300 W 6th St
Suite 2050
Austin TX 78701
BattagliniK@gtlaw.com

Greenwood Marine Management I
125 Mako Lane
Morgan City LA 70380
dan@greenwoodmarine.com

GS-HYDRO-US, Inc
16405 Air Center Blvd
Suite 400
Houston TX 77032
Fax: 713-951-0708

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam, PO Box 150
3100 AD Schiedam Harbor #561 NL
KMulder@huisman-nl.com

Intermoor, Inc.
PO Box 1599
Amelia LA 70340
tlacoste@InterMoor.com

Intrepid Global Ind.
11931 Wickchester Lane #300
Houston TX 77043
dsorrel@huisman-intrepid.com

Madcon Corporation
63374 Old Military Rd
Pearl River LA 70452
jwaguespack@gitbs.com

McDermott Will & Emory LLP
227 W Monroe St
Chicago IL 60606
jhwilson@mwe.com

2

* Debtors reserve all rights with respect to classification of creditor claims.

| | |
|---|---|
| Nexans Norway AS<br>Postboks 63450<br>Etterstad, Oslo, Norway<br>N-0605<br>les@carichards.com | **OTHER PARTIES FOR NOTICE**<br>Tony Gerbino<br>Jeffrey Whetzel<br>Grant Thornton LLP<br>333 Clay Street<br>Houston, TX 77002-4000<br>Tony.Gerbino@gt.com<br>Jeffrey.Whetzel@gt.com |
| NJK Holding Corporation<br>7803 Glenroy Road<br>Minneapolis MN 55439<br>nader@njkholding.com | |
| Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston TX 77079<br>matt.muddiman@nobledenton.com | John Bittner<br>Grant Thornton LLP<br>1717 Main Street<br>Dallas, TX 75201<br>John.Bittner@gt.com |
| NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma LA 70360<br>power@nrecps.com | Southwest Bank of Texas<br>Aka Amegy Bank of Texas<br>PO Box 4837<br>Houston, TX 77210-4837 |
| Ocean Services, LLC<br>2629 NW 54th St, Suite W201<br>Seattle WA 98107<br>ronp@stabbertmaritime.com | Merrill Lynch Business Financial Services, Inc.<br>222 North LaSalle Street, 17th Floor<br>Chicago, IL 60601 |
| | Inspectronic Corporation<br>222 E. Fordham Road<br>Bronx, NY 10458-5006 |
| PNC Bank, N.A.<br>P.O. Box 828702<br>Philadelphia, PA 19182-8702<br>Justin.Sohnlein@nationalcity.com | National City Business Credit, Inc.<br>1965 E. 6th Street<br>Cleveland, OH 44114 |
| Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose LA 77087<br>davet@seagullmarine.com | National City Commercial Capital LLC<br>995 Dalton Ave.<br>Cincinnati, OH 45203 |
| The IUC Group<br>222 Fordham St<br>Bronx NY 10464<br>lgalerne@iucgroup.com | Cisco Systems Capital Corporation<br>170 W Tasman Drive<br>San Jose, CA 95134 |
| | Herc Exchange, LLC<br>3817 Northwest Expressway<br>Oklahoma City, OK 73112 |
| UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston TX 77043<br>dave.ross@utecsurvey.com | Radler Enterprises, Inc.<br>530 Wells Fargo Drive, Suite 300<br>Houston, TX 77090 |

3

* Debtors reserve all rights with respect to classification of creditor claims.

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
raguilar@mcglinchey.com
***Attorney for PNC Bank***

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com

Mark L. Clark
Brown Sims
Poydras Center, Suite 2200
650 Poydras Street
New Orleans, LA 70130
mclark@brownsims.com

Karen A. Cooper
Aon Risk Services Southwest, Inc./Aon Energy
1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
Karen_Cooper@ars.aon.com

**PARTIES REQUESTING NOTICE**
Joel W. Mohrman
Anderson L. Coa
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
jmohrman@mcglinchey.com
acoa@mcglinchey.com
***Attorney for Beauty Elite Properties, L.P.***

Ross Spence
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
rossspence@snowfogel.com
***Attorney for Michael Rentfrow***

Edward L. Rothberg
Melissa A. Haselden
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046
erothberg@wkpz.com
mhaselden@wkpz.com
***Attorneys for CapRock Communications***

4

* Debtors reserve all rights with respect to classification of creditor claims.