UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: DEEP MARINE HOLDINGS, INC. | § | CASE NO.:  09-39313 |
| et al | § | Jointly administered |
| | § | Chapter 11 |
| Debtors | § | |

**BEAUTY ELITE PROPERTIES, L.P.'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED COMMERCIAL PROPERTY LEASE AND TO COMPEL IMMEDIATE PERFORMANCE OF THE LEASE BY DEEP MARINE TECHNOLOGY, INC.**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

Beauty Elite Properties, L.P.[1] asks the court for an order compelling Deep Technology, Inc.[2] to assume or reject an unexpired commercial property lease.

1. Beauty Elite and DMT are parties to an unexpired lease contract whereby DMT leased from Beauty Elite commercial real estate at 20411 Imperial Valley Road, Houston, Texas 77073.[3] DMT promised to pay monthly rent, beginning in July 1, 2008 and ending April 30, 2013.[4] DMT's rent plus CAM is currently $47,698.48 per month.

2. DMT defaulted on the lease because it did not pay Beauty Elite the rent due December 1, 2009, covering the December 2009 period. Despite this, DMT continues to use the premises as its primary facility.[5] As of the filing date of this bankruptcy, DMT owes $47,698.48 for December rent.

---

[1] "Beauty Elite."
[2] "DMT."
[3] Exhibit A.
[4] Ex. A.
[5] Docket Entry #1 at 1.

1

3. DMT's default entitles Beauty Elite to terminate DMT's right to occupy the premises.[6] DMT's bankruptcy petition automatically stayed any termination efforts.

4. To date, DMT has not assumed or rejected the lease and has not cured its default. DMT has not filed any schedules in this case.

## Jurisdiction and Venue

5. This court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §§ 1408-09. Beauty Elite seeks relief under § 365 of the Bankruptcy Code.

## Argument

6. Section 365(d)(2) empowers the court to compel DMT to assume or reject a unexpired lease. The time to assume or reject an unexpired lease is within the court's discretion.[7] Based on the facts and circumstances, the court may set a reasonable period of time for DMT to decide.[8]

7. This lease concerns DMT's primary facility. Shelter being one of the most basic needs, DMT should know by now whether it intends to remain at this location or move. DMT's indecision allows DMT a free ride and holds Beauty Elite hostage because Beauty Elite will be required to extend to DMT $47,698.48 of new value every month, at no cost and with no assurance of ultimately being paid. Because DMT has not filed any schedules in this case, it is impossible to determine whether Beauty Elite will ever be paid.

8. DMT's indecision also harms Beauty Elite because—if DMT ultimately rejects the lease—Beauty Elite will need to re-market the property. The market for this property is

---

[6] Ex. A.
[7] In re Burger Boys, Inc., 94 F.3d 755, 760 (2nd Cir. 1996).
[8] In re Beker Indus. Corp., 64 B.R. 890, 897 (Bankr. S.D.N.Y. 1986).

specialized and limited, the run-up and preparation to listing the property is considerable, and every day that DMT dithers is a lost opportunity to Beauty Elite.

9.  This much is clear: from December 1, 2009 to present, DMT enjoyed the property without paying any rent. Every day, DMT unlocks the doors, turns on the lights, and enjoys the premises—for free. Meanwhile, Beauty Elite is held in limbo, unable to exercise any rights and unable to seek a new, paying tenant.

10. The court should compel DMT to decide whether it will assume or reject the lease. In either event, DMT should also be required to cure its default by paying the December rent, and to provide assurance of future payments under the lease.

For these reasons, Beauty Elite prays that the court compel Deep Marine Technology, Inc. to assume or reject the unexpired lease for 20411 Imperial Valley Road, Houston, Texas 77073, and to compel Deep Marine Technology, Inc.'s immediate cure and performance of the lease, and for any additional legal or equitable relief to which it may show itself justly entitled.

Respectfully submitted,

By: /s/Anderson L. Cao
**ANDERSON L. CAO**
State Bar No. 24031910
Federal ID No. 30284
**McGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Houston, TX  77002

*ATTORNEY FOR MOVANT,*
*BEAUTY ELITE PROPERTIES, L.P.*

**OF COUNSEL:**

**JOEL W. MOHRMAN**
State Bar No. 14253500
Federal ID No. 5161
1001 McKinney, Suite 1500
Houston, TX  77002
Telephone:     (713) 520-1900

3

Telefax: (713) 520-1025

## CERTIFICATE OF CONFERENCE

I conferred with the debtor's counsel regarding the substance of this motion and counsel is opposed.

/s/Anderson L. Cao_____
Anderson L. Cao

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was, pursuant to Local Rule 9013(f), mailed U.S. Mail, postage prepaid to all parties on the attached Service List(s) on this the 10th of December 2009.

