# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 09-39313** |
| **DEEP MARINE HOLDINGS, INC.;** | § | **(Jointly Administered)** |
| **DEEP MARINE TECHNOLOGY** | § | |
| **INCORPORATED;** | § | |
| **DEEP MARINE 1, LLC;** | § | |
| **DEEP MARINE 2, LLC;** | § | |
| **DEEP MARINE 3, LLC; and** | § | |
| **DEEP MARINE 4, LLC** | § | |
| | § | |
| **Debtors** | § | **Chapter 11** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

GE Business Financial Services Inc. hereby requests that copies of all motions, pleadings, orders, proposed orders, schedules, and/or statement of financial affairs be sent to:

Susan C. Mathews
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, Texas 77010
Tel: 713-652-5151
Fax: 713-652-5152
susan.mathews@arlaw.com

GE Business Financial Services Inc. further requests that the Clerk of the above-named Court mail to the above attorneys copies of all notices to parties-in-interest hereinafter given in the case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, request is hereby made that all orders, notices, applications, complaints, demands, motions, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telefax, facsimile,

761226.01

email or otherwise, which affects the Debtors or the property of the Debtors be given, sent or served to the above attorneys.

DATED: December 14, 2009.

Respectfully submitted,

ADAMS AND REESE LLP

By:   /s/ Susan C. Mathews
       SUSAN C. MATHEWS
       State Bar No. 05060650
       1221 McKinney, Suite 4400
       Houston, Texas 77010
       Tel: 713-652-5151
       Fax: 713-652-5152

*Attorneys for GE Business Financial Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to the following parties listed on the attached Service List and those parties registered to receive electronic notice in this case via electronic file notification by the Clerk of the Court on this 14th day of December 2009.

       /s/ Susan C. Mathews
       Susan C. Mathews

761226.01

# SERVICE LIST

| **Debtor**<br>Deep Marine Holdings, Inc.<br>20411 Imperial Valley<br>Houston, TX 77073 | **Debtor's counsel**<br>Jason Gary Cohen<br>Bracewell & Giuliani LLP<br>711 Louisiana St<br>Ste2300<br>Houston, TX 77002<br>713-221-1416<br>Fax : 713-222-3209<br>Email: jason.cohen@bgllp.com<br><br>Marcy E Kurtz<br>Bracewell & Giuliani LLP<br>711 Louisiana<br>Ste 2300<br>Houston, TX 77002<br>713-221-1206<br>Fax : 713-221-2125<br>Email: marcy.kurtz@bgllp.com |
|---|---|
| **US Trustee's Office**<br>Nancy Lynne Holley<br>U S Trustee<br>515 Rusk St<br>Ste 3516<br>Houston, TX 77002<br>713-718-4650<br>Email: nancy.holley@usdoj.gov | |

761226.01