# EXHIBIT A

| Utility Company | Account No |
|---|---|
| Allied Waste | 3-0853-3003072 |
| AT&T | 713 163-0011 409 1 |
| AT&T | 713 849-4021 947 2 |
| AT&T | 281 784-6400 025 8 |
| AT&T | 281 443-3287 175 9 |
| AT&T | 713 996-2800 656 1 |
| AT&T Business Services | 831-000-1241 359 |
| AT&T Mobility | 836227184 |
| AT&T Mobility | 829686446 |
| CenterPoint Energy | 7577943-9 |
| Harris County MUD #36 | 036-0019-02 |
| Reliant Energy | 6 783 454-9 |
| Sprint | 158815815 |
| Verizon Conferencing | 01-00067998803-01000 |