UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC. | § | Case No's.   09-39313-H1-11 |
| DEEP MARINE TECHNOLOGY, INC. | § | 09-39314-H1-11 |
| DEEP MARINE 1, LLC | § | 09-39315-H1-11 |
| DEEP MARINE 2, LLC | § | 09-39316-H1-11 |
| DEEP MARINE 3, LLC | § | 09-39317-H1-11 |
| DEEP MARINE 4, LLC | § | 09-39318-H1-11 |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO.  09-39313-H1-11 |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), who through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Aramark US Offshore Services, LLC, Attn: Tom Leaverton, 215-238-4020, or Stan Applegate, 215-238-8109, 1101 Market St,  Philadelphia, PA 19107,  FAX 215-283-8127, leaverton-tom@aramark.com; applegate-stan@aramark.com

2. Ocean Services, LLC, Attn: Ronald Pauley, 2629 NW 54th St., Seattle, WA 98107,  206-547-6161, ext.  117, FAX 206-547-6010, ronp@stabbertmaritime.com

3. NREC Power Systems, Inc., Attn: Bryan F. Chaisson, VP, CEO, POB 3016, Houma, LA 70361-3061, 985-851-4743, FAX 985-851-4783, bchaisson@cajunnet.com

Dated, this 15th day of December, 2009.

　　　　　　　　　　　　　　　　　　CHARLES F. McVAY
　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　By: /s/  Nancy L. Holley
　　　　　　　　　　　　　　　　　　　　 Nancy L. Holley
　　　　　　　　　　　　　　　　　　　　 Trial Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, has been upon the committee members, their counsel, and Debtors' counsel by e-mail transmission and all of the parties listed below were served by ECF transmission or by United States Mail, first class, postage paid, at the addresses listed below on this the 15th day of December, 2009.

/s/ Nancy L. Holley
Nancy L. Holley, Attorney

**Debtors:**

Deep Marine Holdings, Inc. et al
20411 Imperial Valley
Houston, TX 77073

**Debtors' Counsel:**

Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Ste 2300
Houston, TX 77002

**Creditors' Committee Members:**

Aramark Offshore
1101 Market St.
Philadelphia, PA 19107

Ocean Services, LLC
2629 NW 54th St., Ste W201
Seattle, WA 98107

NREC Power Systems, Inc.
5222 Hwy. 311
Houma, LA 70360

**Creditors' Committee Individual Counsel:**

Joseph Lubertazzi
McCarter & English
Four Gateway Center
100 Mulberry St..
Newark, NJ  07102

Michael Gossler
Montgomery, Purdue, Blankinship & Austin
701 5th Ave #5500
Seattle, WA   98104

Alexander M. Crighton, III
POB 4133
Houma, LA   70361-4133

**30 Largest Creditors:**

Otto Candies, LLC
POB 25
Des Allemands, LA 70030

DCC Ventures, LLC
3960 Howard Hughes Pkwy., 5th Fl.
Las Vegas, NV 89169

NJK Holding Corporation
7803Glenroy Rd.
Minneapolis, MN 55439

BNA Marine Services, LLC
1022 Jackson RD.
Amelia, KLA 70340

Intrepid Global Ind.
11931 Wickchester Ln, #300
Houston, TX 77043

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357

UTEC Survey, Inc.
10801 Hammerly Blvd., #212
Houston, TX 77043

Crossmar Inc.
1950-A S. Van Ave.
Houma, LA 70363

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071

Conrad Shipyard, LLC
POB 790
Morgan City, LA 70381

McDermott Will & Emory, LLP
227 W. Monroe St.
Chicago, IL 60606

BP America
501 West Lake Blvd.
WLI Ofc. 24, 108-A
Houston, TX 77079

CapRock Communications
Lock Box 8792067, Dept. 2067
POB 122067
Dallas, TX 75312

Seagull Marine/Agility
115 Canvasback Dr.
St. Rose, LA 70387

B&J Martin, Inc.
18104 W. Main
Galliano, LA 70354

The IUC Group
222 Fordham St.
Bronx, NY 10464

Madcon Corp.
63374 Olkd Military Rd.
Pearl River, LA 70454

ES&H
1730 Coteau Rd.
Houma , LA 70364

GS-HYDRO-US, Inc.
16405 Air Center Blvd., Ste 400
Houston, TX 77032

Candies Shipbuilders
1100 Oak St.
Houma, LA 70363

Asamarbunkers
c/o Asamar, Inc.
1099 Wall St. W., Ste 138
Lyndhurst, NJ 07071

Greenburg Traurig LLP
300 W 6th St., Ste. 2050
Austin, TX 78701

Intermoor, Inc.
POB 1599
Amelia, LA 70340

Nexans Norway AS
Postboks 63450
Etterstad, Oslo, Norway N-0605

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam, POB 150
3100 AD Schiedam Harbor #561
NL

Greenwood Marine Mgt. 1
125 Mako Ln.
Morgan City, LA 70380

Bollinger Texas City
2201 Dock Rd., Dock 42
Texas City, TX 77590

PNC Bank, NA
POB 828702
Philadelphia, PA 19182-8702

Noble Denton Marine
14701 St. Mary's Ln., Ste. 425
Houston, TX 77079