EXHIBIT A



**Deep Marine Technology, Inc.**
**Insurance Summary**
**2009-2010**

| COVERAGE | LIMIT/VALUE | COVER NOTE/ POLICY NO. | CARRIER INFORMATION | RATING | POLICY TERM | METHOD of PAYMENT | RENEWAL PREMIUM |
|---|---|---|---|---|---|---|---|
| Workers' Compensation & Employers Liability | $ 500,000 Bodily Injury by Accident<br>$ 500,000 Bodily Injury by Disease<br>$ 500,000 Bodily Injury by Disease | WC 005386199 | American International Group, Inc. | A++ | 03/11/2009- 4/1/2010 | Paid directly to AIG (in installments) | $ 43,958 |
| Automobile Liability | $ 1,000,000 CSL Each Accident (symbol 1)<br>$ 1,000,000 CSL Uninsured/Underinsured Motorist (symbol 2)<br>$ 2,500 Personal Injury Protection (symbol 5)<br>Physical Damage:<br>$500 Comp/Collision | 61UECAG2973 | Hartford Underwriters Insurance Co. | A+XV | 03/11/2009- 4/1/2010 | Paid in full directly to Hartford | $ 3,311 |
| Property | $ Per Schedule Blanket Personal Property of Values submitted by Fugro<br>Valuable papers & EDP included in Personal Property Limit | 61SBABX2949 | Hartford Lloyds Insurance Company | A +XV | 06/28/2009- 6/27/2010 | Paid directly to AIG (in installments) | |
| Maritime Employers Liability<br>Jones Act [covers employer from employee suits] | $ 1,000,000 any one person<br>$ 1,000,000 any one accident<br>Deductible<br>$ 25,000 any one person or accident | PA 0902029 | Lloyd's Syndicate 1036 | A +XV | 03/11/2009- 4/1/2010 | Aon Finance Agrement #1 | $ 528,767 |
| Marine General Liability [covers completed operations, work in progress, contractual liability] | $ 2,000,000 General Aggregate<br>$ 1,000,000 Each Occurrence<br>$ 1,000,000 Products/Completed Operations<br>$ 1,000,000 Personal & Advertising<br>$ 50,000 Fire Damage Limit<br>$ 5,000 Medical Expense<br>Deductible<br>$ 25,000 Any one accident or occurrence, except<br>$ 50,000 Any one accident as respects pollution | 3H 771532001 | Liberty Mutual | A +XV | 03/11/2009- 4/1/2010 | Aon Finance Agrement #1 | $ 132,784 |
| Bumbershoot Liability | $ 4,000,000 Per Occurrence<br>$ 4,000,000 Policy Aggregate<br>Excess of:<br>$Underlying or Primary coverages scheduled | ARS4914 | Lloyds of London | A IX<br>A+XV<br>A XV | 03/11/2009- 4/1/2010 | Aon Finance Agrement #1 | $ 153,871 |
| Bumbershoot Liability | $ 25,000,000 Per Occurrence<br>$ 25,000,000 Policy Aggregate<br>Excess of:<br>$Underlying or Primary coverages scheduled | 09L203501 | Navigators Insurance Company | A IX<br>A+XV<br>A XV | 03/11/2009- 4/1/2010 | Aon Finance Agrement #1 | $ 105,803 |
| Excess Bumbershoot Liability | $ 75,000,000 Per Occurrence<br>$ 75,000,000 Policy Aggregate<br>Excess of:<br>$ 25,000,000 Bumbershoot Liability policy | ARS4911 | National Liability<br>National Union<br>Valiant | A IX<br>A+XV<br>A XV | 03/11/2009- 4/1/2010 | Aon Finance Agrement #1 | $ 143,609 |
| Contractors Equipment- (a)<br>Subsea Equipment and/or Equipment of any nature (owned, hired in/out or otherwise) whilst | $ 12,082,727 Value Insured<br>$ 500,000 Unscheduled Equipment of other whilst in the CCC of the assured | 605514 | Syndicate # 457 Lloyd's of London | No Rating | 03/11/2009- 4/1/2010 | | $ 468,384 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| nature (owned, hired in/out or otherwise) whilst in use, whilst in store/at rest and whilst in transit and/or cargo<br><br>(b)<br>Unscheduled equipment of others whilst in the care, custody and control of the assured | $ 7,500,000 any one accident or occurrence<br>$ 500,000 any one loss or occurrence in respects of<br>$ 1,000,000 Removal of Wreck<br>Deductible<br>$ 50,000 Overside equipment EXCEPT<br>$ 100,000 NEMISIS/TMS, XLS-6 ROV/TMS launch/recovery<br>$ 10,000 Topside Equipment<br>$ 5,000 Workshop Equipment<br>$ 2,500 Trailers<br>$ 100,000 in respects of Named Windstorm/Named Tropical Storms | | | | | Aon Finance Agrement #1 | |
| Protection & Indemnity Liability<br>   Pollution<br>   War (Sapphire only) | $ 1,000,000 Limit of Liability ($27,888 each vessel)<br>$5,000,000 Limit of Liability<br>$ 5,000,000 Pollution | GCM 09524 | Gulf Coast Marine | A XIV<br><br>A XII | 04/22/2008-4/1/2010 | Aon Finance Agreement #2 | $ 111,550<br>$ 26,045<br>$ 27,225 |
| Hull & Machinery | $ 28,000,000 DMT Diamond ($143,868)<br>$ 56,000,000 DMT Emerald ($237,194)<br>$ 16,000,000 DMT Topaz ($107,813)<br>$ 21,000,000 DMT Sapphire ($122,840)<br>$ 100,000 Deductible | GCM 09524 | Gulf Coast Marine | A XIV<br>AXII | 04/22/2008-4/1/2010 | | $ 611,715 |
| D&O, Crime, Fiduciary | $10,000,000 limit<br>$100,000 deductible | 37665951 | AIU | | 7/17/2009-7/17/2010 | AFCO Finance #2 | $ 90,085 |
| Servcie Fee(s) | | | AON | | 03/11/2009-4/1/2010 | | $ 195,000 |
| Audit Premium Adjustment | NA | | | | Audit completed July 2009 | | to be determined |