IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC., | § | Case No. 09-39313 |
| et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

**ORDER AUTHORIZING DEBTORS TO FILE A CONSOLIDATED CREDITOR MATRIX, APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE CASE, AND GRANTING AUTHORITY TO ESTABLISH THE MASTER SERVICE LIST APPLICABLE TO THESE CASES**

The Court has considered the Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to file a Consolidated Creditor Matrix, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Case, and (III) Granting Authority to Establish the Master Service List Applicable to these Cases (the "Motion"). The Court finds that notice of the Motion is sufficient under the circumstances and that the requested relief should be granted. Accordingly, it is therefore

ORDERED that the Motion is GRANTED as set forth herein; it is further

ORDERED that the requirement under § 521(a)(1) of the Bankruptcy Code and Bankruptcy Rule 1007(a)(1) to file a list of creditors with the Court is waived; it is further

ORDERED that, except as provided below, all documents filed in these cases shall be served, in the manner described herein, on the parties listed on the Master Service List (as defined below) at the time; it is further

ORDERED that any creditor, equity interest holder, or party in interest that wishes to receive notice in these cases and is not otherwise entitled to notice pursuant to this Order shall

file a notice of appearance (a "Notice of Appearance") and request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b). Such Notice of Appearance shall include the following information: (a) the party's name and address; (b) the name of the client, if applicable; (c) an electronic mail (i.e. email) address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery and overnight delivery; and (e) a facsimile number for the requesting party. Notwithstanding Bankruptcy Rules 2002 and 9006, no request for service filed in these cases shall be honored unless the foregoing requirements are satisfied; it is further

ORDERED that any individual or entity filing a Notice of Appearance who does not maintain and cannot practicably obtain an email address must include in its notice of appearance a certification stating the same. Notice will be provided to these individuals or entities by U.S. mail or facsimile, in the Debtors' sole discretion; it is further

ORDERED that the Debtors shall maintain a master service list that shall include (a) the Office of the United States Trustee for the Southern District of Texas, (b) all known or alleged secured creditors, (c) the 30 largest unsecured non-insider creditors of the Debtors (on a consolidated basis), (d) all shareholders of Deep Marine Holdings, Inc., (e) all board members of Deep Marine Holdings, Inc., (f) all Debtor representatives, (g) any financial advisors to the Debtors, (h) counsel for, and any professionals retained by, any official committee of unsecured creditors that may be appointed, (i) the United States Attorney's Office for the Southern District of Texas, (j) the Internal Revenue Service, (k) any persons who have filed a request for notice pursuant to Bankruptcy Rule 2002, and (l) any such other government agencies to the extent required by the Bankruptcy Rules and Local Rules.

ORDERED that the Master Service List shall contain addresses and facsimile numbers, and may contain email addresses; it is further

ORDERED that the Debtors shall use reasonable efforts to update the Master Service List to include the name and address of any party in interest who has made a written request for notice, weekly for the first month after filing of the initial Master Service List, then bi-weekly until confirmation of a plan of restructuring (or conversion of the cases to a chapter 7 proceedings, if applicable), then monthly thereafter during the pendency of these cases.  If in a particular month, there are no changes to the service list, the Debtors shall file a notice with the Court so stating; it is further

ORDERED that the Debtors shall serve parties on the Master Service List by U.S. mail, hand delivery, or, with the exception of the chambers of the Judge assigned to preside over these cases, facsimile or email (the choice of the foregoing being in the Debtors' sole discretion); it is further

ORDERED that, upon the completion of noticing any particular matter, the party seeking relief shall file with the Court either an affidavit of service or a certification of service attaching the list of parties that received notice; it is further

ORDERED that the proceedings with respect to which notice would be limited to the Master Service List shall include all matters covered by Bankruptcy Rule 2002, with the express exception of the following: (a) notice of (i) the first meeting of creditors pursuant to section 341 of the Bankruptcy Code, (ii) the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c), and (iii) the time fixed for filing objections to, and the hearings to consider, approval of a disclosure statement and confirmation of a plan of reorganization; and (b) notice and transmittal of ballots for accepting or rejecting a plan of reorganization. Notice of the

foregoing matters shall be given to all parties in interest in accordance with Bankruptcy Rule 2002, unless the Court orders, or the Bankruptcy Code prescribes, otherwise; it is further

ORDERED that the Debtors are authorized to serve the Notice of Commencement, substantially in the form attached as **Exhibit A** to the Motion, to all parties in interest in accordance with Bankruptcy Rule 2002. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the commencement of these cases; (b) the scheduling of the section 341 meeting of creditors; and (c) the bar date for filing proofs of claims and interests; it is further

ORDERED that the Debtors shall serve a printed copy of this Order upon all parties on the Master Service List (defined herein) on the date this Order is entered, or as soon thereafter as is practicable; it is further

ORDERED that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____

                                                                  _____
                                                                             MARVIN ISGUR
                                                            UNITED STATES BANKRUPTCY JUDGE