# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED SERVICE LIST*

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073

**DEBTORS' ATTORNEY [PROPOSED]**
Marcy E. Kurtz
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
marcy.kurtz@bgllp.com
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114-1294

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS ***
GE Capital
60 Wall Street
New York, NY 10005

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
rutowski@sewkis.com
Attorney for GE Capital

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
3960 Howard Hughes Parkway, 5th Floor
Las Vegas, NV 89169
nader@njkholding.com

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

**TOP 30 UNSECURED CREDITORS***
Aramark Offshore
1101 Market Street
Philadelphia,PA 19107
Liebler-Patrick@aramark.com

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West, Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjmartininc.com

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

HOUSTON\2339325.9

* Debtors reserve all rights with respect to classification of creditor claims.

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS@bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto3@ottocandies.com

CapRock Communications
Lock Box 8792067
Dept 2067
PO Box 122067
Dallas TX 75312
kswidan@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071
Ertchin@bsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenburg Traurig LLP
300 W 6th St
Suite 2050
Austin TX 78701
BattagliniK@gtlaw.com

Greenwood Marine Management I
300 Everett Street
Morgan City, LA 70380
dan@greenwoodmarine.com

GS-HYDRO-US, Inc
16405 Air Center Blvd
Suite 400
Houston TX 77032
Fax: 713-951-0708

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam, PO Box 150
3100 AD Schiedam Harbor #561 NL
mheijerman@huisman-nl.com
bdeboer@huisman-nl.com

Intermoor, Inc.
PO Box 1599
Amelia LA 70340
tlacoste@InterMoor.com

Intrepid Global Ind.
11931 Wickchester Lane #300
Houston TX 77043
dsorrel@huisman-intrepid.com

Madcon Corporation
63374 Old Military Rd
Pearl River LA 70452
jwaguespack@gitbs.com

McDermott Will & Emory LLP
227 W Monroe St
Chicago IL 60606
jhwilson@mwe.com

2

* Debtors reserve all rights with respect to classification of creditor claims.

Nexans Norway AS
Postboks 63450
Etterstad, Oslo, Norway
N-0605
les@carichards.com

NJK Holding Corporation
7803 Glenroy Road
Minneapolis MN 55439
nader@njkholding.com

Noble Denton Marine
14701 St. Mary's Lane
Suite 425
Houston TX  77079
matt.muddiman@nobledenton.com

NREC Power Systems, Inc.
5222 Hwy 311
Houma LA 70360
power@nrecps.com

Ocean Services, LLC
2629 NW 54th St, Suite W201
Seattle WA 98107
ronp@stabbertmaritime.com

PNC Bank, N.A.
P.O. Box 828702
Philadelphia, PA 19182-8702
Justin.Sohnlein@nationalcity.com

Seagull Marine/Agility
115 Canvasback Drive
St. Rose LA  77087
davet@seagullmarine.com

The IUC Group
222 Fordham St
Bronx NY 10464
lgalerne@iucgroup.com

UTEC Survey Inc.
10801 Hammerly Blvd.
Suite 212
Houston TX 77043
dave.ross@utecsurvey.com

**OTHER PARTIES FOR NOTICE**
Tony Gerbino
Jeffrey Whetzel
Grant Thornton LLP
333 Clay Street
Houston, TX 77002-4000
Tony.Gerbino@gt.com
Jeffrey.Whetzel@gt.com

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com

Southwest Bank of Texas
Aka Amegy Bank of Texas
PO Box 4837
Houston, TX 77210-4837

Merrill Lynch Business Financial Services, Inc.
222 North LaSalle Street, 17th Floor
Chicago, IL 60601

Inspectronic Corporation
222 E. Fordham Road
Bronx, NY 10458-5006

National City Business Credit, Inc.
1965 E. 6th Street
Cleveland, OH 44114

National City Commercial Capital LLC
995 Dalton Ave.
Cincinnati, OH 45203

Cisco Systems Capital Corporation
170 W Tasman Drive
San Jose, CA 95134

Herc Exchange, LLC
3817 Northwest Expressway
Oklahoma City, OK 73112

Radler Enterprises, Inc.
530 Wells Fargo Drive, Suite 300
Houston, TX 77090

3

* Debtors reserve all rights with respect to classification of creditor claims.

Mark L. Clark
Brown Sims
Poydras Center, Suite 2200
650 Poydras Street
New Orleans, LA 70130
mclark@brownsims.com

Karen A. Cooper
Aon Risk Services Southwest, Inc./Aon Energy
1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
Karen_Cooper@ars.aon.com

**PARTIES REQUESTING NOTICE**
Joel W. Mohrman
Anderson L. Cao
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
jmohrman@mcglinchey.com
acao@mcglinchey.com
*Attorney for Beauty Elite Properties, L.P.*

Ross Spence
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
rossspence@snowfogel.com
*Attorney for Michael Rentfrow*

Edward L. Rothberg
Melissa A. Haselden
Weycer Kaplan Pulaski & Zuber PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046
erothberg@wkpz.com
mhaselden@wkpz.com
*Attorneys for CapRock Communications*

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
raguilar@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Jennifer L. Davis
McGlinchey Stafford PLLC
1001 McKinney Street, Suite 1500
Houston, TX 77002
jdavis@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Susan C. Matthews
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, TX 77010
susan.matthews@arlaw.com
*Attorneys for GE Business Financial Services Inc.*

4

\* Debtors reserve all rights with respect to classification of creditor claims.