UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: DEEP MARINE HOLDINGS, INC., *et al.*,

Debtors.

CASE NO.: 09-39313

Jointly Administered
CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Bollinger Fourchon, L.L.C., creditor and party in interest in the captioned proceedings, hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon its attorneys of record as follows:

Stephen L. Williamson and Ryan M. McCabe
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P.
3300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  (504) 585-3200
Facsimile:  (504) 200-8983

This request encompasses all notices, copies and pleadings referred to in 11 U.S.C. § 1109(b) or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery,

telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

DATED:  December 15, 2009.

          Respectfully submitted,

          **MONTGOMERY, BARNETT, BROWN,**
             **READ, HAMMOND & MINTZ, L.L.P.**


          BY:    /s/  Ryan M. McCabe
                 STEPHEN L. WILLIAMSON
                 swilliamson@monbar.com
                 U.S.D.C., S.D. Tex. Admission No. 22922
                 La. Bar No. 8316
                 RYAN M. McCABE
                 rmccabe@monbar.com
                 U.S.D.C., S.D. Tex. Admission No. 907983
                 La. Bar No. 31254
                 3300 Energy Centre
                 1100 Poydras Street
                 New Orleans, Louisiana 70163
                 Telephone:  (504) 585-3200
                 Facsimile: (504) 200-8983

          Attorneys for Creditor,
          Bollinger Fourchon, L.L.C.


## **CERTIFICATE OF SERVICE**

I, Ryan M. McCabe, hereby certify that, pursuant to Local Rule 9013(f), a true and correct copy of the foregoing Notice of Appearance and Request for Notice was forwarded electronically to the Clerk of Court via the CM/ECF system and mailed via United States mail, postage prepaid and properly addressed, to all parties listed on Exhibit "A" hereto on December 15, 2009.

        /s/  Ryan M. McCabe
          RYAN M. McCABE