IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| et al. | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

**ORDER AUTHORIZING THE EMPLOYMENT OF PROFESSIONALS USED IN THE ORDINARY COURSE OF THE DEBTORS' BUSINESS**

Upon consideration of the Emergency Motion for an Order Authorizing the Employment of Professionals Used in the Ordinary Course of the Debtors' Business (the "Motion"),[1] filed by filed by the above-captioned debtors and debtors-in-possession (the "Debtors"), and it appearing to the Court that notice was sufficient under the circumstances and that the relief sought should be granted; it is hereby

ORDERED that, pursuant to §§ 327 and 328 of the Bankruptcy Code, to the extent deemed necessary or appropriate by the Debtors, the Debtors are authorized to employ the Ordinary Course Professionals listed in the Motion in the ordinary course of the Debtors' businesses and the administration of the estates, effective as of the date of the commencement of the Debtors' chapter 11 cases, or such later date as applicable; and it is further

ORDERED that the Debtors are authorized to supplement the list of Ordinary Course Professionals from time to time during these cases, as the need arises, and file such supplemental lists with the Court and serve same on the Master Service List, as described in the Motion, and if no objections to any such supplemental list are filed within ten (10) days after service thereof,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

the retention of such Ordinary Course Professionals shall be deemed approved by the Court as of the date each supplemental list was filed, pursuant to §§ 327 and 328 of the Bankruptcy Code, without the need for a hearing; and it is further

ORDERED that the Debtors are authorized and empowered to pay compensation and reimburse expenses to each of the Ordinary Course Professionals retained pursuant to this Order in the customary manner in the full amount billed by each such Ordinary Course Professional upon receipt of reasonably detailed invoices indicating the nature of the services rendered and calculated in accordance with such Ordinary Course Professional's standard billing practices (without prejudice to the Debtors' right to dispute any such invoices), up to $20,000 per month (the "Fee Cap") per such Ordinary Course Professional; and it is further

ORDERED that any payments to any Ordinary Course Professional made in excess of the Fee Cap shall be subject to the prior approval of the Court in accordance with §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and Orders of the Court; and it is further

-3-

ORDERED that this Order shall not apply to any professional that has been or will be retained by the Debtors pursuant to a separate order of this Court.

Dated: _____

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE