IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DEEP MARINE HOLDINGS, INC. | § | Case No. 09-39313 |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF APPEARANCE

TO:   ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW Keith M. Aurzada and John C. Leininger of Bryan Cave, LLP and file this Notice of Appearance on behalf of Sunchase Holdings, Inc. (the "*Sunchase*") and pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 2002 respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile number, and email addresses listed as follows:

Keith M. Aurzada
John C. Leininger
BRYAN CAVE, LLP
2200 Ross Avenue, Suite 3300
Dallas, Texas  75201
Telephone:  214.721.8000
Facsimile:  214.721.8100
Email:  keith.aurzada@bryancave.com
Email:  john.leininger@bryancave.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.  Further, Sunchase

requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Sunchase additionally requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated:  December 16, 2009

        Respectfully submitted,

        **BRYAN CAVE, LLP**

By:   //s// Keith M. Aurzada
    Keith M. Aurzada
    Texas Bar No. 24009880
    John C. Leininger
    Texas Bar No. 240041279

2200 Ross Avenue, Suite 3300
Dallas, TX 75201
Telephone: (214) 721.8000
Facsimile:  (214) 721.8100

Counsel for Sunchase Holdings, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served on December 16, 2009, via electronic mail to the parties subscribing to the Court's CM/ECF system in this case.

//s// Keith M. Aurzada
Keith M. Aurzada
