IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | Case No. 09-39313 |
| et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

**HEARING AGENDA FOR DECEMBER 17, 2009**
**STATUS CONFERENCE AND HEARING**

Hearing Date/Time:   **December 17, 2009 at 3:00 p. m. (CST)**

Hearing Location:   United States Bankruptcy Court for the Southern District of Texas
515 Rusk
Courtroom No. 404
Houston, Texas 77002

A.   **Order Setting Status Conference [Dkt. No. 10]**

B.   **Request for Emergency Consideration of Certain "First Day" Matters [Dkt. No. 31]**

C.   **Emergency Motion Pursuant To 11 U.S.C. §§ 105, 362, 363, and 364 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtors to Obtain Post-Petition Secured Financing, (II) Granting Security Interests and Superpriority Claims, and (III) Scheduling Final Hearing [Dkt. No. 30]**

   **Objections Filed:**

   **Related Documents:**

   **Status:**  Going Forward

D.   **Debtors' Emergency Motion For Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Dkt. No. 21]**

   **Objections Filed:**

   **Related Documents:**

**Status:**  Going Forward

E. **Debtors' Emergency Motion For Order (I) Authorizing Continued Use Of Existing Business Forms And Records; (II) Authorizing Maintenance Of Existing Corporate Bank Accounts And Cash Management System; And (III) Waiving The Requirements Of 11 U.S.C. § 345(B) [Dkt. No. 22]**

**Objections Filed:**

**Related Documents:**

**Status:**  Going Forward

F. **Debtors' Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules Of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs [Dkt. No. 23]**

**Objections Filed:**

**Related Documents:**

**Status:**  Going Forward

G. **Debtors' Emergency Motion for Order Authorizing Maintenance of Insurance Policies and Payment of Insurance Premiums and Insurance Premium Finance and Security Agreement Payments [Dkt. No. 25]**

**Objections Filed:**

**Related Documents:**

**Status:**  Going Forward

H. **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Case, and (III) Granting Authority to Establish the Master Service List Applicable to These Cases [Dkt. No. 26]**

**Objections Filed:**

**Related Documents:**

**Status:**  Going Forward

I. **Debtors' Emergency Motion for Order (I) Authorizing Debtors to (A) Pay Pre-Petition Wages and Salaries to Employees And (B) Pay Pre-Petition Benefits and to**

-3-

Continue Benefit Programs in the Ordinary Course and (II) Directing Banks to Honor Pre-Petition Checks for Payment of Pre-Petition Employee Obligations [Dkt. No. 28]

**Objections Filed:**

**Related Documents:**

**Status:** Going Forward

J.  Debtors' Emergency Motion for an Order Authorizing the Employment of Professionals Used In the Ordinary Course of the Debtors' Business [Dkt. No. 29]

**Objections Filed:**

**Related Documents:**

**Status:** Going Forward

                Respectfully submitted,

                **BRACEWELL & GIULIANI LLP**

                By:  */s/ Marcy E. Kurtz*
                    Marcy E. Kurtz
                    Texas Bar No. 11768600
                    Marcy.Kurtz@bgllp.com
                    William A. (Trey) Wood III
                    Texas Bar No. 21916050
                    Trey.Wood@bgllp.com
                    Jason G. Cohen
                    Texas Bar No. 24050435
                    Jason.Cohen@bgllp.com
                    Bracewell & Giuliani LLP
                    711 Louisiana, Suite 2300
                    Houston, Texas 77002
                    Telephone:   (713) 223-2300
                    Facsimile:    (713) 221-1212

                **PROPOSED ATTORNEYS FOR THE DEBTORS**

-4-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 16, 2009, a true and correct copy of this document was served on all parties by electronic means as listed on the court's ECF noticing system.

*/s/ Jason G. Cohen*
Jason G. Cohen