IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: § <br> § <br> DEEP MARINE HOLDINGS, INC., § <br> et al. § <br> § <br> Debtors. § <br> § | Case No. 09-39313 <br><br> Jointly Administered <br> Chapter 11 |

### AFFIDAVIT OF PATRICIA RODRIGUEZ

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Patricia Rodriguez, who, after being duly sworn, upon her oath deposed and stated as follows:

1. Deep Marine Holdings, Inc., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") have requested that I provide assistance to the Debtors in gathering the information necessary for compliance with the provisions of the Bankruptcy Code.

2. The duties I am performing and will continue to perform for the Debtors include gathering insurance information, human resources information, and reviewing contracts.

3. I do not hold or represent any interest that is adverse to the Debtors or their estates.

4. The Debtors owe me ~~no known amount for pre-petition services:~~ three week's pay plus vacation, pre-petition employment. PCR

FURTHER, AFFIANT SAITH NOT.

AFFIANT:

*Patricia C. Rodriguez*
Patricia Rodriguez

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on the ___ day of December, 2009.

My Commission Expires:

*November 30, 2012*

Notary Public - State of Texas

C. D. KINCAID
Printed Name of Notary Public

> C. D. KINCAID
> Notary Public, State of Texas
> My Commission Expires
> November 30, 2012

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC., et al. | § § § | Case No. 09-39313 |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

### AFFIDAVIT OF BUTCH GUIDRY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Butch Guidry, who, after being duly sworn, upon his oath deposed and stated as follows:

1. Deep Marine Holdings, Inc., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") have requested that I provide assistance to the Debtors in gathering the information necessary for compliance with the provisions of the Bankruptcy Code.

2. The duties I am performing and will continue to perform for the Debtors include accounting and support work.

3. I do not hold or represent any interest that is adverse to the Debtors or their estates.

4.  The Debtors owe me no known amount for pre-petition services.

FURTHER, AFFIANT SAITH NOT.

AFFIANT:

_____
Butch Guidry

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on the 16th day of December, 2009.

My Commission Expires:

1/14/2010

_____
Notary Public - State of Texas

Patricia C. Rodriguez
Printed Name of Notary Public



PATRICIA C. RODRIGUEZ
MY COMMISSION EXPIRES
January 14, 2010

-2-