IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| **DEEP MARINE HOLDINGS, INC.,** § | Case No. 09-39313 | |
| et al. § | | |
| § | **Jointly Administered** | |
| Debtors. § | **Chapter 11** | |

### DEBTORS' EXHIBIT LIST FOR THE DECEMBER 17, 2009 HEARING

Deep Marine Holdings, Inc., et al. ("Debtors"), file their Exhibit List for the December 17, 2009 status conference and hearing on the first day matters.

### EXHIBITS

| Ex. No. | Description | Marked | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|---|
| 1 | DIP Budget | | | | |
| 2 | First Day Affidavit | | | | |
| 3 | Summary of Abstracts of Title | | | | |
| 4 | Resume of John D. Bittner of Grant Thornton LLP | | | | |
| 5 | Vessel Appraisal for Sapphire, July 10, 2009 | | | | |
| 6 | Vessel Appraisal for Topaz, May 29, 2009 | | | | |
| 7 | Vessel Appraisal for Emerald, August 29, 2008 | | | | |
| 8 | Vessel Appraisal for Diamond, October 2, 2006 | | | | |
| 9 | Utility Company Detail | | | | |

| Ex. No. | Description | Marked | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|---|
| 10 | Insurance Policy Detail | | | | |
| 11 | Employee Wage Detail | | | | |

The Debtors reserve the right to utilize rebuttal exhibits as necessary. The Debtors reserves the right to supplement this Exhibit List.

Dated: December 16, 2009.

        Respectfully submitted,

        **BRACEWELL & GIULIANI LLP**

    By:  */s/ Marcy E. Kurtz*
        Marcy E. Kurtz
        Texas Bar No. 11768600
        Marcy.Kurtz@bgllp.com
        William A. (Trey) Wood III
        Texas Bar No. 21916050
        Trey.Wood@bgllp.com
        Jason G. Cohen
        Texas Bar No. 24050435
        Jason.Cohen@bgllp.com
        Bracewell & Giuliani LLP
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        Telephone:    (713) 223-2300
        Facsimile:    (713) 221-1212

        **PROPOSED ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 16, 2009, a true and correct copy of this document was served on all parties on the attached master service list by electronic means and as listed on the court's ECF noticing system and by electronic mail as indicated.

*/s/ Jason G. Cohen*
Jason G. Cohen