**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

## DEBTORS' WITNESS LIST FOR THE DECEMBER 18, 2009 HEARING

Deep Marine Holdings, Inc., et al. ("Debtor"), files its Witness List for the December 17, 2009 status conference and hearing on first day matters.

### WITNESSES

1.    John Hudgens; Chief Financial Officer;

2.    John Bittner, Grant Thornton LLP; and

3.    Any witness called by any other party.

The Debtor reserves the right to call rebuttal witnesses as necessary.  The Debtor reserves the right to supplement this Witness List.

Dated: December 16, 2009

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By:   _/s/ Marcy E. Kurtz_
        Marcy E. Kurtz
        Texas Bar No. 11768600
        Marcy.Kurtz@bgllp.com
        William A. (Trey) Wood III
        Texas Bar No. 21916050
        Trey.Wood@bgllp.com

Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:      (713) 221-1212

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 16, 2009, a true and correct copy of this document was served on all parties on the attached master service list by electronic means and as listed on the court's ECF noticing system, by electronic mail as indicated.

*/s/ Jason G. Cohen*
Jason G. Cohen