DRAFT
Deep Marine Technology
Summary Report

| Updated 12-16-2009 | 12/16/2009 | 12/23/2009 | 12/30/2009 | 1/6/2010 | 1/13/2010 | 1/20/2010 | 1/27/2010 | 2/3/2010 | 2/10/2010 | 2/17/2010 | 2/24/2010 | 3/3/2010 | 3/10/2010 | 3/17/2010 | 3/24/2010 | 3/31/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | |
| AR Collections | | | | | | | | | | | | | | | | |
|    Pre-Petition AR | | 19,535 | | 11,868 | 220,941 | 1,524,223 | 234,213 | | | 1,472,000 | | | | | | |
|    Post-Petition AR | | | | | | | | | | | | | | | | |
| Funding from DIP Facility | 1,655,000 | | | | | | 1,600,000 | | | | | | | | | |
| Cash from Sale of Assets | | | | | | | | | | | | | | 13,383,661 | | |
| Total Cash Receipts | 1,655,000 | 19,535 | - | 11,868 | 220,941 | 1,524,223 | 1,834,213 | - | - | 1,472,000 | - | - | - | 13,383,661 | - | - |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | |
| Payroll - funded on Wednesday's | 159,817 | 39,143 | 39,143 | 39,143 | 39,143 | 39,143 | 39,143 | 39,143 | 39,143 | 39,143 | 39,143 | 689,143 | 39,143 | 39,143 | 39,143 | 39,143 |
| Vessel Operating Costs--Operating Vessels | | | | | | | | | | | | | | | | |
| Vessel Operating Costs--Non-Operating Vessels | 150,250 | 40,000 | 60,250 | 40,000 | 60,250 | 90,000 | 270,250 | 40,000 | 60,250 | - | 280,250 | - | 20,250 | 50,000 | 20,250 | - |
| Occupancy | 70,000 | 7,000 | 56,000 | - | - | 7,000 | 17,000 | - | - | 7,000 | 13,000 | - | - | 7,000 | 3,000 | - |
| General & Administrative | 339,957 | - | 36,480 | 7,000 | 9,197 | 70,000 | 38,333 | 2,000 | - | 45,197 | 306,667 | 2,000 | - | 9,197 | - | 366,667 |
| PNC Revolver pay down | | 19,535 | | 11,868 | 220,941 | 918,351 | | | | | | | | | | |
| DIP Loan Fees & Expenses | 155,000 | | | | | | | | | | | | | 62,000 | | |
| Professional Fees (Debtor & Committee) | 6,000 | 3,000 | 3,000 | 3,000 | 3,000 | 403,000 | 23,000 | 3,000 | 3,000 | 403,000 | 3,000 | - | - | - | 315,000 | - |
| Total Cash Disbursements | 881,024 | 108,678 | 194,873 | 101,011 | 332,531 | 1,527,494 | 387,727 | 84,143 | 102,393 | 494,340 | 642,060 | 691,143 | 59,393 | 167,340 | 377,393 | 405,810 |
| Net Cash Flow | 773,976 | (89,143) | (194,873) | (89,143) | (111,590) | (3,272) | 1,446,487 | (84,143) | (102,393) | 977,660 | (642,060) | (691,143) | (59,393) | 13,216,321 | (377,393) | (405,810) |
|    Beginning cash balance | 0 | 773,976 | 684,833 | 489,959 | 400,816 | 289,226 | 285,954 | 1,732,441 | 1,648,298 | 1,545,904 | 2,523,564 | 1,881,504 | 1,190,361 | 1,130,968 | 11,092,288 | 10,714,895 |
|    Net Cash Flow | 773,976 | (89,143) | (194,873) | (89,143) | (111,590) | (3,272) | 1,446,487 | (84,143) | (102,393) | 977,660 | (642,060) | (691,143) | (59,393) | 13,216,321 | (377,393) | (405,810) |
|    Ending cash balance | 773,976 | 684,833 | 489,959 | 400,816 | 289,226 | 285,954 | 1,732,441 | 1,648,298 | 1,545,904 | 2,523,564 | 1,881,504 | 1,190,361 | 1,130,968 | 14,347,288 | 10,714,895 | 10,309,085 |
| Beginning DIP Loan Balance | $ - | $1,655,000 | $1,655,000 | $1,655,000 | $1,655,000 | $1,655,000 | $1,655,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $ - | $ - |
| Drawdown/(Repayment) | 1,655,000 | 0 | 0 | 0 | 0 | 0 | 1,600,000 | 0 | 0 | 0 | 0 | 0 | 0 | (3,255,000) (1) | 0 | 0 |
| Ending DIP Loan Balance | $1,655,000 | $1,655,000 | $1,655,000 | $1,655,000 | $1,655,000 | $1,655,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $3,255,000 | $ - | $ - | $ - |

(1) The sale of an asset is anticipated sometime during this period however the Debtor may choose to sell an asset earlier or later and may elect to pay the DIP loan at that time in accordance with the terms and conditions of the DIP Agreement.