Joel W. Mohrman
jmohrman@mcglinchey.com
Texas Bar No. 14253500
Anderson L. Cao
acao@mcglinchey.com
Texas Bar No. 24031910
**MCGLINCHEY STAFFORD PLLC**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Fax: (713) 520-1025

*ATTORNEYS FOR CREDITOR*
*BEAUTY ELITE PROPERTIES, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: DEEP MARINE HOLDINGS, INC. et al | § § § § | CASE NO.: 09-39313 Jointly administered Chapter 11 |
| Debtors | § | |

## NOTICE OF HEARING

Please be advised that a hearing on Beauty Elite Properties, L.P.'s Motion to Compel Assumption or Rejection of Unexpired Commercial Property Lease and to Compel Immediate Performance of the Lease by Deep Marine Technology, Inc. has been set for January 27, 2010 at 1:30 p.m. in Courtroom 404, 515 Rusk, Houston, Texas 77002.

Respectfully submitted,

By: /S/ Anderson L. Cao
**ANDERSON L. CAO**
Texas Bar No. 24031910
1001 McKinney, Suite 1500
Houston, TX 77002
Tel:   (713) 520-1900
Fax:   (713) 520-1025

*ATTORNEYS FOR CREDITOR,*
*BEAUTY ELITE PROPERTIES, L.P.*

## CERTIFICATE OF SERVICE

I, Anderson L. Cao, hereby certify that a true and correct copy of the foregoing Notice of Hearing was forwarded via electronically to the Clerk, and/or mailed U.S. Mail, postage prepaid to all parties listed below on December 17, 2009.

See Attached Service List

/s/ Anderson L. Cao