UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| **DEEP MARINE TECHNOLOGIES,** | § | **CASE NO. 09-39313-H1-11** |
| **INC., et, al.** | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that UTEC Surveying, Inc., creditor in the above captioned and numbered case, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor or party-in-interest, also be sent to:

> UTEC Surveying, Inc.
> c/o Marc Douglas Myers
> 3120 Southwest Freeway, Suite 320
> Houston, Texas 77098
> (713) 522-2270 & (713) 522-3322 fax

Dated: December 17, 2009

> Respectfully submitted,
>
> /s/ Marc Douglas Myers
> BY:_____
> Marc Douglas Myers
> SBN 00797133
> Federal I.D. No. 21101

OF COUNSEL:
Adair & Myers, P.L.L.C.
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
(713) 522-2270 & (713) 522-3322 fax