

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
12/22/2009

| | | |
|---|---|---|
| **In Re:** § § | | |
| **DEEP MARINE HOLDINGS, INC.,** § et al. § § | | Case No. 09-39313 |
| | | Jointly Administered |
| Debtors. § | | Chapter 11 |

### ORDER DIRECTING DEBTORS TO APPOINT
### CHIEF RESTRUCTURING OFFICER

By agreement at the December 18, 2009 hearing before this Court, the Debtors consented to the appointment of a Chief Restructuring Officer. Therefore, it is hereby ORDERED that:

1. The Debtors shall employ a third-party Chief Restructuring Officer ("CRO") to assume full control of them no later than January 6, 2010, under such terms as this Court orders. The Debtors shall file the appropriate pleadings (the "Motion") to employ the CRO by December 31, 2009.

2. The hearing to approve the employment of a CRO is set for 3:00 p.m. on January 6, 2010, in Courtroom #404, 515 Rusk St., Houston, Texas 77002. All objections to the Motion are to be filed and served by noon on January 5, 2010. The Court may take testimony and evidence at the hearing.

3. The operations and employment of the CRO before January 6, 2010, may be ratified or made effective *nunc pro tunc.*

4.  The Debtors shall serve notice of the January 6, 2010 hearing on the master service list and file a certificate of service with the Court.

Dated: 12/22/09

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE