MOR-1

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | DEEP MARINE 4, LLC |
| CASE NUMBER: | 09-39318 |
| PROPOSED PLAN DATE: | TBD |

| | |
|---|---|
| PETITION DATE: | 12/4/2009 |
| DISTRICT OF TEXAS: | SOUTHERN |
| DIVISION: | HOUSTON |

## MONTHLY OPERATING REPORT SUMMARY FOR DECEMBER 2009

| MONTH | DEC 2009 (1) | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | (71,071.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | N/A | -   - |
| LIABILITY | N/A | -   - |
| VEHICLE | N/A | -   - |
| WORKER'S | N/A | -   - |
| OTHER | N/A | -   - |

CIRCLE ONE

| | | |
|---|---|---|
| Are all accounts receivable being collected within terms? | (Yes) | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | (Yes) | No |
| Have any pre-petition liabilities been paid? | Yes | (No) |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | (Yes) | No |
| Were any assets disposed of outside the normal course of business? | Yes | (No) |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | (Yes) | No |
| What is the status of your Plan of Reorganization? | | |

| | |
|---|---|
| ATTORNEY NAME: | Marcy E. Kurtz |
| FIRM NAME: | Bracewell & Giuliani LLP |
| ADDRESS: | 711 Louisiana Street, Suite 2300 |
| CITY, STATE, ZIP: | Houston, Texas | 77002-2770 |
| TELEPHONE/FAX: | T: 713.221.1206 | F: 713.221.2125 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____  TITLE: Chief Restructuring Officer
(ORIGINAL SIGNATURE)
John D. Bittner                         1/20/2009
(PRINT NAME OF SIGNATORY)        DATE

MOR-1                                                                         Revised 07/01/98

**Footnotes**
(1) Includes the period from 12/4/2009 to 12/31/2009.

**CASE NAME:** DEEP MARINE 4, LLC
**CASE NUMBER:** 09-39318

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/4/2009 | MONTH 12/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash (MOR-7) | 0.00 | 0.00 | | | | | |
| Accounts Receivable, Net | 0.00 | 0.00 | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 0.00 | 0.00 | | | | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 21,000,000.00 | 21,000,000.00 | | | | | |
| Less Accumulated Depreciation | 1,553,425.00 | 1,624,496.00 | | | | | |
| NET BOOK VALUE OF PP & E | 19,446,575.00 | 19,375,504.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | | | | | |
| 4. | 0.00 | 0.00 | | | | | |
| **TOTAL ASSETS** | $19,446,575.00 | $19,375,504.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

CASE NAME: DEEP MARINE 4, LLC
CASE NUMBER: 09-39318

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/4/2009 | MONTH 12/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 0.00 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 0.00 | 0.00 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt (1) | 19,531,098.00 | 19,531,098.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 19,531,098.00 | 19,531,098.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 19,531,098.00 | 19,531,098.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | $0.00 | $0.00 | | | | | |
| COMMON STOCK | $0.00 | $0.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | $0.00 | $0.00 | | | | | |
| RETAINED EARNINGS: Filing Date | ($84,523.00) | ($84,523.00) | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0.00 | (71,071.00) | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | ($84,523.00) | ($155,594.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $19,446,575.00 | $19,375,504.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-3**  *Revised 07/01/98*

**Footnotes**
(1) Consists of intercompany payable to Deep Marine Technology, Inc.

CASE NAME: DEEP MARINE 4, LLC
CASE NUMBER: 09-39318

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH 12/31/2009 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 0.00 | | | | | |
|   State Payroll Taxes | 0.00 | | | | | |
|   Ad Valorem Taxes | 0.00 | | | | | |
|   Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE *(1)* | 0.00 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. | 0.00 | | | | | |
|   2. | 0.00 | | | | | |
|   3. | 0.00 | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4                                                                                           *Revised 07/01/98*

**Footnotes**
(1) The Debtors have not accrued interest on any pre-petition debt since the petition date. Certain secured debt holders may or may not be entitled to post-petition interest and the Debtors reserve the right to amend their monthly operating reports or make adjustments in future periods with respect to accruing post-petition interest.

**CASE NAME:** DEEP MARINE 4, LLC
**CASE NUMBER:** 09-39318

### AGING OF POST-PETITION LIABILITIES
**MONTH** 12/31/2009

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | LOCAL TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31-60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 91+ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | 12/31/2009 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | | | | | |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: DEEP MARINE 4, LLC
CASE NUMBER: 09-39318

STATEMENT OF INCOME (LOSS)

| | MONTH 12/4/09 - 12/31/09 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES   (MOR-1) | 0.00 | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 0.00 | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 0.00 | | | | | | 0.00 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other | 0.00 | | | | | | 0.00 |
| Other | 0.00 | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 71,071.00 | | | | | | 71,071.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 71,071.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71,071.00 |
| NET INCOME BEFORE TAXES | (71,071.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (71,071.00) |
| FEDERAL INCOME TAXES | 0.00 | | | | | | 0.00 |
| **NET INCOME (LOSS)  (MOR-1)** | ($71,071.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($71,071.00) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

  *  *Footnote Mandatory.*
  * * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

**CASE NAME:** DEEP MARINE 4, LLC
**CASE NUMBER:** 09-39318

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 12/4/09 - 12/31/09 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | | | | | | 0.00 |
| 12. INSURANCE | 0.00 | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 0.00 | | | | | | 0.00 |
| 18. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | 0.00 | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:** DEEP MARINE 4, LLC
**CASE NUMBER:** 09-39318

## CASH ACCOUNT RECONCILIATION
### MONTH OF   12/4/09 - 12/31/09

| BANK NAME | N/A | N/A | N/A | N/A | N/A |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | N/A | N/A | N/A | N/A | N/A |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| RECEIPTS* | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR   CONTRIBUTION BY INDIVIDUAL   DEBTOR   MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

CASE NAME:   DEEP MARINE 4, LLC
CASE NUMBER:   09-39318

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 12/4/09 - 12/31/09 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH 12/4/09 - 12/31/09 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS   (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*