IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |

**ORDER GRANTING JOINT MOTION OF THE DEBTORS
AND THE COMMITTEE TO AUTHORIZE THE
COMMITTEE TO PURSUE ESTATE CAUSES OF ACTION**

ON CONSIDERATION of the Expedited Motion to Authorize the Committee to Pursue Estate Causes of Action (the "Motion") filed by the Debtors and the Official Unsecured Creditors Committee (the "Committee"), any responses thereto, and the argument of counsel, if any, the Court finds the Motion to be well-taken and should be granted.  It is therefore:

ORDERED that the Committee shall be permitted, in conjunction with the Debtors' CRO, to pursue estate claims against Eni Petroleum S.p.A. ("Eni"), with any proceeds collected therefrom to be held by the estates until further order of this Court.

Dated: _____

_____
HONORABLE MARVIN P. ISGUR
UNITED STATES BANKRUPTCY JUDGE

Austin 55812v2

1