IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **DEEP MARINE HOLDINGS, INC.,** § | | Case No. 09-39313 |
| et al. § | | |
| § | | **Jointly Administered** |
| **Debtors.** § | | **Chapter 11** |

### NOTICE OF HEARING FOR FEBRUARY 4, 2010

**PLEASE TAKE NOTICE** that a hearing is scheduled for **February 4, 2010 at 3:00 p.m.** on (A) *Debtors' Application Under § 327(A) of the Bankruptcy Code to Approve the Employment and Retention of Bracewell & Giuliani, LLP, as Attorneys for the Debtors* [Docket No. 78]; (B) *Motion for Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 85], and (C) *Expedited Motion of the Debtors and Committee to Authorize the Committee to Pursue Estate Causes of Action* [Docket No. 151]. The hearing will take place before the Honorable Marvin Isgur in the United States Bankruptcy Court at 515 Rusk, Courtroom 404, Houston, Texas 77002.

Dated: February 1, 2010

                                        Respectfully submitted,

                                        **BRACEWELL & GIULIANI LLP**

                                        By:  */s/ Jason G. Cohen*
                                               Marcy E. Kurtz
                                               Texas Bar No. 11768600
                                               Marcy.Kurtz@bgllp.com
                                               William A. (Trey) Wood III
                                               Texas Bar No. 21916050
                                               Trey.Wood@bgllp.com

>Jason G. Cohen
>Texas Bar No. 24050435
>Jason.Cohen@bgllp.com
>Bracewell & Giuliani LLP
>711 Louisiana, Suite 2300
>Houston, Texas 77002
>Telephone:   (713) 223-2300
>Facsimile:   (713) 221-1212

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 1, 2010, a true and correct copy of this document was served on all parties by electronic means as listed on the court's ECF noticing system and by electronic mail as indicated on the attached service list.

>*/s/ Jason G. Cohen*
>Jason G. Cohen