IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

*WITNESSES*

The Official Committee of Unsecured Creditors (the "Committee") in the above referenced, jointly administered Chapter 11 cases (the "Cases"), may call any of the following witnesses at the trial to be held February 4, 2010, at 3:00 p.m. whether in person or by proffer:

1. John Bittner, Chief Restructuring Officer ("CRO")
   Grant Thornton LLP
   1717 Main Street, Suite 1500
   Dallas, TX 75201-4667; and

2. Any witnesses necessary to rebut the testimony of witnesses called or designed by any other party.

*EXHIBITS*

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Schedule D – Deep Marine Technology Incorporated [docket #14] | | | | | |
| 2. | Schedule B – Deep Marine Technology Incorporated [docket #14] | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |

Austin 56309v1

1

The Committee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the trial.

DATED: February 3, 2010.

> Respectfully submitted,
>
> MCKOOL SMITH P.C.
>
> By: */s/ H. M. Ray, III*
> PAUL D. MOAK
> State Bar No. 00794316
> HUGH M. RAY, III
> State Bar No. 24004246
> 600 Travis, Suite 7000
> Houston, Texas 77002
> Telephone: (713) 485-7300
> Facsimile: (713) 485-7344
>
> ATTORNEYS FOR OFFICIAL COMMITTEE
> OF UNSECURED CREDITORS

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2010, a true and correct copy of the foregoing document has been served via DLR 5.1 and the ECF system to the parties on the ECF service list.

> */s/ Hugh M. Ray, III*
> HUGH M. RAY, III