

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/22/2010

| | | |
|---|---|---|
| In Re: | § § | |
| **DEEP MARINE HOLDINGS, INC.,** et al. | § § § | Case No. 09-39313 |
| | § § | Jointly Administered |
| Debtors. | § | Chapter 11 |

### ORDER GRANTING DEBTORS' MOTION TO REDUCE TIME FOR NON-GOVERNMENTAL ENTITIES TO FILE PROOFS OF CLAIM

The Court has considered the Debtors' Motion to Reduce Time for Non-Governmental Entities to File Proofs of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(c) (the "Motion"), and finding that sufficient cause exists to grant the relief requested therein, it is hereby

ORDERED, that the deadline to file a proof claim for all creditors (except a governmental entity) is set as March 31, 2010.  This is the date by which the bankruptcy clerk's office must receive proofs of claim.  This deadline replaces the previously noticed deadline of May 3, 2010; it is further

ORDERED, that the Debtors shall publish notice of the bar date by March 1, 2010, in the national print edition of the Wall Street Journal for one day and on the online Wall Street Journal – Legal Notice webpage for thirty days.  The print notice shall read as follows:

PLEASE TAKE NOTICE THAT on February 19, 2010, the United States Bankruptcy Court for the Southern District of Texas ("Court") entered an order ("Bar Date Order") establishing March 31, 2010 (the "Bar Date") as the last date and time for filing proofs of claim and interests against the Debtors, Deep Marine Holdings, Inc., Case No. 09-39313; Deep Marine Technology Incorporated, Case No. 09-39314; Deep Marine 1, LLC, Case No. 09-39315; Deep Marine 2, LLC, Case No. 09-39316; Deep Marine 3, LLC, Case No. 09-39317; and Deep Marine

HOUSTON\2357559.1

4, LLC, Case No. 09-39318 (all collectively filed on December 4, 2009, the "Petition Date") (collectively, the "Debtors"). The Bar Date Order requires that any claims against or equity interests in the Debtors be filed by submitting a proof of claim or interest with the Clerk of the Court to "U.S. Bankruptcy Court Clerk, 515 Rusk, Houston, Texas 77002," so that such proof of claim or interest is actually received by the Bar Date (received, not postmarked, by March 31, 2010). The Clerk of Court will not accept a proof of claim or interest sent by facsimile or e-mail. You may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from http://www.uscourts.gov/bkforms/bankruptcy_forms.html#official or by contacting the Debtors' counsel, Marcy Kurtz, Bracewell & Giuliani, LLP, 711 Louisiana, Suite 2300, Houston, Texas 77002, (713) 223-2300.

      Any person or entity that is required to file a proof of claim or interest in the Debtors' cases but fails to do so in a timely manner shall be forever barred, estopped, and enjoined from (a) asserting any claim against the Debtors that such creditor has that (i) is in an amount that exceeds the amount, if any, that is set forth as non-contingent, liquidated and undisputed in the Debtors' schedules of liabilities, or (ii) is of a different nature or in a different classification (any such claim referred to as an "Unscheduled Claim"), and (b) voting upon, or receiving distribution under, any plan of reorganization or liquidation in the Debtors' cases in respect to an Unscheduled Claim. You are urged to review the Bar Date Order as your rights may be affected by it. For more information, contact the Debtors' counsel (listed above).

It is further,

      ORDERED, that the Debtors shall promptly serve notice of the bar date upon all creditors listed on the creditor matrix in these jointly administered cases.

Signed: February 22, 2010

                                          Marvin Isgur
                                 Chief United States Bankruptcy Judge