## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.;** | § | **Case No. 09-39313** |
| **DEEP MARINE TECHNOLOGY** | § | **(Joint Administered)** |
| **INCORPORATED;** | § | |
| **DEEP MARINE 1, LLC;** | § | |
| **DEEP MARINE 2, LLC;** | § | |
| **DEEP MARINE 3, LLC; and** | § | |
| **DEEP MARINE 4, LLC** | § | |
| | § | |
| **Debtors** | § | **Chapter 11** |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM
### BANKRUPTCY STAY AS TO GENE NICHOLS AGAINST
### DEEP MARINE TECHNOLOGY, INC.

**CAME ON** for consideration Motion for Relief from Bankruptcy Stay as to Gene

Nichols against Deep Marine Technology, Inc. (the "Motion"). The Court, after considering the

Motion, evidence, and arguments of counsel, is of the opinion that the Motion has merit and that

the Motion should be granted. The Court finds Gene Nichols has agreed to seek collection only

against the insurance policies of the Debtors and otherwise waives his claim against the Debtors.

It is, therefore,

**Ordered** that Motion for Relief From Stay as to Gene Nichols against Deep Marine

Technology, Inc. is **GRANTED,** and that Nichols may prosecute his claim in *Gene Nichols v. Deep*

*Marine Technologies, Inc.,* Civil Action No: 09-cv-07382, in the United States District Court,

Eastern District of Louisiana (and any necessary appeals) and collect against insurance polices of

the Debtor; and it is further

**Ordered** that Gene Nichols (and his heirs, successors, assigns and/or anyone claiming by

or through him) is permanently enjoined from enforcing, levying, attaching, collecting, or

otherwise recovering in any manner or by any means, directly or indirectly, against the Debtors

or their estates, any judgment, award, decree, or order arising out of *Gene Nichols v. Deep Marine Technologies, Inc.,* Civil Action No: 09-cv-07382, in the United States District Court, Eastern District of Louisiana (and any necessary appeals), or any other case or proceeding against the Debtors or their estates based on any claims that existed or arose prior to the entry of this order, whether such claims are liquidated or unliquidated, contingent or non-contingent, asserted or unasserted, fixed or not, matured or unmatured, disputed or undisputed, legal or equitable, known or unknown.

**DATED:** _____, 2010.


_____
**UNITED STATE BANKRUPTCY JUDGE**

_____
**Mitchell E. Ayer**
Texas Bar No. 01465500
**Katherine B. Richter**
Texas Bar No. 24046712
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002
Telephone: 713/654-8111
Fax: 713/654-1871
**Counsel for Gene Nichols**


\* _____
**Marcy E. Kurtz**
Texas Bar No. 11768600
**Jason Gary Cohen**
Texas Bar No.24050435
BRACEWELL & GIULIAN LLP
711 Louisiana, Suite 2300
Houston, TX 77002
Telephone: 713/223-2300
Fax: 713/221-1212
**Counsel for the Debtors**
*\* Signed with permission by Mitchell E. Ayer.*
  *Agreed as to form.*