IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC. | § | Case No. 09-39313 |
| *et al* | § | Chapter 11 (jointly administered) |
| | § | |
| | § | |
| Debtor | § | |

**NOTICE OF PERFECTION OF LIEN PURSUANT TO SECTION 546(b)**

CapRock Communications, Inc. (hereinafter "CapRock") hereby gives notice pursuant to 11 U.S.C. § 546(b) of the perfection of its maritime lien under 46 U.S.C. § 31342. In support of this notice, CapRock would show the following:

1. CapRock holds a claim in the amount of $1,020,116.46, plus interest and attorneys' fees, representing unpaid amounts due and owing for the provision of necessaries in the form of satellite communication services (and use of related property owned by CapRock, including without limitation remote site equipment such as VSAT[1] terminals/antennae, modems, Ethernet switches and routers), managed IP-based VSAT communication (including voice, fax, networking, and Internet), and support services.

2. Caprock's lien attaches to and encumbers the following vessels (including the proceeds from the sale of any of the vessels): (1) the DMT Diamond (owned by Deep Marine 1, LLC, debtor in case number 09-39315), (2) the DMT Emerald (owned by Deep Marine 2, LLC, debtor in case number 09-39316), (3) the DMT Topaz (owned by Deep Marine 3, LLC, debtor in case number 09-39317), and (4) the DMT Sapphire (owned by Deep Marine 4, LLC, debtor in case number 09-39318).

---

[1] VSAT stands for Very Small Aperture Terminal, a satellite technology that enables real-time broadband communication in areas where traditional terrestrial infrastructure is not available or has limitations.

3. CapRock reserves the right to supplement and/or amend this notice. CapRock further reserves all rights under applicable law.

Dated: February 25, 2010.

>Respectfully submitted,
>
>HOOVER SLOVACEK LLP
>
>By: */s/ Annie E. Catmull*
>ANNIE E. CATMULL
>State Bar No. 00794932
>MELISSA HASELDEN
>State Bar No. 00794778
>EDWARD L. ROTHBERG
>State Bar No. 17313990
>5847 San Felipe, Suite 2200
>Houston, Texas 77057
>713-977-8686 Telephone
>713-977-5395 Facsimile
>
>ATTORNEYS FOR CAPROCK
>COMMUNICATIONS, INC.
>.

## CERTIFICATE OF SERVICE

I hereby certify that on or by February 26, 2010 a true and correct copy of the foregoing Notice of Perfection of Lien Pursuant to Section 546(b) has been served on Debtors' counsel, the Office of the U.S. Trustee, and the parties listed below, by the method indicated below:

**The Bankrupt y Court's electronic notification system will electronically mail the foregoing to:**

Keith Miles Aurzada on behalf of Creditor Sunchase Holdings, Inc.
keith.aurzada@bryancave.com,
lupe.rojas@bryancave.com;john.leininger@bryancave.com

Brad J Axelrod on behalf of Creditor PNC Bank, National Association
baxelrod@mcglinchey.com,
jamick@mcglinchey.com;raguilar@mcglinchey.com;aparnell@mcglinchey.com

Mitchell E Ayer on behalf of Interested Party Gene Nichols
mayer@tklaw.com, ealexander@tklaw.com

Josh N Bowlin on behalf of Creditor Huisman-Intrepid Services, LLC
josh.bowlin@chamberlainlaw.com, beth.diddle@chamberlainlaw.com

Anderson L Cao on behalf of Creditor Beauty Elite Properties, L.P.
acao@mcglinchey.com, trostron@mcglinchey.com

Jason Gary Cohen on behalf of Debtors Deep Marine Holdings, Inc., Deep Marine Technology Incorporated ,Deep Marine 1, LLC, Deep Marine 2, LLC, Deep Marine 3, LLC Deep Marine 4, LLC
jason.cohen@bgllp.com, gale.gattis@bgllp.com

Jennifer L Davis on behalf of Creditor PNC Bank, National Association
jdavis@mcglinchey.com, rmontoya@mcglinchey.com;abuckmaster@mcglinchey.com

Tony M Davis on behalf of Interested Party Candies Shipbuilders, LLC
tony.davis@bakerbotts.com, mary.gregory@bakerbotts.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

David S Elder on behalf of Interested Party Oceaneering International, Inc.
delder@gardere.com

Nancy Lynne Holley on behalf of U.S. Trustee US Trustee
nancy.holley@usdoj.gov

Henry Arthur King on behalf of Creditor PHI, Inc.
hking@kingkrebs.com, cwomack@klb-law.com;mvincenzo@klb-law.com

