**EXHIBIT B**

Deep Marine Holdings Co.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
|    Inter-company Receivables | ($106,053) |
| Total Accounts Receivable | ($106,053) |
| Other Current Assets | |
| Fixed Assets | |
| Other Assets | |
| TOTAL ASSETS | ($106,053) |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| Current Liabilities | |
|   Accounts Payable | |
| Other Current Liabilities | |
| Long Term Liabilities | |
| **Equity** | |
|   Year to Date Earnings | ($490) |
|   Retained Earnings | (105,563) |
| Total Equity | ($106,053) |
| TOTAL LIABILITIES & EQUITY | ($106,053) |

UNAUDITED

Deep Marine Technology, Inc.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Cash and Cash Equivalent | $1,207,469 |
| | |
| Accounts Receivable | |
| Trade receivables | 4,459,531 |
| Inter-company Receivables | 33,929,194 |
| Total Accounts Receivable | $38,388,725 |
| | |
| Other Current Assets | |
| Inventory | 4,981,456 |
| Prepaid Expenses | 429,550 |
| Prepaid Insurance | 36,166 |
| Total Other Current Assets | $5,447,172 |
| | |
| Fixed Assets | |
| Vessels | 32,176,585 |
| Vessels - Software | 114,041 |
| ROV | 19,455,950 |
| Subs | 2,124,612 |
| Tooling | 544,345 |
| Shop Equipment | 210,418 |
| Office Furn & Fixtures | 295,327 |
| Office Equipment | 891,880 |
| Transportation Vehicles | 9,779 |
| Leasehold Improvements | 43,533 |
| Acc Depreciation - Vessels | (2,608,591) |
| Acc Depreciation - ROVs | (5,553,088) |
| Acc Depreciation - DOVs | (681,557) |
| Acc Depreciation - Other | (1,407,954) |
| Total Fixed Assets | $45,615,280 |
| | |
| Other Assets | |
| Deposits | 113,550 |
| Total Other Assets | $113,550 |
| | |
| TOTAL ASSETS | $90,772,196 |

UNAUDITED

Deep Marine Technology, Inc.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| Current Liabilities | |
| Post Petition Liabilities | |
| DIP Financing | 3,315,198 |
| DIP Interest Payable | 73,557 |
| Accrued Liabilities - Professionals | 499,608 |
| Accrued Liabilities - Non-Operating Vessels | 26,900 |
| Accounts Payable | 244,164 |
| Total Post Petition Liabilities | $4,159,427 |
| Liabilities Subject to Compromise | |
| Accounts Payable | 31,202,093 |
| Wages Payable | 78,986 |
| Accrued Vacation | 148,964 |
| Short-term Notes Payable | 13,937,000 |
| Revolver - National City Bank | 1,058,597 |
| Revolver - O/S Checks | 3,687 |
| Total Other Current Liabilities | $46,429,327 |
| Total Current Liabilities | $50,588,754 |
| Long Term Liabilities | |
| Long-term Notes Payable | 17,068,374 |
| Total Long Term Liabilities | $17,068,374 |
| Total Liabilities | $67,657,128 |
| **Equity** | |
| Capital Stock | 48,701 |
| Additional Paid-in Capital | 76,712,341 |
| Treasury Stock | (31,200) |
| Year to Date Earnings - Post Petition | (4,159,965) |
| Retained Earnings | (49,454,809) |
| Total Equity | $23,115,068 |
| TOTAL LIABILITIES & EQUITY | $90,772,196 |

