**EXHIBIT C**

**Pending Pre-Petition Litigation**

**Current:**

- *Deep Marine Holdings, Inc. and Deep Marine Technology Incorporated v. FLI Deep Marine LLC, et al.,*  Adversary No. 10-3026, United States Bankruptcy Court, Southern District of Texas, Houston Division

- *Deep Marine Technology, Inv. v. Inspectronic Corporation*, Case No. 09-2211, United States District Court, Southern District of Texas, Houston Division

- *Deepwork Inc. v. Paul McKim, et al.*, Civil Action No. 5032, In the Court of Chancery of the State of Delaware

- *FLI Deep Marine LLC and Bressner Partners v. Deep Marine Shareholders et al.*, Civil Action No. 4138, In the Court of Chancery of the State of Delaware

- *FLI Deep Marine LLC, Bressner Partners Ltd., Logan Langberg and Harley Langberg v. Paul McKim, et al.*, Civil Action No. 5020, In the Court of Chancery of the State of Delaware

- *Christopher Hartman, Bobby Adams v. Deep Marine Technology Incorporated*, Case No. 09-2603, United States District Court, Southern District of Texas, Houston Division

- *Paul McKim v. Nasser Kazeminy, et al.,* Cause No. 2008-64385, In the 129th District Court, Harris County, Texas

- *Gene Nichols v. Deep Marine Technology Incorporated*, Case No. 09-7381, United States District Court, Eastern District of Louisiana, New Orleans Division

- *Shouna Ogea v. Offshore Services of Acadiana LLC and Deep Marine Technology Incorporated*, Case No. 09-1817, United States District Court, Western District of Louisiana, Lafayette Division

- *Betty Oliver v. Aramark U.S. Offshore Services, LLC and Deep Marine Technology Incorporated*, Cause No. 08-08-47249-CV, 79th Judicial District Court, Jim Wells County, Texas

**Recently Settled or Dismissed Litigation:**

- *Bender Shipbuilding and Repair Co., Inc. v. Deep Marine Technology Incorporated, et al,* Case No. 09-547, United States District Court, Southern District of Alabama, Mobile Division

- *Glenn Duval v. Deep Marine Technology Incorporated*, Case No. 08-00485, United States District Court, Western District of Louisiana, Lafayette Division

- *G-S Hydro US, Inc. v. Deep Marine Technology Incorporated*, Cause No. 2009-66693, 270th Judicial District Court, Harris County, Texas

- *Inspectronic Corporation v. Deep Marine Technology Incorporated*, Case No. 09-5807, United States District Court, Southern District of New York

- *Lemarco Mitchell v. Jambon Boat Rentals LLC v. Deep Marine Technology Incorporated*, Case No. 08-00667, United States District Court, Western District of Louisiana, Lafayette Division

- *MADCON v. Deep Marine Technology Incorporated*, Case No. 09-4248. United States District Court, Eastern District of Louisiana, New Orleans Division

- *Ocean Service, LLC v. Deep Marine Technology Incorporated*, Case No. 09-1481, United States District Court, Southern District of Texas, Houston Division

- *Radler Enterprises Inc. v. Deep Marine Technology Incorporated*, 2009-74104, 133rd Judicial District Court, Harris County