**EXHIBIT F**
**(TO BE PROVIDED)**