**EXHIBIT G**
**(TO BE PROVIDED)**