IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| et al. | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

## NOTICE OF HEARING FOR MARCH 31, 2010

**PLEASE TAKE NOTICE** that a hearing is scheduled for **March 31, 2010, at 4:30 p.m.** on *Debtors' Emergency Motion for Approval of Insurance Premium Finance Agreement* [Docket No. 335]. The hearing will take place before the Honorable Marvin Isgur in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk, Courtroom 404, Houston, Texas 77002.

Dated: March 30, 2010

    Respectfully submitted,

    **BRACEWELL & GIULIANI LLP**

    By:  */s/ Jason G. Cohen*
        Marcy E. Kurtz
        Texas Bar No. 11768600
        Marcy.Kurtz@bgllp.com
        William A. (Trey) Wood III
        Texas Bar No. 21916050
        Trey.Wood@bgllp.com

HOUSTON\2371958.1

        Jason G. Cohen  
        Texas Bar No. 24050435  
        Jason.Cohen@bgllp.com  
        Bracewell & Giuliani LLP  
        711 Louisiana, Suite 2300  
        Houston, Texas 77002  
        Telephone:   (713) 223-2300  
        Facsimile:   (713) 221-1212

**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 30, 2010, a true and correct copy of this document was served (a) on all parties by electronic means as listed on the court's ECF noticing system, (b) by electronic mail or regular mail, as indicated, on the parties listed on the attached Master Service List.

        */s/ Jason G. Cohen*  
        Jason G. Cohen