IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEP MARINE TECHNOLOGY | § | CASE NO. 09-39313 |
| INCORPORATED | § | |
| | § | (Jointly Administered) |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

BOOTS & COOTS SERVICES, LLC'S
NOTICE PURSUANT TO 11 U.S.C. § 546(b)

Boots & Coots Services, LLC ("Boots & Coots") provides this notice pursuant to 11 U.S.C. § 546(b) of the perfection of interests in certain property of the estate of the Debtor, Deep Marine 2, LLC ("Deep Marine"), in Case No. 09-39316, jointly administered under *In re: Deep Marine Holdings, Inc.* (09-39313) and shows the following:

Boots & Coots perfects or maintains or continues the perfection of interests of the type described in 11 U.S.C. § 546(b) in property of the estate, in property of Deep Marine, or in property of third parties who are in privity with Deep Marine. Boots & Coots has previously perfected its lien, including through filing of a Proof of Claim, which is attached as Exhibit 1 and incorporated by reference.

Boots & Coots gives notice of such perfection or maintenance or continuance of Boots & Coots' interests under 11 U.S.C. § 546(b) in the following described property (including the proceeds from the sale of such property): Vessel M/V DMT Emerald (U.S. Coast Guard O.N. 1190616).

Boots & Coots is a secured creditor by virtue of its maritime lien, including under the provisions of general maritime law and under 46 U.S.C. § 31342. The vessel is the property of the Deep Marine estate.

Boots & Coots files this notice subject to and without waiver of its right to arbitration under its Master Service Agreement with Deep Marine Technology, Inc.

Respectfully submitted,

**DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.**

By: /s/ James Eloi Doyle
James Eloi Doyle
State Bar No. 06093500

600 Travis, Suite 4700
Houston, Texas 77002
Telephone: (713) 228-5100
Facsimile: (713) 228-6138
E-mail: jdoyle@drhrlaw.com

*Attorneys for Boots & Coots Services, LLC*

OF COUNSEL:

Christopher N. Hackerman
State Bar No. 00796686
Doyle, Restrepo, Harvin & Robbins, L.L.P.
600 Travis, Suite 4700
Houston, Texas 77002
Telephone: (713) 228-5100
Facsimile: (713) 228-6138
E-mail: chackerman@drhrlaw.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2010, a true and correct copy of the foregoing document was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be served on all parties on the attached master service list by electronic means and as listed on the Court's ECF noticing system, by electronic mail as indicated, and/or by United States first class mail, postage prepaid.

                                            /s/ Christopher N. Hackerman
                                            Christopher N. Hackerman