United States Bankruptcy Court
For the Southern District Of Texas

| DEEP MARINE TECHNOLOGY INC | } Chapter 11 |
|---|---|
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-39313 |
| Debtor | } Amount $45,677.09 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

United States District Court
Southern District of Texas
FILED

**ROYAL PURPLE**
**ONE ROYAL PURPLE LANE**
**PORTER, TX 77365**

MAY 1 8 2010

David J. Bradley, Clerk of Court

The transfer of your claim as shown above in the amount of **$45,677.09** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

M.H.
Michael Handler
Liquidity Solutions Inc
(201) 968-0001

497640

**TRANSFER NOTICE**

Royal Purple Ltd ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Deep Marine Technology, Inc. ("Debtor"), in the aggregate amount of $45,677.09 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of Texas, jointly administered under Case No. 09-39313.

IN WITNESS WHEREOF, Assignor has signed below as of the 19th day of February, 2010.

Royal Purple Ltd                                   Liquidity Solutions, Inc.

By: _____                      _____
(Signature)                                        (Signature)

Fred Kneipp  COO/CFO                               Michael Handler
(Print Name and Title)                             (Print Name of Witness)

AQ7640