United States Bankruptcy Court
For the Southern District Of Texas

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 }  }  }  } Case No. } 09-39313 |
| Debtor | } Amount $6,829.24 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**HOSE & FITTINGS**
**3609 N MCCARTHY DR**
**HOUSTON, TX 77029**

United States District Court
Southern District of Texas
FILED

MAY 1 8 2010

David J. Bradley, Clerk of Court

The transfer of your claim as shown above in the amount of **$6,829.24** has been transferred to:

Liquidity Solutions Inc
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

Michael Handler
Liquidity Solutions Inc
(201) 968-0001

497642

## TRANSFER NOTICE

Hose & Fittings ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Deep Marine Holdings, et al. ("Debtors"), in the aggregate amount of $6,829.64 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 09-39313.

IN WITNESS WHEREOF, Assignor has signed below as of the __16__ day of __April__, 2010.

Hose & Fittings

By: _____    _____    _____
(Signature)                    (Signature)                 Michael Handler

__Thomas C. Chapman, President__    __Charles N. Prater__    _____
(Print Name and Title)              (Print Name of Witness)   Liquidity Solutions