IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC., | § | Case No. 09-39313 |
| et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

### DEBTORS' NOTICE OF AUCTION RESULTS

PLEASE TAKE NOTICE that on May 17, 2010, the Debtors held an auction (the "Auction") of substantially all of their assets in accordance with the Court's Order Approving Debtor's Motion for Entry of an Order (I) Approving Bidding Procedures, (II) Scheduling Bidding Deadline, Auction Date and Sale Hearing, and (III) Approving Form and Notice Thereof (doc. no. 363) (the "Bid Procedures Order").

PLEASE TAKE FURTHER NOTICE that, as a result of the Auction, and in accordance with the Bid Procedures Order, the Debtors, in consultation with the Committee and subject to Court approval, have selected a prevailing bid as the highest and best bid (the "Prevailing Bid"). The Prevailing Bid is an aggregate bid composed of the following distinct bids:

      (a)    Sale of the DMT Diamond to Seacor Marine LLC for $10,000,000.

      (b)    Sale of the DMT Emerald to Otto Marine Limited for $51,000,000.

      (c)    Sale of the XLS21 and XLS22 Remote Operated Vehicles to Otto Marine Limited for $4,300,000.

      (d)    Sale of the DMT Topaz to Ezram, LLC for $6,200,000.

      (e)    Sale of the XLS5, XLS6, XLS36 to Ezram, LLC for $6,400,000.

      (f)    Sale of certain other equipment to Ezram, LLC for $350,000.

      (g)      Sale of the DMT Sapphire to Oceaneering International, Inc. for $16,500,000.

The Prevailing Bid totals $94,750,000.[1]  Each bid making up the Prevailing Bid shall be governed by the purchase and sale agreement between the relevant bidder and the Debtors. Based on the Prevailing Bid, the Debtors have amended the preliminary estimate of distributions originally attached to the Debtors' Joint Disclosure Statement for the Debtors' Proposed Joint Plan of Reorganization.  The amended preliminary estimate of distributions is attached hereto and remains subject to all reservations of rights that were applicable to the original preliminary estimate of distributions.

      PLEASE TAKE FURTHER NOTICE that the Debtors shall seek Court approval of a sale in accordance with the Prevailing Bid at a hearing on **June 2, 2010, at 9:00 a.m. (prevailing Central Time),** before the Honorable Marvin Isgur, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, Houston Division, 515 Rusk, Houston, TX 77002.  Any objections to a sale in accordance with the Prevailing Bid must be (a) filed with the Office of the Clerk, United States Bankruptcy Court for the Southern District of Texas, Houston Division, 515 Rusk, Houston, TX 77002, (b) served on the following parties so as to be **received no later than 3:00 p.m. (prevailing Central Time) on May 27, 2010:** (i) the Debtors: Deep Marine Technology Incorporated, 20411 Imperial Valley Drive, Houston, Texas 77073 (Attn: John Bittner, email: John.Bittner@GT.com); (ii) Counsel to the Debtors: Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas 77002 (Attn: William A. (Trey) Wood, email: Trey.Wood@bgllp.com); (iii) Counsel for the Committee: McKool Smith P.C., 600 Travis Street, Suite 7000, Houston, Texas 77002 (Attn:

---

[1] Per the terms of the Bid Procedures Order and the purchase and sale agreement approved therein, the Prevailing Bid amount shall be reduced by the Break-Up Fee and Expense Reimbursement (as each is defined in the Bid Procedures Order) due to Oceaneering International, Inc.

HOUSTON\2386015.1       -2-

Hugh Ray III, email: hmray@mckoolsmith.com); and (iv) Nancy Holley, United States Department of Justice, Office of the United States Trustee for the Southern District of Texas, Houston Division, 515 Rusk Street, Suite 3516, Houston, Texas, 77002.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: _/s/ William A. (Trey) Wood III_
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Marcy E. Kurtz
Texas Bar No. 11768600
Marcy.Kurtz@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:   (713) 223-2300
Facsimile:   (713) 221-1212

**ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 19, 2010, a true and correct copy of this document was served on all parties on the attached master service list by electronic means as listed on the court's ECF noticing system, by electronic mail as indicated, and/or by United States first class mail, postage prepaid.

