United States Bankruptcy Court
For the Southern District Of Texas

United States District Court
Southern District of Texas
FILED

MAY 2 7 2010

David J. Bradley, Clerk of Court

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-39313 |
| Debtor | } **Amount $14,615.21** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BENCHMARK LOGISTICS INC**
**6942 SATSUMA RD**
**HOUSTON, TX 77041**

The transfer of your claim as shown above in the amount of **$14,615.21** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

M.H.
_____
Michael Handler
Liquidity Solutions Inc
(201) 968-0001

497655

## TRANSFER NOTICE

Benchmark Logistics Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Deep Marine Holdings, Inc., et al. (the "Debtor"), in the aggregate amount of $14,615.21, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of Texas, jointly administered as Case No. 09-39313.

IN WITNESS WHEREOF, Assignor has signed below as of the ___19th___ day of __May__, 2010

**Benchmark Logistics Inc**

_____
(Signature)

Andrea Charles / AR Supervisor
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

Deep Marine Holdings, Inc., et al.
Benchmark Logistics Inc

3146441