**EXHIBIT 1**

## Schedule for Determination of the Extent, Validity and Priority
## of the Claims of the Kazeminy and Candies Entities

| Date | Event |
|---|---|
| June 14 | Creditors' Committee's mediation statement regarding the extent, validity and priority of the Kazeminy and Candies Entities' claims due |
|  | Candies Entities' mediation statement regarding why their lien primes GE's lien due |
| June 21 | Kazeminy and Candies Entities' reply to the Creditors' Committee's mediation statement due |
|  | GE's reply to the Candies Entities' mediation statement due |
| June 23 – 30 | 2-day mediation held during this time frame |
| July 2 | Deadline to file objections to Candies' or Kazeminy's claims or Complaints against same |
| July 16 | Answers/responses to objections to Candies' or Kazeminy's claims or Complaints against same |
| July 23 | Parties designate the individuals likely to have discoverable information and the subjects of that information that the disclosing party may use to support its claims or defenses |
| August 27 | Written discovery to be completed |
| August 31 | Status conference to resolve any outstanding issues regarding written discovery |
| August 31 | Deadline to designate experts |
| September 8 | Deadline to exchange initial expert reports |
| September 13 | Deadline for conducting depositions of fact witnesses |
| September 17 | Deadline to exchange rebuttal expert reports |
| October 4 | Deadline for conducting depositions of experts |
| October 8 | Deadline to exchange witness and exhibit lists |
| October 25 | Pretrial briefs, motions and objections due |
| November 2 | Responses to pretrial briefs and motions due |

| Date | Event |
|---|---|
| November 5 | Pretrial conference |
| November 8-12 | 1-day trial on the extent, validity and priority of the Kazeminy and Candies Entities' claims held during this time period, subject to court availability |
| November 8-12 | 1-day trial on the resolution of any remaining claims of the Kazeminy and Candies Entities held during this time period, subject to court availability |