IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | Case No. 09-39313 |
| et al. | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

## NOTICE OF FILING OF PLAN SUPPLEMENT

Please take notice that above-captioned debtors and debtors-in-possession (together, the "Debtors"), by and through their undersigned attorneys, herby file their Plan Supplement.[1]

The Plan Supplement consists of the Liquidating Trust Agreement, attached hereto as **Exhibit A**, and:

(a) the Purchase and Sale Agreement between Deep Marine Technology Incorporated and Deep Marine 4, LLC on the one hand, and Oceaneering International, Inc., on the other (attached hereto as **Exhibit B**);

(b) the Purchase and Sale Agreement between Deep Marine Holdings, Inc., Deep Marine Technology Incorporated, and Deep Marine 1, LLC on the one hand, and Seacor Marine LLC on the other (Attached hereto as **Exhibit C**);

(c) the Purchase and Sale Agreement between Deep Marine Holdings, Inc., Deep Marine Technology Incorporated, Deep Marine 2, LLC, on the one hand, and Otto Marine Ltd. on the other (attached hereto as **Exhibit D**); and

(d) the Purchase and Sale Agreement between Deep Marine Technology Incorporated and Deep Marine 3, LLC, on the one hand, and Ezram LLC on the other (attached hereto as **Exhibit E**) (together, the "Purchase and Sale Agreements").

---

[1] Capitalized terms not defined herein shall be given the meaning ascribed to them in the Plan.

The Debtors specifically reserve the right to supplement or amend the Plan Supplement by adding additional documents or by amending, modifying, or deleting the documents attached hereto.

        Respectfully submitted,

        **BRACEWELL & GIULIANI LLP**

        By:  _/s/ Jason G. Cohen_
            William A. (Trey) Wood III
            Texas Bar No. 21916050
            Trey.Wood@bgllp.com
            Marcy E. Kurtz
            Texas Bar No. 11768600
            Marcy.Kurtz@bgllp.com
            Jason G. Cohen
            Texas Bar No. 24050435
            Jason.Cohen@bgllp.com
            Bracewell & Giuliani LLP
            711 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone:    (713) 223-2300
            Facsimile:     (713) 221-1212

        **ATTORNEYS FOR THE DEBTORS**

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 1, 2010, a true and correct copy of this document was served on all parties by electronic means as listed on the court's ECF noticing system.

*/s/ Jason G. Cohen*
Jason G. Cohen
