United States Bankruptcy Court
For the Southern District Of Texas

| | |
|---|---|
| Deep Marine Holdings, Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-39314 |
| Debtor | } Amount **$5,537.99** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Deep Down Inc**
**Po Box 4652**
**Houston, TX 77210-4652**

The transfer of your claim as shown above in the amount of **$5,537.99** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By/s/Michael Handler
> Liquidity Solutions Inc
> (201) 968-0001

3141446

## TRANSFER NOTICE

Deep Down Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Deep Marine Holdings, Inc.** (the "Debtor"), in the aggregate amount of **$5,537.99**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 09-39314.

IN WITNESS WHEREOF, Assignor has signed below as of the 27th day of April, 2010

Deep Down Inc

_____
(Signature)

Cindy Donahue / Controller
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

Deep Marine Holdings, Inc.
Deep Down Inc


3141446