United States Bankruptcy Court
For the Southern District Of Texas

---

| | |
|---|---|
| Deep Marine Holdings, Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-39314 |
| Debtor | } **Amount $1,032.64** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Performance Seals Inc**
**4540 S Pinemont Dr,Ste 122**
**Houston, TX 77041**

The transfer of your claim as shown above in the amount of **$1,032.64** has been
transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3141403

## TRANSFER NOTICE

Performance Seals Inc ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Deep Marine Holdings, Inc.** (the "Debtor"), in the aggregate amount of **$1,032.64,** representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 09-39314.

IN WITNESS WHEREOF. Assignor has signed below as of the _____ day of _____ , 2010

Performance Seals Inc

_Frank Gruzziffi_
(Signature)

FRANK GRIZZAFFI - VICE PRESIDENT
(Print Name and Title)

_Michael Handler_

Liquidity Solutions, Inc.
Michael Handler

Deep Marine Holdings, Inc.
Performance Seals Inc


3141403