United States Bankruptcy Court
For the Southern District Of Texas

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-39313 |
| Debtor | } Amount $12,251.05 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ALAN C MCCLURE ASSOICATES**
**2600 GESSNER STE 504**
**HOUSTON, TX 77063**

The transfer of your claim as shown above in the amount of **$12,251.05** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Michael Handler
    Liquidity Solutions Inc
    (201) 968-0001

497674

**TRANSFER NOTICE**

Alan C Mcclure Associates ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Deep Marine Holdings, et al. ("Debtors"), in the aggregate amount of $12,251.05 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 09-39313.

IN WITNESS WHEREOF, Assignor has signed below as of the 11th day of June, 2010.

Alan C Mcclure Associates                    LIQUIDITY SOLUTIONS, INC.

By: *Michelle Hargrove*                      *Dusty Hardin*
(Signature)                                  (Signature)

Michelle Hargrove Corp. sec.                 Dusty Hardin
(Print Name and Title)                       (Print Name of Witness)