United States Bankruptcy Court
For the Southern District Of Texas

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No.09-39313 |
| | } |
| | } |
| Debtor | } Priority Amount $19,563.75 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No. [514])**

**DEWEY PEGNO & KRAMARSKY LLP**
**220 EAST 42ND ST**
**NEW YORK, NY 10017**

The transfer of your claim as shown above in the amount of **$19,563.75** amends a previously filed notice of transfer of claim that was filed on 06/02/2010 the claim has been transferred to:

      Liquidity Solutions Inc.
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Michael Handler
      Liquidity Solutions Inc.
      (201) 968-0001

      497643

## TRANSFER NOTICE

**Dewey Pegno & Kramarsky LLP** ("Assignor") transfers and assigns unto **LIQUIDITY SOLUTIONS, INC.** with an address at One University Plaza Ste 312, Hackensack, NJ 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement") all of Assignor's right, title and interest in, to and under the Claims of Assignor as set forth in the Agreement against **Deep Marine Holdings, et al.** (the "Debtor"), in the aggregate amount of **$19,563.75** representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court for the Southern District of Texas, administered as Case No. **09-39313**.

**Dewey Pegno & Kramarsky LLP**

_____
(Signature)

_Stephen Kramarsky, Partner._
(Print Name and Title)

**LIQUIDITY SOLUTIONS, INC.**

_____
(Signature)

__Michael Handler__
(Print Name and Title)

3107819