United States Bankruptcy Court
For the Southern District Of Texas

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-39313 |
| Debtor | } Amount **$44,994.37** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**KONGSBERG MARITIME INC**
**5373 WEST SAM HOUSTON PARKWAY N**
**HOUSTON, TX 77041**

The transfer of your claim as shown above in the amount of **$44,994.37** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By/s/Michael Handler
       Liquidity Solutions Inc
       (201) 968-0001

497679

**TRANSFER NOTICE**

KONGSBERG MARITIME, INC. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Deep Marine Technology, Inc. ("Debtor"), in the aggregate amount of $44,994.37 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 09-39313.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010.

KONGSBERG MARITIME, INC.        LIQUIDITY SOLUTIONS, INC.

By: _____        _____
(Signature)                      (Signature)

Julie Long, Controller           Michael Handler
(Print Name and Title)           (Print Name and Title)

A97679