# EXHIBIT A

## Relevant Invoices And Time Records



Invoice No.: 2645444
File No.   : 115913.010400
Bill Date  : April 5, 2010

Deep Marine Holdings, Inc.
Deep Marine Technology, Inc.
20411 Imperial Valley Drive
Houston, Texas  77073

Attn: Bruce C. Gilman
      Chairman of the Board

# INVOICE

Re:   Delaware Lawsuit Post Petitions

Legal Services through March 31, 2010:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 6,798.50 |
| **Current Invoice**: | $ | **6,798.50** |
| Previous Balance (see attached statement): | $ | 34,427.64 |
| **Total Amount Due:** | $ | **41,226.14** |

JSR:AR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 300 West 6th Street | Suite 2050 | Austin, Texas 78701
Tel 512.320.7200 | Fax 512.320.7210 | www.gtlaw.com

| | | |
|---|---|---|
| Invoice No.: | 2645444 | Page 1 |
| Re: | Delaware Lawsuit Post Petitions | |
| Matter No.: | 115913.010400 | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/10 | John S. Rainey | Attention to document request from bankruptcy counsel. | 1.00 | 585.00 |
| 03/05/10 | John S. Rainey | Begin detailed review of all documents responsive to document request from bankruptcy counsel. | 2.80 | 1638.00 |
| 03/23/10 | Molly M. Socha | Attention to pleading and order received; attention to the file. | 0.20 | 32.00 |
| 03/26/10 | Molly M. Socha | Email response to Bracewell & Giuliani regarding DVD efiles. | 0.15 | 24.00 |
| 03/30/10 | John S. Rainey | Further attention to document request from debtor counsel and review of electronic documents and index. | 3.20 | 1872.00 |
| 03/30/10 | Molly M. Socha | Organization of documents deemed privileged in anticipation of document production. | 2.90 | 464.00 |
| 03/31/10 | John S. Rainey | Completion of document review for bankruptcy counsel and index of same. | 3.50 | 2047.50 |
| 03/31/10 | Molly M. Socha | Attention to spreadsheet of documents for production. | 0.85 | 136.00 |

Total Time: 14.60
Total Fees: $ 6,798.50

| | | |
|---|---|---|
| Invoice No.: | 2645444 | Page 2 |
| Re: | Delaware Lawsuit Post Petitions | |
| Matter No.: | 115913.010400 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**

**GT** **GreenbergTraurig**

|  |  |
|---|---|
| Invoice No.: | 2662874 |
| File No.    : | 115913.010400 |
| Bill Date   : | April 21, 2010 |

Deep Marine Holdings, Inc.
Deep Marine Technology, Inc.
20411 Imperial Valley Drive
Houston, Texas  77073

Attn: Bruce C. Gilman
      Chairman of the Board

# INVOICE

Re:   Delaware Lawsuit Post Petitions

Replaces Invoice #2635805, dated  March 8, 2010

|  |  |  |  |
|---|---|---|---|
|  | Total Fees: | $ | 30,099.50 |

Expenses:

| | |
|---|---|
| Conference Calls | 3.79 |
| Federal Express Charges | 6.15 |
| Filing Fees | 394.77 |
| Messenger/Courier Services | 7.50 |
| Off-site Printing and Copying Charges | 449.67 |
| Photocopy Charges | 175.05 |
| Postage | 64.90 |
| Professional & Legal | 51.12 |
| Special Clerical Services | 108.13 |
| Telephone Expenses - Long Distance | 1.80 |
| Information and Research | 31.76 |
| Total Expenses: | $      1,294.64 |

JSR:AR
Tax ID: 13-3613083

# GT GreenbergTraurig

|  |  |  |
|---|---|---|
| Invoice No.: | | 2662874 |
| File No. : | | 115913.010400 |
| **Current Invoice**: | **$** | **31,394.14** |

| | | |
|---|---|---|
| Previous Balance (see attached statement): | $ | 6,798.50 |
| **Total Amount Due:** | **$** | **38,192.64** |

