UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 09-39313-H1-11 |
|---|---|---|---|
| Debtor | In Re: | Deep Marine Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Minnesota_____ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Robert R. Weinstine<br>Winthrop & Weinstine, P.A.<br>225 S. 6th St., Suite 3500<br>Minneapolis, MN 55402<br>612-604-6400<br>Minnesota (115435) |
|---|---|

Seeks to appear as the attorney for this party:

| DCC Ventures, LLC, NJK Holding Corporation, Eugene DePalma, Daniel Erickson, John Hudgens, and Nasser Kazeminy |
|---|
| Dated: August 2, 2010            Signed: [signature] |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                    Signed: _____
                                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice.*

Dated: _____        _____
                              United States Bankruptcy Judge