/s/Anderson L. Cao_____
Anderson L. Cao

# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED SERVICE LIST*

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073

**DEBTORS' ATTORNEY [PROPOSED]**
Marcy E. Kurtz
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
marcy.kurtz@bgllp.com
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-1294

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS** *
GE Capital
60 Wall Street
New York, NY 10005

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Rutowski@sewkis.com
Attorney for GE Capital

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
3960 Howard Hughes Parkway, 5th Floor
Las Vegas, NV 89169
nader@njkholding.com

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

**TOP 30 UNSECURED CREDITORS***
Aramark Offshore
1101 Market Street
Philadelphia,PA 19107
Liebler-Patrick@aramark.com

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West, Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjmartininc.com

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

HOUSTON\2339325.9

* Debtors reserve all rights with respect to classification of creditor claims.

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS@bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto3@ottocandies.com

CapRock Communications
Lock Box 8792067
Dept 2067
PO Box 122067
Dallas TX 75312
kswidan@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071
Ertchin@bsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenburg Traurig LLP
300 W 6th St
Suite 2050
Austin TX 78701
BattagliniK@gtlaw.com

Greenwood Marine Management I
125 Mako Lane
Morgan City LA 70380
dan@greenwoodmarine.com

GS-HYDRO-US, Inc
16405 Air Center Blvd
Suite 400
Houston TX 77032
Fax: 713-951-0708

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam, PO Box 150
3100 AD Schiedam Harbor #561 NL
KMulder@huisman-nl.com

Intermoor, Inc.
PO Box 1599
Amelia LA 70340
tlacoste@InterMoor.com

Intrepid Global Ind.
11931 Wickchester Lane #300
Houston TX 77043
dsorrel@huisman-intrepid.com

Madcon Corporation
63374 Old Military Rd
Pearl River LA 70452
jwaguespack@gitbs.com

McDermott Will & Emory LLP
227 W Monroe St
Chicago IL 60606
jhwilson@mwe.com

* Debtors reserve all rights with respect to classification of creditor claims.

Nexans Norway AS
Postboks 63450
Etterstad, Oslo, Norway
N-0605
les@carichards.com

NJK Holding Corporation
7803 Glenroy Road
Minneapolis MN 55439
nader@njkholding.com

Noble Denton Marine
14701 St. Mary's Lane
Suite 425
Houston TX 77079
matt.muddiman@nobledenton.com

NREC Power Systems, Inc.
5222 Hwy 311
Houma LA 70360
power@nrecps.com

Ocean Services, LLC
2629 NW 54th St, Suite W201
Seattle WA 98107
ronp@stabbertmaritime.com

PNC Bank, N.A.
P.O. Box 828702
Philadelphia, PA 19182-8702
Justin.Sohnlein@nationalcity.com

Seagull Marine/Agility
115 Canvasback Drive
St. Rose LA 77087
davet@seagullmarine.com

The IUC Group
222 Fordham St
Bronx NY 10464
lgalerne@iucgroup.com

UTEC Survey Inc.
10801 Hammerly Blvd.
Suite 212
Houston TX 77043
dave.ross@utecsurvey.com

**OTHER PARTIES FOR NOTICE**
Tony Gerbino
Jeffrey Whetzel
Grant Thornton LLP
333 Clay Street
Houston, TX 77002-4000
Tony.Gerbino@gt.com
Jeffrey.Whetzel@gt.com

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com

Southwest Bank of Texas
Aka Amegy Bank of Texas
PO Box 4837
Houston, TX 77210-4837

Merrill Lynch Business Financial Services, Inc.
222 North LaSalle Street, 17th Floor
Chicago, IL 60601

Inspectronic Corporation
222 E. Fordham Road
Bronx, NY 10458-5006

National City Business Credit, Inc.
1965 E. 6th Street
Cleveland, OH 44114

National City Commercial Capital LLC
995 Dalton Ave.
Cincinnati, OH 45203

Cisco Systems Capital Corporation
170 W Tasman Drive
San Jose, CA 95134

Herc Exchange, LLC
3817 Northwest Expressway
Oklahoma City, OK 73112

Radler Enterprises, Inc.
530 Wells Fargo Drive, Suite 300
Houston, TX 77090

* Debtors reserve all rights with respect to classification of creditor claims.

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
raguilar@mcglinchey.com
***Attorney for PNC Bank***

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com

Mark L. Clark
Brown Sims
Poydras Center, Suite 2200
650 Poydras Street
New Orleans, LA 70130
mclark@brownsims.com

Karen A. Cooper
Aon Risk Services Southwest, Inc./Aon Energy
1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
Karen_Cooper@ars.aon.com

**PARTIES REQUESTING NOTICE**
Joel W. Mohrman
Anderson L. Coa
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
jmohrman@mcglinchey.com
acoa@mcglinchey.com
***Attorney for Beauty Elite Properties, L.P.***

Ross Spence
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
rossspence@snowfogel.com
***Attorney for Michael Rentfrow***

Edward L. Rothberg
Melissa A. Haselden
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046
erothberg@wkpz.com
mhaselden@wkpz.com
***Attorneys for CapRock Communications***

\* Debtors reserve all rights with respect to classification of creditor claims.