Omer F Kuebel on behalf of Creditor BP America, Inc.
nobankecf@lockelord.com

Marcy E Kurtz on behalf of Debtors Deep Marine Holdings, Inc., Deep Marine Technology Incorporated ,Deep Marine 1, LLC, Deep Marine 2, LLC, Deep Marine 3, LLC Deep Marine 4, LLC
marcy.kurtz@bgllp.com, gale.gattis@bgllp.com;laura.venta@bgllp.com

Susan C Mathews on behalf of Creditor GE Business Financial Services Inc.
susan.mathews@arlaw.com, stefanie.maksymowski@arlaw.com

Ryan Matthew McCabe on behalf of Creditor Bollinger Fourchon, L.L.C.
rmccabe@monbar.com,
njohnson@monbar.com;swilliamson@monbar.com;ymaranto@monbar.com;ymaranto@

monbar.com

Paul D Moak on behalf of Creditor Committee Official Commitee of Unsecured Creditors
pmoak@McKoolSmith.com

Marc Douglas Myers on behalf of Creditor UTEC Surveying, Inc.
mm@am-law.com, dar@am-law.com;mak@am-law.com

Anthony Paduano on behalf of Creditor FLI Deep Marine LLC, Bressner Partners LTD., Logan Langberg and Harley Langberg
ap@pwlawyers.com, jjs@pwlawyers.com;jdb@pwlawyers.com

William Perry on behalf of Interested Party MADCON Corporation
wperry@gjtbs.com, msoleto@gjtbs.com

Hugh Massey Ray on behalf of Creditor Committee Official Committee Of Unsecured Creditors
hmray@mckoolsmith.com, bankruptcee@yahoo.com;njones@mckoolsmith.com

Edward L Rothberg on behalf of Creditor CapRock Communications
rothberg@hooverslovacek.com, mayle@hooverslovacek.com

Peter C Ruggero on behalf of Creditor Paul McKim
peter.ruggero@haynesboone.com

Steven G Spears on behalf of Creditor McDermott Will & Emery LLP
sspears@mwe.com, jjknapp@mwe.com

W Ross Spence on behalf of Interested Party Michael Rentfrow
rossspence@snowfogel.com, donnasutton@snowfogel.com;janissherrill@snowfogel.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Laura L Venta on behalf of Debtors Deep Marine Holdings, Inc., Deep Marine Technology Incorporated ,Deep Marine 1, LLC, Deep Marine 2, LLC, Deep Marine 3, LLC Deep Marine 4, LLC
laura.venta@bgllp.com, gale.gattis@bgllp.com

Karl J Zimmermann on behalf of Creditor Candies Shipbuilders, LLC
karlz@bhbmlaw.com

**Service via U.S. mail, postage prepaid, will go to**:

Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073


John Bittner
Grant Thornton LLP
333 Clay Street
Ste 2700
Houston, TX 77002

Lisa M Mastrodomenico on behalf of Defendant Bressner Partners Ltd.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden, TX 11530

J Stephen Simms on behalf of Creditor Asamar Inc
Simms Showers LLP
20 S Charles St
Suite 702
Baltimore, MD 21202

Grant Thornton
2700 Three Allen Center
333 Clay Street
Houston, TX 77002

John T Ward on behalf of Creditor Asamar Inc
Simms Showers LLP
20 South Charles St
Suite 702
Baltimore, MD 21201

Karl J Zimmerman on behalf of Creditor Candies Shipbuilders, LLC
Baldwin Haspel et al
1100 Poydras St., Ste 2200
New Orleans, LA 70163

Otto Candies, LLC
P.O. Box 25
Des Allemands, LA 70030-0025

Conrad Industries, Inc.
P.O. Box 790
(290 Duhon Bypass Rd., Amelia, LA 70340)
Morgan City, LA 70381

GE Capital
60 Wall Street
New York, NY 10005

Noble Denton Marine, Inc.
14701 St. Mary's Lane, Suite 425
Houston, Texas 77079

B & J Martin, Inc./Martin Quar
18104 W. Main
Galliano, LA 70354

NREC Power Systems, Inc.
5222 Hwy 311
Houma, LA 70360

Inspectronics Corporation
222 Fordham Street
Bronx, NY 10464



Bollinger Fourchon, LLC
Stephen L. Williamson
Ryan M. McGabe
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P
3300 Energy Center
1100 Poydras Street
New Orleans, LA 70163

Crossmar, Inc.
Stephen L. Williamson
Ryan M. McGabe
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P
3300 Energy Center
1100 Poydras Street
New Orleans, LA 70163

Greenwood Marine Management, Inc.
300 Everett Street
Morgan City, LA 70380

National City Commercial Capital, LLC
995 Dalton Avenue
Cincinnati, OH 45203

          /s/ Annie E. Catmull
          ANNIE E. CATMULL