UNAUDITED

Deep Marine 1, LLC.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
|    Inter-company Receivables | ($229,482) |
| Total Accounts Receivable | ($229,482) |
| Other Current Assets | |
| Fixed Assets | |
|    Vessels | 15,200,000 |
|    Acc Depreciation - Vessels | (2,789,486) |
| Total Fixed Assets | $12,410,514 |
| Other Assets | |
| TOTAL ASSETS | $12,181,031 |
| | ============= |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| Current Liabilities | |
|    Accounts Payable | |
| Other Current Liabilities | |
|    Interest Payable | $168,673 |
| Total Other Current Liabilities | $168,673 |
| Total Current Liabilities | $168,673 |
| Long Term Liabilities | |
|    Long-term Notes Payable | 13,461,405 |
| Total Long Term Liabilities | $13,461,405 |
| Total Liabilities | $13,630,078 |
| **Equity** | |
|    Year to Date Earnings | (1,273,797) |
|    Retained Earnings | (175,249) |
| Total Equity | ($1,449,046) |
| TOTAL LIABILITIES & EQUITY | $12,181,031 |
| | ============= |

UNAUDITED

Deep Marine 2, LLC.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
|    Inter-company Receivables | ($2,537,490) |
| Total Accounts Receivable | ($2,537,490) |
| Other Current Assets | |
| Fixed Assets | |
|    Vessels | 38,400,000 |
|    Acc Depreciation - Vessels | (3,842,630) |
| Total Fixed Assets | $34,557,370 |
| Other Assets | |
| TOTAL ASSETS | $32,019,880 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
|    Accounts Payable | |
| Other Current Liabilities | |
|    Interest Payable | $210,558 |
| Total Other Current Liabilities | $210,558 |
| Total Current Liabilities | $210,558 |
| Long Term Liabilities | |
|    Long-term Notes Payable | 30,636,500 |
| Total Long Term Liabilities | $30,636,500 |
| Total Liabilities | $30,847,058 |
| **Equity** | |
|    Year to Date Earnings | (2,301,130) |
|    Retained Earnings | 3,473,952 |
| Total Equity | $1,172,822 |
| TOTAL LIABILITIES & EQUITY | $32,019,880 |

UNAUDITED

Deep Marine 3, LLC.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
|    Inter-company Receivables | ($11,523,445) |
| Total Accounts Receivable | ($11,523,445) |
| Other Current Assets | |
| | ------------------------ |
| Fixed Assets | |
|    Vessels | 16,000,000 |
|    Acc Depreciation - Vessels | (2,059,629) |
| Total Fixed Assets | $13,940,371 |
| Other Assets | |
| | ------------------------ |
| **TOTAL ASSETS** | $2,416,925 |
| | ============= |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
|    Accounts Payable | ------------------------ |
| Other Current Liabilities | |
|    Short-term Notes Payable | $3,956,475 |
|    Interest Payable | 164,806 |
| Total Other Current Liabilities | $4,121,281 |
| Total Current Liabilities | $4,121,281 |
| Long Term Liabilities | ------------------------ |
| Total Liabilities | $4,121,281 |
| **Equity** | |
|    Year to Date Earnings | (897,864) |
|    Retained Earnings | (806,492) |
| Total Equity | ($1,704,355) |
| **TOTAL LIABILITIES & EQUITY** | $2,416,925 |
| | ============= |

UNAUDITED

Deep Marine 4, LLC.
Balance Sheet
As of February 28, 2010

|  | February |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Accounts Receivable | |
|    Inter-company Receivables | ($19,531,098) |
| Total Accounts Receivable | ($19,531,098) |
| Other Current Assets | |
| Fixed Assets | |
|    Vessels | 21,000,000 |
|    Acc Depreciation - Vessels | (1,774,255) |
| Total Fixed Assets | $19,225,745 |
| Other Assets | |
| TOTAL ASSETS | ($305,352) |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| Current Liabilities | |
|    Accounts Payable | |
| Other Current Liabilities | |
| Long Term Liabilities | |
| **Equity** | |
|    Year to Date Earnings | ($848,590) |
|    Retained Earnings | 543,238 |
| Total Equity | ($305,352) |
| TOTAL LIABILITIES & EQUITY | ($305,352) |

UNAUDITED