>*/s/ Jason G. Cohen*
>Jason G. Cohen

DEEP MARINE HOLDINGS, INC., *et al.*
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010

GENERAL ASSUMPTIONS:

1. Waterfall analysis assumes sale contemplated to prevailing bidders at the Auction.
2. Allocation by vessel is derived from the prevailing bids at the auction.
3. Allocation of value to ROVs is assumed to be a ratable allocation of value to each
    ROV, based upon the 2 prevailing bids for the ROVs.
4. Allocation to tools or spare parts owned by DMT of $0.35 million as per the Auction.
5. Obligations owed to PNC Bank are assumed to be repaid through collection
    of existing accounts receivable.
6. No subordination or recharacterization of any debt has been assumed herein,
    unless otherwise specifically noted herein.
7. No allocation of value to post-acquisition capital expenditures or capitalized
    repairs have been assumed herein.
8. Amounts and priorities of Claims are based upon the Debtors' Schedules as Filed
    with the Bankruptcy Court and a preliminary review of Filed Proofs of Claims.
    Such amounts and priorities are provided herein for estimation purposes only, and are not
    intended to bind either the Debtors or Creditors.
    The Debtors expressly reserve all rights to dispute the amount and/or priority of any Filed Claims.
    The amounts and priorities of Claims ultimately allowed in any class may differ
    substantially from amounts shown herein, and the effect on these projections may be material.
9. No recoveries of preference, fraudulent transfers/conveyances or other potential
    Causes of Action (including Avoidance Actions) are reflected herein, and Debtors reserve all
    rights regarding same.
10. Amounts and priorities of maritime Liens reflected herein are based upon the Debtors' Schedules
    as Filed with the Bankruptcy Court and a preliminary review of Filed Proofs of Claims.
    Such amounts and priorities are provided herein for estimation purposes only, and are not
    intended to bind either the Debtors or Creditors.
    The Debtors expressly reserve all rights to dispute the amount and/or priority of any maritime Lien.
    The amount and priority of maritime Liens ultimately allowed and the classification of same may differ
    substantially from amounts shown herein, and the effect on these projections may be material.
11. Waterfall analysis assumes that overhead and case administration costs are
    allocated ratably over DMT, DM1, DM2, DM3 and DM4.
12. No provision has been made for the allowance of any legal and/or consulting
    fees incurred by any Secured Creditor, where payment may be sought from the
    Debtors.
13. No estimates of costs of administering the Liquidating Trust have been included
    in this waterfall analysis.
14. Waterfall analysis assumes that no federal, state or local income tax will be due or payable as a result of
    the sale transaction proposed by the PSA or any other approved Purchase and Sale Agreement.
15. For the avoidance of doubt, this waterfall analysis is for informational purposes only, and nothing herein
    shall be binding on any party for any purpose.

DEEP MARINE HOLDINGS, INC.
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010
in 000s

|  | Amount |
|---|---|
| Investment in Deep Marine Technology, Inc. | $ - |
| Chapter 11 Admin Costs: | |
| Administrative Claims | - |
| Allocated overhead / case administration costs from DM4 | - |
| Proceeds Available for Secured Claims | - |
| Secured Claims: | - |
| Proceeds Available for General Unsecured Claims | - |
| General Unsecured Claims | Unknown |
| Proceeds Available for Subordinated Claims | - |
| Subordinated Claims | Unknown |
| Proceeds Available for Equity Holders | $ - |