JSR:AR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 300 West 6th Street | Suite 2050 | Austin, Texas 78701
Tel 512.320.7200 | Fax 512.320.7210 | www.gtlaw.com

| | | | |
|---|---|---|---|
| Invoice No.: | 2662874 | | Page 1 |
| Re: | Delaware Lawsuit Post Petitions | | |
| Matter No.: | 115913.010400 | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/04/09 | Kim B. Battaglini | Internal and external conferences (.6); revise and serve redline draft of confidentiality stipulation (2.4). | 3.00 | 1530.00 |
| 12/04/09 | Michael J. Maimone | Review documents (.8); review and draft correspondence (.6). | 1.40 | 819.00 |
| 12/04/09 | Dennis A. Meloro | Draft suggestions of bankruptcy. | 0.40 | 182.00 |
| 12/04/09 | John S. Rainey | Attention to matters remaining in Texas lawsuit and effect of bankruptcy on same; attention to status of Delaware lawsuit and to discovery. | 2.00 | 1150.00 |
| 12/04/09 | Gregory E. Stuhlman | Call to K. B. Battaglini (.1); review bankruptcy filings (.5); review Chancery Court rules (.8); draft, file and serve suggestions of bankruptcy (1.1). | 2.30 | 782.00 |
| 12/07/09 | Michael J. Maimone | Review documents re bankruptcy (.3); review and draft correspondence re bankruptcy (.5); telephone conference with K. B. Battaglini (.3). | 1.10 | 643.50 |
| 12/08/09 | Michael J. Maimone | Review correspondence (.2); review confidentiality stipulation (.2). | 0.40 | 234.00 |
| 12/09/09 | Kim B. Battaglini | Analysis and consultation regarding Plaintiffs' court filings (5.7); prepare letter to court (.8). | 6.50 | 3315.00 |
| 12/09/09 | Michael J. Maimone | Review and draft correspondence (.5); review documents (.4). | 0.90 | 526.50 |
| 12/10/09 | Kim B. Battaglini | External conferences and consultation (2.6); prepare letter to VC Strine (.4). | 3.00 | 1530.00 |
| 12/10/09 | Michael J. Maimone | Review discovery. | 1.90 | 1111.50 |
| 12/11/09 | Michael J. Maimone | Review documents. | 1.10 | 643.50 |
| 12/11/09 | Gregory E. Stuhlman | Review correspondence (.2); draft cover letter for Battaglini letter to Court (.2); filed letters with Court (.4). | 0.80 | 272.00 |
| 12/14/09 | Michael J. Maimone | Review filings with Court re: service. | 0.80 | 468.00 |
| 12/21/09 | Michael J. Maimone | Review letter to Court (.2); review and draft correspondence (.2). | 0.40 | 234.00 |
| 12/29/09 | John S. Rainey | Attention to motion for comfort order related to obtaining proceeds from D&O insurer. | 3.00 | 1725.00 |
| 01/04/10 | John S. Rainey | Attention to court filings (.3); conference with K.B. Battaglini regarding proposal for representation of DMT in Delaware (.3). | 0.60 | 351.00 |
| 01/05/10 | Molly M. Socha | Revisions to Motion in Bankruptcy for Comfort Order on Payment of Defense Costs. | 0.40 | 64.00 |
| 01/06/10 | Molly M. Socha | Further revisions to Motion in Bankruptcy for Comfort Order (.6); legal research regarding the same (1.2). | 1.80 | 288.00 |
| 01/12/10 | Kim B. Battaglini | Meeting with counsel for Creditors' Committee. | 3.00 | 1590.00 |
| 01/14/10 | Kim B. Battaglini | Prepare Rule 2014 affidavit and engagement letter (1.0); revise proposed application (.8); conferences with Debtors' counsel (.2). | 2.00 | 1060.00 |
| 01/14/10 | Shari L. Heyen | Work with K.B. Battaglini regarding retention application. | 0.50 | 325.00 |
| 01/14/10 | Michael J. Maimone | Review and revise brief in support of motion to dismiss. | 0.70 | 434.00 |