DEEP MARINE TECHNOLOGIES, INC.
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010
in 000s

|  | Amount |
|---|---:|
| **Proceeds from Sale of Inventory:** | |
| Vessels (fuel on board) (a) | 500 |
| Warehouse | 350 |
| Total Inventory | 850 |
| | |
| **Proceeds from Subsidiaries after satisfaction of secured debt:** | |
| Deep Marine 1, LLC | - |
| Deep Marine 2, LLC | 12,318 |
| Deep Marine 3, LLC | - |
| Deep Marine 4, LLC | 9,148 |
| | |
| **Allocation of Value to ROVs** | |
| XLS5 | 2,133 |
| XLS6 | 2,133 |
| XLS21 | 2,150 |
| XLS22 | 2,150 |
| XLS36 | 2,133 |
| | |
| Total Proceeds Available for Creditors (from Sale of Vessels) | 33,015 |
| | |
| **Other Assets & Projected Recoveries:** | |
| Accounts Receivable (b) | 2,000 |
| Shop Equipment and Other Assets | 200 |
| | |
| Total Proceeds Available | $ 35,215 |
| | |
| **Chapter 11 Administrative Claims:** | |
| | |
| Administrative Claims | (2,250) |
| Allocated overhead / case administration costs from DM4 (c) | (1,063) |
| | |
| Proceeds Available for Secured Claims: | 31,902 |
| | |
| **Secured Liabilities** | |
| PNC Bank | (1,150) |
| Candies ROV Debt: (d) | |
| XLS5 | (2,100) |
| XLS6 | (2,100) |
| XLS22 | (2,100) |
| XLS36 | (2,100) |
| | - |
| | |
| Proceeds Available for Priority Claims | 22,352 |
| | |
| **Priority Claims** | |
| Priority Tax & Wage Claims | (361) |
| | |
| Proceeds Available for General Unsecured Claims | 21,991 |
| | |
| General Unsecured Claims (e) | 48,802 |
| | |
| Percentage Recovery | 45% |

(a) Estimate of current market value of fuel on board the vessels.
(b) The ROV Nemesis is also being sold, however its value is minimal in relation to
    the other 5 ROVs and the Debtors have not allocated a dollar amount to that ROV
    for the purpose of this analysis.
(c) Based upon current estimate of collectability; subject to revision.
(d) Includes allocation of $1.063 million in overhead / case admin costs from DM4.
(e) Repayment of these notes are assumed to be in an amount equal to the principal
    balance owing plus accrued interest as of the Petition Date.
(f) The amount shown herein for general unsecured claims is based on the Debtors'
    books and records, a preliminary review of filed claims and certain asssumptions
    on allowance of certain claims in other classes.  No estimate has been made
    herein for damage claims for rejection of executory contracts and leases.  The
    allowance of such claims could increase the ultimate amount of allowed general
    unsecured claims.

DEEP MARINE 1, LLC
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010
in 000s

|  |  | Amount |
|---|---:|---:|
| Sale Price of DMT Diamond |  | $10,000 |
| Chapter 11 Admin Costs: |  |  |
| Allocated overhead / case administration costs from DM4 (a) |  | 1,063 |
| Secured Debt: |  |  |
| GE Preferred Ship Mortgage | 13,630 | 8,937 |
| Junior Maritime Liens (b) | 7,238 | - |
| Proceeds Available to DMT |  | $ - |
| Deficiency Claim |  | (11,931) |

(a) Includes allocation of $1.063 million in overhead / case admin costs from DM4.
(b) Amounts for maritime Claims are based upon an estimate from the
    Debtors' records and a preliminary review of Filed Proofs of Claim
    and are all assumed to be Maritime Junior Secured Claims. Actual amounts
    and priorities of Allowed maritime Claims may differ materially from
    amounts and priorities shown herein and Debtors reserve all rights to challenge
    any Filed Claim requesting maritime Lien status.  Certain parties may
    assert Maritime Senior Secured Claims, as defined in the Plan.  If such
    Claims are ultimately allowed as Allowed Maritime Senior Secured Claims, such
    Claims may be entitled to payment in full before any payment
    on any preferred ship mortgage.  No provision for post-petition
    interest has been assumed for any Allowed maritime Lien claim.
(c) GE reserves all rights regarding the the value of the DMT Diamond.
    The Debtors reserve their right to dispute any valuation.