Invoice No.:    2662874                                           Page 2
Re:             Delaware Lawsuit Post Petitions
Matter No.:     115913.010400

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/10 | Michael J. Maimone | Review correspondence re extension. | 0.40 | 248.00 |
| 01/20/10 | Michael J. Maimone | Review and draft correspondence re motion to dismiss and extensions (.3); telephone conference with J. Cohen; re issues involving derivative and direct claims (.9). | 1.20 | 744.00 |
| 01/21/10 | Shari L. Heyen | Follow up regarding retention application. | 0.50 | 325.00 |
| 01/21/10 | Michael J. Maimone | Review filings with Court. | 0.90 | 558.00 |
| 01/21/10 | Gregory E. Stuhlman | Review correspondence from M. Leon to VC Strine (.2); review complaint filed by DM Holdings (1.1). | 1.30 | 468.00 |
| 01/22/10 | Joseph B. Cicero | Review email from K.B. Battaglini regarding temporary restraining order granted in Houston bankruptcy court (.2); draft letter to V.C. Strine regarding same (.2); attention to filing same (.1); follow up emails (.1). | 0.60 | 270.00 |
| 01/22/10 | Michael J. Maimone | Review TRO. | 1.10 | 682.00 |
| 01/22/10 | Gregory E. Stuhlman | Review TRO entered by Texas Federal Court. | 0.60 | 216.00 |
| 01/25/10 | Kim B. Battaglini | Participate in conference among counsel (.3); review discovery served by Delaware plaintiffs (1.2); review transcript of TRO hearing (.8); confidential conferences with Debtors' counsel (.2). | 2.50 | 1325.00 |
| 01/26/10 | Kim B. Battaglini | Conferences with Debtors' counsel regarding discovery and proposed motion (.5); analysis of document requests served by Defendants in Bankruptcy adversary proceeding with those served by Plaintiffs in Delaware action (.7); prepare memoranda; analysis of Defendants' Motion to Compel (.8). | 2.00 | 1060.00 |
| 01/27/10 | Kim B. Battaglini | Attend (by telephone) bankruptcy court hearing on motion for protective order and motion to compel (.7); conference with Debtors' counsel (.3). | 1.00 | 530.00 |
| 01/28/10 | Kim B. Battaglini | Meeting with Debtor's counsel regarding SLC investigation. | 2.00 | 1060.00 |
| 02/01/10 | Michael J. Maimone | Review correspondence from plaintiff's counsel. | 0.70 | 434.00 |
| 02/08/10 | Michael J. Maimone | Review and draft correspondence. | 0.60 | 372.00 |
| 02/12/10 | Michael J. Maimone | Review documents; review files. | 0.40 | 248.00 |
| 02/24/10 | John S. Rainey | Attention to matters of DMT in bankruptcy, including proof of claim (1.0); attention to document requests from counsel for the creditors committee and to standards for work product privilege (2.9). | 3.90 | 2281.50 |