DEEP MARINE 2, LLC
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010
in 000s

|  |  | Amount |
|---|---:|---:|
| Sale Price of DMT Emerald |  | $51,000 |
| **Chapter 11 Admin Costs:** |  |  |
| Allocated overhead / case administration costs from DM4 (a) |  | 1,063 |
| **Secured Debt:** |  |  |
| GE Preferred Ship Mortgage (b) | 31,345 | 31,345 |
| Junior Maritime Liens (c) | 5,785 | 5,785 |
| Proceeds Available for Priority Tax |  | $ 12,807 |
| Priority Tax | 489 | 489 |
| Proceeds Available for DMT |  | $ 12,318 |
| Deficiency Claim |  | - |

(a) Includes allocation of $1.063 million in overhead / case admin costs from DM4.
(b) Post-petition interest on the GE Preferred Ship Mortgage is calculated
    using the contractual interest rate as of the Petition Date.
(c) Amounts for maritime Claims are based upon an estimate from the
    Debtors' records and a preliminary review of Filed Proofs of Claim
    and are all assumed to be Maritime Junior Secured Claims. Actual amounts
    and priorities of Allowed maritime Claims may differ materially from
    amounts and priorities shown herein and Debtors reserve all rights to challenge
    any Filed Claim requesting maritime Lien status.  Certain parties may
    assert Maritime Senior Secured Claims, as defined in the Plan.  If such
    Claims are ultimately allowed as Allowed Maritime Senior Secured Claims, such
    Claims may be entitled to payment in full before any payment
    on any preferred ship mortgage.  No provision for post-petition
    interest has been assumed for any Allowed maritime Lien claim.
(d)  GE informs the Debtors that GE will seek fees, costs, interest, etc.
    The Debtors reserve their right to dispute any fees, costs, interest, etc.

DEEP MARINE 3, LLC
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010
in 000s

|  |  | Amount |
|---|---:|---:|
| Sale Price of DMT Topaz |  | $6,200 |
| Chapter 11 Admin Costs: |  |  |
| Allocated overhead / case administration costs from DM4 (a) |  | 1,063 |
| Secured Debt: |  |  |
| Preferred Ship Mortgage | 4,121 | 4,121 |
| Junior Maritime Liens (b) | 4,794 | 1,016 |
| Proceeds Available to DMT |  | $ - |
| Deficiency Claim |  | (3,778) |

(a) Includes allocation of $1.063 million in overhead / case admin costs from DM4.
(b) Amounts for maritime Claims are based upon an estimate from the
    Debtors' records and a preliminary review of Filed Proofs of Claim
    and are all assumed to be Maritime Junior Secured Claims. Actual amounts
    and priorities of Allowed maritime Claims may differ materially from
    amounts and priorities shown herein and Debtors reserve all rights to challenge
    any Filed Claim requesting maritime Lien status.  Certain parties may
    assert Maritime Senior Secured Claims, as defined in the Plan.  If such
    Claims are ultimately allowed as Allowed Maritime Senior Secured Claims, such
    Claims may be entitled to payment in full before any payment
    on any preferred ship mortgage.  No provision for post-petition
    interest has been assumed for any Allowed maritime Lien claim.