Total Time:    57.70
Total Fees:    $ 30,099.50

| | | Page 3 |
|---|---|---|
| Invoice No.: | 2662874 | |
| Re: | Delaware Lawsuit Post Petitions | |
| Matter No.: | 115913.010400 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/04/09 | Copy; 32 Page(s) by 006757 | $ 4.80 |
| 12/04/09 | Copy; 36 Page(s) by 006757 | $ 5.40 |
| 12/04/09 | VENDOR: Case File Xpress, L.P.; INVOICE#: 14002; DATE: 12/4/2009 - Monthly billing for the period 11/1- 11/30/09.  Cause# 2008-64385 | $ 25.56 |
| 12/04/09 | Special Clerical Service: Donna Santoro - Date of Service: 2009-12-04 | $ 18.13 |
| 12/06/09 | VENDOR: Soundpath INVOICE#: GT120609 DATE: 12/6/2009 Conferencing Services Invoice Date 091201 User KBA Client Code 115913 Matter Code 010200 | $ 3.79 |
| 12/07/09 | Postage by 000575   10 CERTIFIEDS@6.49 | $ 64.90 |
| 12/07/09 | Telephone; 16126046646 from Ext. 3552  ANOKA MN | $ 0.12 |
| 12/07/09 | Telephone; 15163183156 from Ext. 3552  MINEOLA NY | $ 0.18 |
| 12/07/09 | Telephone; 16126046646 from Ext. 3552  ANOKA MN | $ 0.24 |
| 12/08/09 | Telephone; 16126046646 from Ext. 3552  ANOKA MN | $ 0.24 |
| 12/09/09 | Telephone; 13025525508 from Ext. 3552  WILMINGTON DE | $ 0.18 |
| 12/10/09 | Telephone; 13026617389 from Ext. 3552  WILMINGTON DE | $ 0.03 |
| 12/10/09 | Telephone; 16126046646 from Ext. 3552  ANOKA MN | $ 0.27 |
| 12/11/09 | Special Clerical Service: Annemarie Ingrao - Date of Service: 2009-12-11 | $ 26.25 |
| 12/11/09 | Special Clerical Service: Annemarie Ingrao - Date of Service: 2009-12-11 | $ 63.75 |
| 12/11/09 | Telephone; 16126046646 from Ext. 3652  ANOKA MN | $ 0.06 |
| 12/21/09 | Telephone; 16126046646 from Ext. 3552  ANOKA MN | $ 0.48 |
| 01/05/10 | VENDOR: Reed Elsevier Inc.; INVOICE#: PPQ4090006495201; DATE: 1/5/2010 -  ACCT# 0006495201 - Bill for Page Statutory Filing Fee of every document filed from 10/1/2009 - 12/31/2009 in DE Courts according to the Rule 3(bb) at the rate $1.00 for every page of the filed document. | $ 85.00 |
| 01/05/10 | VENDOR: Case File Xpress, L.P.; INVOICE#: 14288; DATE: 1/5/2010 - Monthly billing for the period 12/1- 12/31/09. Cause# 2008-64385 | $ 25.56 |
| 01/05/10 | Westlaw Research by LOLLIS,SUE. | $ 15.56 |
| 01/11/10 | Copy; 145 Page(s) by 015752 | $ 21.75 |
| 01/22/10 | VENDOR: Reed Elsevier Inc. INVOICE#: 2010010006495201 DATE: 1/31/2010 Filing (DE Court of Chancery Civil Action) Case# 5032-VCS: Deepwork Inc Vs Paul Mckim - Req. by Joseph Cicero, | $ 9.77 |
| 01/22/10 | VENDOR: Reed Elsevier Inc. INVOICE#: 2010010006495201 DATE: 1/31/2010 Online Service (DE Court of Chancery Civil Action) Case# 5032-VCS: Deepwork Inc Vs Paul Mckim - Req. by Joseph Cicero, | $ 13.03 |
| 01/22/10 | VENDOR: Reed Elsevier Inc. INVOICE#: 2010010006495201 DATE: 1/31/2010 Filing - Additional Cases (DE Court of Chancery Civil Action) Case# 5032-VCS: Deepwork Inc Vs Paul Mckim - Req. by Joseph Cicero, | $ 2.17 |

Invoice No.:   2662874    Page 4
Re:   Delaware Lawsuit Post Petitions
Matter No.:   115913.010400