DEEP MARINE 4, LLC
PRELIMINARY WATERFALL ANALYSIS
AS OF MAY 17, 2010
in 000s

|  | | Amount |
|---|---:|---:|
| Sale Price of DMT Sapphire | | $16,500 |
| | | |
| Secured Debt: | | |
| | | |
| Preferred Ship Mortgage (DIP Loan) | 5,315 | 5,315 |
| Allocated overhead / case administration costs to DMT and DM1-3 | (4,252) | (4,252) |
| Junior Maritime Liens (a) | 6,289 | 6,289 |
| | | |
| Proceeds Available to DMT | | $ 9,148 |

(a) Amounts for maritime Claims are based upon an estimate from the
Debtors' records and a preliminary review of Filed Proofs of Claim
and are all assumed to be Maritime Junior Secured Claims. Actual amounts
and priorities of Allowed maritime Claims may differ materially from
amounts and priorities shown herein and Debtors reserve all rights to challenge
any Filed Claim requesting maritime Lien status.  Certain parties may
assert Maritime Senior Secured Claims, as defined in the Plan.  If such
Claims are ultimately allowed as Allowed Maritime Senior Secured Claims, such
Claims may be entitled to payment in full before any payment
on any preferred ship mortgage.  No provision for post-petition
interest has been assumed for any Allowed maritime Lien claim.

**DEEP MARINE HOLDINGS, INC.**
**CONSOLIDATED MASTER SERVICE LIST***

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com
*Chief Restructuring Officer*

**DEBTORS' ATTORNEY**
Marcy E. Kurtz
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
marcy.kurtz@bgllp.com
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS ***
GE Capital
60 Wall Street
New York, NY 10005

Susan C. Mathews
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, TX 77010
susan.mathews@arlaw.com
*Attorneys for GE Business Financial Services Inc.*

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
rutkowski@sewkis.com
*Attorneys for GE Capital*

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
Attn: Michael Davies
3960 Howard Hughes Parkway
5th Floor
Las Vegas, NV 89169
mike@njkholding.com

Robert R. Weinstine
Winthrop & Weinstine PA
225 South Sixth Street, Suite 500
Minneapolis, MN 55402
RWeinstine@winthrop.com
*Attorney for Nasser Kazeminy, DCC Ventures LLC, Triomphe Investors, LLC and NJK Holding Corporation*

Jennifer L. Davis
McGlinchey Stafford PLLC
1001 McKinney Street
Suite 1500
Houston, TX 77002
jdavis@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