Description of Expenses Billed

| Date | Description | | Amount |
|---|---|---|---:|
| 01/25/10 | VENDOR: Reed Elsevier Inc. INVOICE#: 2010010006495201 DATE: 1/31/2010 Statutory Filing Fee (DE Court of Chancery Civil Action) Case# 5020-VCS: F L I Deep Marine Llc Vs Paul Mckim - Req. by Joseph Cicero, | $ | 0.50 |
| 01/25/10 | VENDOR: Reed Elsevier Inc. INVOICE#: 2010010006495201 DATE: 1/31/2010 Statutory Filing Fee (DE Court of Chancery Civil Action) Case# 5020-VCS: F L I Deep Marine Llc Vs Paul Mckim - Req. by Joseph Cicero, | $ | 0.50 |
| 01/25/10 | VENDOR: Parcels, Inc.; INVOICE#: 224852; DATE: 1/25/2010 - Acct# 343 - 1/25 From GT to Vice Chancellor Strine. | $ | 7.50 |
| 01/25/10 | Copy; 10 Page(s) by 006757 | $ | 1.50 |
| 02/01/10 | VENDOR: Delaware Supreme Court; INVOICE#: 18020110300; DATE: 2/1/2010 - Annual Pro Hac Vice Renewal for KB Battaglini. | $ | 300.00 |
| 02/01/10 | VENDOR: Lighthouse Document Solutions; INVOICE#: 43520; DATE: 11/12/2008 - Qty 2636 Imaging and other. | $ | 449.67 |
| 02/08/10 | VENDOR: FedEx INVOICE#: 950388612 DATE: 2/17/2010 Tracking #793251108875; From: K.b. Battaglini, Greenberg Traurig Llp, 1000 Louisianasuite 1800, Houston, TX 77002;   To: Robert P. Weinstine, Winthrop & Weinstinepa, 225 S 6th St Ste 3500, Minneapolis, MN 55402 | $ | 6.15 |
| 02/22/10 | Copy; 22 Page(s) by 016225 | $ | 3.30 |
| 03/02/10 | Copy; 85 Page(s) by 016225 | $ | 12.75 |
| 03/03/10 | Copy; 315 Page(s) by 000575  COPIES FOR J.PEACOCK | $ | 47.25 |
| 03/03/10 | Copy; 522 Page(s) by 000576 | $ | 78.30 |
| | Total Expenses: | $ | 1,294.64 |



|  |  |  |
|---|---|---|
| Invoice No. | : | 2668509 |
| File No. | : | 115913.010400 |
| Bill Date | : | May 5, 2010 |

Deep Marine Holdings, Inc.
Deep Marine Technology, Inc.
20411 Imperial Valley Drive
Houston, Texas  77073

Attn: Bruce C. Gilman
     Chairman of the Board

# INVOICE

Re:  Delaware Lawsuit Post Petitions

<u>Legal Services through April 30, 2010</u>:

|  |  |  |
|---|---|---:|
| Total Fees: | $ | 266.00 |
| **Current Invoice**: | **$** | **266.00** |
|  |  |  |
| Previous Balance (see attached statement): | $ | 38,192.64 |
| **Total Amount Due:** | **$** | **38,458.64** |

JSR:AR
Tax ID: 13-3613083

Invoice No.: 2668509 Page 1
Re: Delaware Lawsuit Post Petitions
Matter No.: 115913.010400

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/07/10 | John S. Rainey | Transmittal of documents, e-mails and spreadsheets to bankruptcy counsel, including drafting and transmittal of cover letter. | 0.40 | 234.00 |
| 04/07/10 | Molly M. Socha | Letter to Bracewell Giuliani regarding DVD. | 0.20 | 32.00 |
| | | Total Time: | 0.60 | |
| | | Total Fees: | | $ 266.00 |

| | | |
|---|---|---|
| Invoice No.: | 2668509 | Page 2 |
| Re: | Delaware Lawsuit Post Petitions | |
| Matter No.: | 115913.010400 | |

Description of Expenses Billed:

<u>DATE</u>     <u>DESCRIPTION</u>                                                                 <u>AMOUNT</u>

**No expenses charged to this file**

**GT GreenbergTraurig**

|  |  |
|---|---|
| Invoice No.: | 2693907 |
| File No. : | 115913.010400 |
| Bill Date : | June 4, 2010 |

Deep Marine Holdings, Inc.
Deep Marine Technology, Inc.
20411 Imperial Valley Drive
Houston, Texas 77073

Attn: Bruce C. Gilman
      Chairman of the Board

# INVOICE

Re:   Delaware Lawsuit Post Petitions

<u>Legal Services through May 31, 2010</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 819.00 |