HOUSTON\2344906

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Richard A. Aguilar<br>McGlinchey Stafford PLLC<br>12th Floor, 601 Poydras Street<br>New Orleans, LA 70130<br>raguilar@mcglinchey.com<br>**Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.**<br><br>Otto Candies, LLC<br>PO Box 25<br>Des Allemands LA 70030<br>otto3@ottocandies.com<br><br><br>Karl Zimmermann<br>Baldwin Haspel Burke<br>& Mayer LLC<br>11 Poydras Street, Suite 2200<br>New Orleans, LA 70163-2200<br>karlz@bhbmlaw.com<br>**Attorney for Otto Candies, L.L.C., Otto Candies, III, and Candies Shipbuilders, LLC**<br><br><br><br>**TOP 30 UNSECURED CREDITORS\***<br>Aramark Business & Industry and Supply<br>James Wells<br>Stan Applegate<br>Pat Leibler<br>Tom Leaverton<br>1101 Market Street<br>Philadelphia,PA 19107<br>wells-james@aramark.com<br>applegate-stan@aramark.com<br>liebler-patrick@aramark.com<br>leaverton-tom@aramark.com | Joseph Lubertazzi, Jr.<br>Angela Abreu<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>jlubertazzi@mccarter.com<br>aabreu@mccarter.com<br>**Attorneys for Aramark Business & Industry, and Supply**<br><br>Asamarbunkers c/o Asamar, Inc<br>1099 Wall Street West<br>Suite 138<br>Lyndhurst, NJ 07071<br>asamar@asamar.com<br><br>B&J Martin, Inc./MARTIN QUAR<br>18104 W. Main<br>Galliano, LA 70354<br>april@bjmartininc.com<br><br>BNA Marine Services, LLC<br>1022 Jackson Road<br>Amelia, LA 70340<br>bnamarine@aol.com<br><br>Bollinger Fourchon, LLC<br>106 Norman Doucet Dr.<br>Golden Meadow, LA 70357<br>KimberlyS@bollingershipyards.com<br><br>Bollinger Texas City<br>2201 Dock Rd, Dock 42<br>Texas City, TX 77590<br>KimberlyS@bollingershipyards.com<br><br>BP America<br>501 Westlake Park Blvd<br>WLI Office 24, 108A<br>Houston, TX 77079<br>vendorauditprogram@bp.com | Candies Shipbuilders<br>1100 Oak St<br>Houma, LA 70363<br>otto3@ottocandies.com<br><br>CapRock Communications<br>Attn: Alan Aronowitz<br>4400 S. Sam Houston Parkway E<br>Houston, TX 77048<br>aaronowitz@caprock.com<br><br>Conrad Shipyard, LLC<br>PO Box 790<br>Morgan City, LA 70381<br>FANewman@conradindustries.com<br><br>Crossmar Incorporated<br>1950 A S. Van Ave.<br>Houma LA 70363<br>emeadow@thecrossgroup.com<br><br>Ertech India<br>307 Bezollah Complex<br>Sion Trombay Rd.<br>Chembur, Mumbai 400071<br>ertchin@vsnl.com<br><br>ES&H<br>1730 Coteau Rd<br>Houma LA 70364<br>Fax: 985-851-1978<br><br>Greenburg Traurig LLP<br>300 W 6th St., Suite 2050<br>Austin TX 78701<br>BattagliniK@gtlaw.com<br><br>Greenwood Marine Management I<br>300 Everett Street<br>Morgan City, LA 70380<br>dan@greenwoodmarine.com<br><br>GS-HYDRO-US, Inc<br>16405 Air Center Blvd, Suite 400<br>Houston TX 77032<br>Fax: 713-951-0708 |

2

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Huisman-Itrec Special Lifting<br>Admiral Trompstraat 2<br>3115 HH Schiedam<br>PO Box 150<br>3100 AD Schiedam Harbor<br>#561 NL<br>mheijerman@huisman-nl.com<br>bdeboer@huisman-nl.com | Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston TX  77079<br>matt.muddiman@nobledenton.com<br><br>NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma LA 70360<br>power@nrecps.com | Hugh Ray, Jr.<br>Hugh M. Ray, III<br>Paul D. Moak<br>Basil A. Umari<br>McKool Smith PC<br>600 Travis, Suite 7000<br>Houston, TX 77002<br>hray@mckoolsmith.com<br>hmray@mckoolsmith.com<br>pmoak@mckoolsmith.com<br>bumari@mckoolsmith.com<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| Intermoor, Inc.<br>PO Box 1599<br>Amelia LA 70340 | | |
| Intrepid Global Ind.<br>11931 Wickchester Lane #300<br>Houston TX 77043<br>dsorrel@huisman-intrepid.com | Ocean Services, LLC<br>2629 NW 54th St<br>Suite W201<br>Seattle WA 98107<br>ronp@stabbertmaritime.com | **OTHER PARTIES FOR NOTICE**<br>Tony Gerbino<br>Jeffrey Whetzel<br>Grant Thornton LLP<br>333 Clay Street<br>Houston, TX 77002-4000<br>Tony.Gerbino@gt.com<br>Jeffrey.Whetzel@gt.com |
| Madcon Corporation<br>63374 Old Military Rd<br>Pearl River LA 70452<br>btrader@madconcorp.com | PNC Bank, N.A.<br>P.O. Box 828702<br>Philadelphia, PA 19182-8702<br>Justin.Sohnlein@nationalcity.com | |
| Nexans Norway AS<br>Postboks 6450<br>Etterstad, Oslo, Norway<br>N-0605<br>les@carichards.com | Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose LA  77087<br>davet@seagullmarine.com | Southwest Bank of Texas<br>Aka Amegy Bank of Texas<br>PO Box 4837<br>Houston, TX 77210-4837 |
| | The IUC Group<br>222 Fordham St<br>Bronx NY 10464<br>lgalerne@iucgroup.com | Merrill Lynch Business Financial Services, Inc.<br>222 North LaSalle Street<br>17th Floor<br>Chicago, IL 60601 |
| Nader C. Kazeminy<br>Chief Executive<br>NJK Holding Corporation<br>85 Normandale Lake Blvd.<br>Minneapolis MN 55437<br>nader@njkholding.com | UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston TX 77043<br>dave.ross@utecsurvey.com | Perry Slingsby Systems<br>10642 West Little York<br>Suite 100<br>Houston, TX 77041 |