<u>Expenses</u>:

| | |
|---|---|
| Imaging Charges | 40.00 |
| Messenger/Courier Services | 12.10 |
| Total Expenses: $ | 52.10 |
| **Current Invoice**: $ | **871.10** |

| | |
|---|---|
| Previous Balance (see attached statement):  $ | 38,458.64 |
| **Total Amount Due:**  $ | **39,329.74** |

JSR:AR
Tax ID: 13-3613083

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2693907 | | | Page 1 |
| Re: | Delaware Lawsuit Post Petitions | | | |
| Matter No.: | 115913.010400 | | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/10 | John S. Rainey | Attention to documents in assistance of Debtor's counsel. | 0.80 | 468.00 |
| 05/04/10 | John S. Rainey | Provide assistance to counsel for debtor with respect to documents used in preparation of SLC report and used in defending 2 Delaware lawsuits and claims against Paul McKim | 0.50 | 292.50 |
| 05/05/10 | John S. Rainey | Attention to document production matters with Debtor's counsel | 0.10 | 58.50 |
| | | Total Time: | 1.40 | |
| | | Total Fees: | | $ 819.00 |

| Invoice No.: | 2693907 | Page 2 |
|---|---|---|
| Re: | Delaware Lawsuit Post Petitions | |
| Matter No.: | 115913.010400 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/07/10 | VENDOR: Roadrunner Couriers; INVOICE#: 80146; DATE: 4/30/2010 - Cust: 7120- Courier charges period ending 4/30/10. From GT to Bracewell & Giuliani on 4/7/10 | $ | 12.10 |
| 04/20/10 | 2 DVD Copies/Document Production | $ | 40.00 |
| | Total Expenses: | $ | 52.10 |



|  |  |
|---|---|
| Invoice No.: | 2715088 |
| File No.   : | 115913.010400 |
| Bill Date  : | July 7, 2010 |

Deep Marine Holdings, Inc.
Deep Marine Technology, Inc.
20411 Imperial Valley Drive
Houston, Texas  77073

Attn: Bruce C. Gilman
    Chairman of the Board

# INVOICE

Re:   Delaware Lawsuit Post Petitions

<u>Legal Services through June 30, 2010</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 4,385.00 |

<u>Expenses</u>:

| Messenger/Courier Services | | 12.10 | |
|---|---|---|---|
| | Total Expenses: | $ | 12.10 |
| | **Current Invoice**: | **$** | **4,397.10** |
| | Previous Balance (see attached statement): | $ | 39,329.74 |
| | **Total Amount Due:** | **$** | **43,726.84** |

JSR:AR
Tax ID: 13-3613083

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 2715088 | | | Page 1 |
| Re: | Delaware Lawsuit Post Petitions | | | |
| Matter No.: | 115913.010400 | | | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/28/10 | David Eastlake | Prepare motion for claim. | 1.30 | 390.00 |
| 06/29/10 | David Eastlake | Further research regarding substantial contribution; review relevant pleadings and agreements in connection with administrative claim. | 2.90 | 870.00 |
| 06/29/10 | Shari L. Heyen | Attention to filing claim. | 0.80 | 520.00 |
| 06/30/10 | David Eastlake | Continue drafting motion for claim and research regarding same. | 7.60 | 2280.00 |
| 06/30/10 | Shari L. Heyen | Attention to Bankruptcy Claim | 0.50 | 325.00 |
| | | Total Time: | 13.10 | |
| | | Total Fees: | | $ 4,385.00 |

| | | |
|---|---|---|
| Invoice No.: | 2715088 | Page 2 |
| Re: | Delaware Lawsuit Post Petitions | |
| Matter No.: | 115913.010400 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/04/10 | VENDOR: Roadrunner Couriers; INVOICE#: 80890; DATE: 5/31/2010 - Cust: 7120 - Courier services from 5/1- 5/31/10. From GT to Bracewell & Giuliani on 5/4/10. | $ | 12.10 |
| | Total Expenses: | $ | 12.10 |