3

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Inspectronic Corporation<br>222 Fordham Road<br>Bronx, NY 10464-1413 | Thomas W. Graves<br>Adair & Myers<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>twg@am-law.com | Stephen L. Williamson<br>Ryan M. McCabe<br>Andrew T. Lilly<br>Montgomery Barnett Brown Read<br>Hammond & Mintz LLP<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>swilliamson@monbar.com<br>rmccabe@monbar.com<br>alilly@monbar.com<br>***Attorneys for Bollinger Fourchon L.L.C. and Crossmar Inc.*** |
| National City Business Credit, Inc.<br>1965 E. 6th Street<br>Cleveland, OH 44114 | | |
| General Electric Capital Corporation<br>3135 Easton Turnpike<br>Fairfield, CT 06828-0001 | Gary W. Dugger<br>Dugger & Associates<br>1177 Enclave Parkway, Suite 250<br>Houston, TX 77077<br>duggerlaw@dugger.com | |
| Cisco Systems Capital Corporation<br>170 W Tasman Drive<br>San Jose, CA 95134 | **PARTIES REQUESTING NOTICE**<br><br>Joel W. Mohrman<br>Anderson L. Cao<br>McGlinchey Stafford PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>jmohrman@mcglinchey.com<br>acao@mcglinchey.com<br>***Attorney for Beauty Elite Properties, L.P.*** | Keith M. Aurzada<br>John C. Leininger<br>Bryan Cave, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX 75201<br>keith.aurzada@bryancave.com<br>john.leininger@bryancave.com<br>***Attorneys for SunChase Holdings, Inc.*** |
| Herc Exchange, LLC<br>3817 Northwest Expressway<br>Oklahoma City, OK 73112 | | |
| Radler Enterprises, Inc.<br>530 Wells Fargo Drive<br>Suite 300<br>Houston, TX 77090 | Ross Spence<br>Snow Fogel Spence LLP<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>rossspence@snowfogel.com<br>***Attorney for Michael Rentfrow*** | Marc Douglas Myers<br>Adair Myers PLLC<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>mm@am-law.com<br>***Attorney for UTEC Surveying, Inc.*** |
| Mark L. Clark<br>Brown Sims<br>Poydras Center, Suite 2200<br>650 Poydras Street<br>New Orleans, LA 70130<br>mclark@brownsims.com | | |

4

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Karen A. Cooper<br>Aon Risk Services<br>Southwest, Inc./Aon Energy<br>1330 Post Oak Blvd, Suite 900<br>Houston, TX 77056-3089<br>Karen_Cooper@ars.aon.com<br><br>Tony M. Davis<br>Baker Botts LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77002<br>tony.davis@bakerbotts.com | Edward L. Rothberg<br>Annie E. Catmull<br>Hoover Slovacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057<br>rothberg@hooverslovacek.com<br>catmull@hooverslovacek.com<br>***Attorney for CapRock Communications*** | Josh N. Bowlin<br>Chamberlain Hrdlicka White<br>Williams & Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>josh.bowlin@chamberlainlaw.com<br>***Attorney for Huisman-Itrec Lifting and Huisman-Intrepid Services LLC*** |
| David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011<br>delder@gardere.com<br>***Attorneys for Oceaneering International, Inc.*** | John P. Dillman<br>Linebarger Goggan Blair<br>& Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064<br>Houston_bankruptcy@publicans.com<br>***Attorneys for Cypress- Fairbanks ISD and Harris County*** | Omer F. Kuebel, III<br>Locke Lord Bissell & Liddell LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130<br>nobankecf@lockelord.com<br>hobankecf@lockelord.com<br>***Attorney for BP America, Inc.*** |
| McDermott Will & Emery LLP<br>Attn: Gary O. Ravert<br>340 Madison Avenue<br>New York, NY 10173-1922<br>gravert@mwe.com<br><br>McDermott Will & Emery LLP<br>Attn: Steven G. Spears<br>1000 Louisiana, Suite 3900<br>Houston, TX 77002-5005<br>sspears@mwe.com<br>***Attorneys for McDermott Will & Emery LLP*** | Blaine F. Bates<br>Peter Ruggero<br>Haynes and Boone LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>Blaine.Bates@haynesboone.com<br>Peter.Ruggero@haynesboone.com<br>***Attorney for Paul McKim*** | Henry A. King<br>King, Krebs & Jurgens<br>201 St. Charles Avenue, 45th Floor<br>New Orleans, LA 70170<br>hking@kingkrebs.com<br>***Attorneys for PHI, Inc.***<br><br>William J. Perry<br>Galloway Johnson Tompkins<br>Burr & Smith<br>701 Poydras Street, 40th Floor<br>New Orleans, LA 70139<br>wperry@gjtbs.com<br>***Attorney for MADCON Corporation*** |

5

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Ana Clement Sewart<br>Barry & Sewart, PLLC<br>4151 Southwest Freeway<br>Suite 680<br>Houston, TX 77027<br>bankruptcy@barryandsewart.com<br>**Attorneys for BNA Marine Services, LLC, Greenwood Marine Management, Inc. and Southern Crane & Hydraulics, LLC** | J. Stephen Simms<br>John T. Ward<br>Simms Showers LLP<br>20 S. Charles Street, Suite 702<br>Baltimore, MD 21202<br>jssimms@simmsshowers.com<br>jtward@simmsshowers.com<br>**Attorneys for Asamar Inc.** | Thomas H. Grace<br>Spencer Crain Cubbage Healy & McNamara, pllc<br>1330 Post Oak Blvd., Suite 1600<br>Houston, TX 77056<br>hobank@spencercrain.com<br>*Attorneys for B.J. Thomas* |
| Patrick L. Hughes<br>Haynes and Boone LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>patrick.hughes@haynesboone.com<br>*Attorneys for LLOG Exploration Company, LLC* | E. Carroll Rogers<br>Ronald J. White<br>Murphy Rogers Sloss & Gambel<br>701 Poydras Street, Suite 400<br>New Orleans, LA 70139<br>crogers@mrsnola.com<br>*Attorneys for Inspectronic Corporation* | Pierre V. Miller<br>Patrick Miller & Belleau, L.L.C.<br>400 Poydras Street<br>Suite 1680<br>New Orleans, LA 70130<br>pmiller@patrickmillerlaw.com<br>*Attorneys for Seagull Marine, Inc.* |
| James Eloi Doyle<br>Doyle, Restrepo, Harvin & Robbins, LLP<br>600 Travis, Suite 4700<br>Houston, Texas 77002<br>jdoyle@drhrlaw.com<br>*Attorney for Boots & Coots Services, LLC* | Andrew J. Nazar<br>Polsinelli Shughart PC<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105<br>anazar@polsinelli.com | Adam R. Swonke<br>Wells & Cuellar PC<br>440 Louisiana, Suite 718<br>Houston, TX 77002<br>aswonke@wellscuellar.com<br>*Attorneys for Anadarko Petroleum Corporation* |

6

\* Debtors reserve all rights with respect to classification of creditor claims.