IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | Case No. 09-39313 |
| et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

**TRUSTEE'S OBJECTION TO APPLICATION OF GREENBERG TRAURIG, LLP FOR ALLOWANCE OF SUBSTANTIAL CONTRIBUTION CLAIM**
**(Relates to Dkt. No. 586)**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

The Liquidating Trustee, on behalf of the Deep Marine Liquidating Trust as successor to the above named Debtors (the "Trustee"), by and through its undersigned attorneys, hereby files this Objection to the Application of Greenberg Traurig, LLP for Allowance of Substantial Contribution Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(3)(D) and Fed. R. Bankr. P. 2016 (the "Application"), and in support thereof, respectfully represent as follows:

1.  The Trustee does not believe that all of the fees and expenses requested by Greenberg Traurig, LLP ("Greenberg") in the Application provided a benefit to the estate. Therefore, to the extent that Greenberg seeks full payment of the fees and expenses requested in the Application, the Trustee objects.

2.  The Trustee is in the process of investigating the "benefits conferred upon the estate," if any, that flowed from the actions of Greenberg in order to determine which of the fees and expenses requested in Application may be compensable under section 503.. *Hall Fin. Group, Inc. v. DP Partners, Ltd. P'ship (In re DP Partners, Ltd. P'ship)*, 106 F.3d 667, 673 (5th

Cir. 1997). The Trustee has initiated settlement discussions with Greenberg in an attempt to amicably resolve this dispute.

3. Absent agreement by the parties, the Trustee objects to the Application and requests at this time that the relief sought therein be denied.

WHEREFORE, premises considered, the Trustee respectfully request that the Court deny the relief sought in the Application, and grant the Trustee such other and further relief as the Court deems just.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ William A. Wood III*
    William A. (Trey) Wood III
    Texas Bar No. 21916050
    Trey.Wood@bgllp.com
    Marcy E. Kurtz
    Texas Bar No. 11768600
    Marcy.Kurtz@bgllp.com
    Jason G. Cohen
    Texas Bar No. 24050435
    Jason.Cohen@bgllp.com
    711 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone:   (713) 223-2300
    Facsimile:    (713) 221-1212

**ATTORNEYS FOR THE LIQUIDATING TRUSTEE**

-3-

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on August 5, 2010, a true and correct copy of this document was served on all parties on the attached master service list by electronic means as listed on the court's ECF noticing system, by electronic mail as indicated, and/or by United States first class mail, postage prepaid.

>*/s/ Jason G. Cohen*
> Jason G. Cohen

# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED MASTER SERVICE LIST*

| **DEBTORS** | **GOVERNMENTAL ENTITIES** | DCC Ventures, LLC |
|---|---|---|
| Deep Marine Holdings, Inc. | Internal Revenue Service | Attn: Michael Davies |
| Deep Marine Technology Incorporated | 300 East 8th Street | 3960 Howard Hughes Parkway |
| Deep Marine 1, LLC | STOP 5026 AUS | 5th Floor |
| Deep Marine 2, LLC | Austin, TX 78701 | Las Vegas, NV 89169 |
| Deep Marine 3, LLC | | mike@njkholding.com |
| Deep Marine 4, LLC | U.S. Attorneys Office | |
| PO Box 79926 | Civil Division | Robert R. Weinstine |
| Houston, TX 77279-9926 | Southern District of Texas | Winthrop & Weinstine PA |
| | PO Box 61129 | 225 South Sixth Street, Suite 500 |
| John Bittner | Houston, TX 77208 | Minneapolis, MN 55402 |
| Grant Thornton LLP | | RWeinstine@winthrop.com |
| 1717 Main Street | | *Attorney for Nasser Kazeminy,* |
| Dallas, TX 75201 | | *DCC Ventures LLC, Triomphe* |
| John.Bittner@gt.com | | *Investors, LLC and NJK* |
| *Liquidating Trustee* | | *Holding Corporation* |

| **ATTORNEYS FOR LIQUIDATING TRUST** | **SECURED CREDITORS** * | Jennifer L. Davis |
|---|---|---|
| Marcy E. Kurtz | General Electric Capital Corporation | McGlinchey Stafford PLLC |
| William A. (Trey) Wood, III | Attn: Dale Shores | 1001 McKinney Street |
| Jason G. Cohen | 3 Capital Drive | Suite 1500 |
| Bracewell & Giuliani LLP | Eden Prairie, MN 55344 | Houston, TX 77002 |
| 711 Louisiana, Suite 2300 | | jdavis@mcglinchey.com |
| Houston, TX 77002 | Susan C. Mathews | *Attorneys for PNC Bank,* |
| marcy.kurtz@bgllp.com | Adams and Reese LLP | *National Association, successor* |
| trey.wood@bgllp.com | 1221 McKinney, Suite 4400 | *to National City Business Credit,* |
| jason.cohen@bgllp.com | Houston, TX 77010 | *Inc.* |
| | susan.mathews@arlaw.com | |
| | *Attorneys for GE Business Financial Services Inc.* | |

| **UNITED STATES TRUSTEE** | Lawrence Rutkowski | Brad J. Axelrod |
|---|---|---|
| Office of the U.S. Trustee | Seward & Kissel LLP | McGlinchey Stafford PLLC |
| Attn: Nancy Holley | One Battery Park Plaza | 301 Main St. - 14th floor |
| 515 Rusk Ave., Suite 3516 | New York, NY 10004 | Baton Rouge, LA 70825 |
| Houston, TX 77002 | rutkowski@sewkis.com | baxelrod@mcglinchey.com |
| nancy.holley@usdoj.gov | *Attorneys for GE Capital* | *Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.* |
| | PNC Bank NA | |
| | PO Box 94931 | |
| | Cleveland, OH 44101 | |

HOUSTON\2344906

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Richard A. Aguilar<br>McGlinchey Stafford PLLC<br>12th Floor, 601 Poydras Street<br>New Orleans, LA 70130<br>raguilar@mcglinchey.com<br>*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.* | Joseph Lubertazzi, Jr.<br>Angela Abreu<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>jlubertazzi@mccarter.com<br>aabreu@mccarter.com<br>*Attorneys for Aramark Business & Industry, and Supply* | Candies Shipbuilders<br>1100 Oak St<br>Houma, LA 70363<br>otto3@ottocandies.com<br><br>CapRock Communications<br>Attn: Alan Aronowitz<br>4400 S. Sam Houston Parkway E<br>Houston, TX 77048<br>aaronowitz@caprock.com |
| Otto Candies, LLC<br>PO Box 25<br>Des Allemands LA 70030<br>otto3@ottocandies.com | Asamarbunkers c/o Asamar, Inc<br>1099 Wall Street West<br>Suite 138<br>Lyndhurst, NJ 07071<br>asamar@asamar.com | Conrad Shipyard, LLC<br>PO Box 790<br>Morgan City, LA 70381<br>FANewman@conradindustries.com |
| Karl Zimmermann<br>Baldwin Haspel Burke<br>& Mayer LLC<br>11 Poydras Street, Suite 2200<br>New Orleans, LA 70163-2200<br>karlz@bhbmlaw.com<br>*Attorney for Otto Candies, L.L.C., Otto Candies, III, and Candies Shipbuilders, LLC* | B&J Martin, Inc./MARTIN QUAR<br>18104 W. Main<br>Galliano, LA 70354<br>april@bjmartininc.com<br><br>BNA Marine Services, LLC<br>1022 Jackson Road<br>Amelia, LA 70340<br>bnamarine@aol.com | Crossmar Incorporated<br>1950 A S. Van Ave.<br>Houma LA 70363<br>emeadow@thecrossgroup.com<br><br>Ertech India<br>307 Bezollah Complex<br>Sion Trombay Rd.<br>Chembur, Mumbai 400071<br>ertchin@vsnl.com |
| Thomas S. Henderson<br>711 Louisiana, Suite 3100<br>Houston, TX 77002-2716<br>thenderson@tsh-atty.com<br>*Attorney for Candies Shipbuilders, LLC, DCC Ventures, LLC, NJK Holding Corporation, Nasser Kazeminy, Triomphe Investors, LLC* | Bollinger Fourchon, LLC<br>106 Norman Doucet Dr.<br>Golden Meadow, LA 70357<br>KimberlyS@bollingershipyards.com | ES&H<br>1730 Coteau Rd<br>Houma LA 70364<br>Fax: 985-851-1978 |
| **TOP 30 UNSECURED CREDITORS***<br>Aramark Business & Industry and Supply<br>James Wells<br>Stan Applegate<br>Pat Leibler<br>Tom Leaverton<br>1101 Market Street<br>Philadelphia, PA 19107<br>wells-james@aramark.com | Bollinger Texas City<br>2201 Dock Rd, Dock 42<br>Texas City, TX 77590<br>KimberlyS@bollingershipyards.com<br><br>BP America<br>501 Westlake Park Blvd<br>WLI Office 24, 108A<br>Houston, TX 77079<br>vendorauditprogram@bp.com | Greenburg Traurig LLP<br>300 W 6th St., Suite 2050<br>Austin TX 78701<br>BattagliniK@gtlaw.com<br><br>Greenwood Marine Management I<br>300 Everett Street<br>Morgan City, LA 70380<br>dan@greenwoodmarine.com |

2

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| applegate-stan@aramark.com<br>liebler-patrick@aramark.com<br>leaverton-tom@aramark.com | | GS-HYDRO-US, Inc<br>16405 Air Center Blvd, Suite 400<br>Houston TX 77032<br>Fax: 713-951-0708 |
| Huisman-Itrec Special Lifting<br>Admiral Trompstraat 2<br>3115 HH Schiedam<br>PO Box 150<br>3100 AD Schiedam Harbor #561<br>NL<br>mheijerman@huisman-nl.com<br>bdeboer@huisman-nl.com | Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston TX  77079<br>matt.muddiman@nobledenton.com<br><br>NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma LA 70360 | Hugh Ray, Jr.<br>Hugh M. Ray, III<br>Paul D. Moak<br>Basil A. Umari<br>McKool Smith PC<br>600 Travis, Suite 7000<br>Houston, TX 77002<br>hray@mckoolsmith.com<br>hmray@mckoolsmith.com |
| Intermoor, Inc.<br>PO Box 1599<br>Amelia LA 70340 | power@nrecps.com | pmoak@mckoolsmith.com<br>bumari@mckoolsmith.com<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| Intrepid Global Ind.<br>11931 Wickchester Lane #300<br>Houston TX 77043<br>dsorrel@huisman-intrepid.com | Ocean Services, LLC<br>2629 NW 54th St<br>Suite W201<br>Seattle WA 98107<br>ronp@stabbertmaritime.com | **OTHER PARTIES FOR NOTICE**<br>Tony Gerbino<br>Jeffrey Whetzel<br>Grant Thornton LLP |
| Madcon Corporation<br>63374 Old Military Rd<br>Pearl River LA 70452<br>btrader@madconcorp.com | PNC Bank, N.A.<br>P.O. Box 828702<br>Philadelphia, PA 19182-8702<br>Justin.Sohnlein@nationalcity.com | 333 Clay Street<br>Houston, TX 77002-4000<br>Tony.Gerbino@gt.com<br>Jeffrey.Whetzel@gt.com |
| Nexans Norway AS<br>Postboks 6450<br>Etterstad, Oslo, Norway<br>N-0605<br>les@carichards.com | Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose LA  77087<br>davet@seagullmarine.com | Southwest Bank of Texas<br>Aka Amegy Bank of Texas<br>PO Box 4837<br>Houston, TX 77210-4837 |
| | The IUC Group<br>222 Fordham St<br>Bronx NY 10464<br>lgalerne@iucgroup.com | Merrill Lynch Business Financial Services, Inc.<br>222 North LaSalle Street<br>17th Floor<br>Chicago, IL 60601 |
| Nader C. Kazeminy<br>Chief Executive<br>NJK Holding Corporation<br>85 Normandale Lake Blvd.<br>Minneapolis MN 55437<br>nader@njkholding.com | UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston TX 77043<br>dave.ross@utecsurvey.com | Perry Slingsby Systems<br>10642 West Little York<br>Suite 100<br>Houston, TX 77041 |

3

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Inspectronic Corporation<br>222 Fordham Road<br>Bronx, NY 10464-1413 | Thomas W. Graves<br>Adair & Myers<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>twg@am-law.com | Stephen L. Williamson<br>Ryan M. McCabe<br>Andrew T. Lilly<br>Montgomery Barnett Brown Read<br>Hammond & Mintz LLP<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>swilliamson@monbar.com<br>rmccabe@monbar.com<br>alilly@monbar.com<br>***Attorneys for Bollinger Fourchon L.L.C. and Crossmar Inc.*** |
| National City Business Credit, Inc.<br>1965 E. 6th Street<br>Cleveland, OH 44114 | | |
| General Electric Capital Corporation<br>3135 Easton Turnpike<br>Fairfield, CT 06828-0001 | Gary W. Dugger<br>Dugger & Associates<br>1177 Enclave Parkway, Suite 250<br>Houston, TX 77077<br>duggerlaw@dugger.com | |
| Cisco Systems Capital Corporation<br>170 W Tasman Drive<br>San Jose, CA 95134 | **PARTIES REQUESTING NOTICE**<br><br>Joel W. Mohrman<br>Anderson L. Cao<br>McGlinchey Stafford PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>jmohrman@mcglinchey.com<br>acao@mcglinchey.com<br>***Attorney for Beauty Elite Properties, L.P.*** | Keith M. Aurzada<br>John C. Leininger<br>Bryan Cave, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX 75201<br>keith.aurzada@bryancave.com<br>john.leininger@bryancave.com<br>***Attorneys for SunChase Holdings, Inc.*** |
| Herc Exchange, LLC<br>3817 Northwest Expressway<br>Oklahoma City, OK 73112 | | |
| Radler Enterprises, Inc.<br>530 Wells Fargo Drive<br>Suite 300<br>Houston, TX 77090 | Ross Spence<br>Snow Fogel Spence LLP<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>rossspence@snowfogel.com<br>***Attorney for Michael Rentfrow*** | Marc Douglas Myers<br>Adair Myers PLLC<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>mm@am-law.com<br>***Attorney for UTEC Surveying, Inc.*** |
| Mark L. Clark<br>Brown Sims<br>Poydras Center, Suite 2200<br>650 Poydras Street<br>New Orleans, LA 70130<br>mclark@brownsims.com | | |

4

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Karen A. Cooper<br>Aon Risk Services<br>Southwest, Inc./Aon Energy<br>1330 Post Oak Blvd, Suite 900<br>Houston, TX 77056-3089<br>Karen_Cooper@ars.aon.com | Edward L. Rothberg<br>Annie E. Catmull<br>Hoover Slovacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057<br>rothberg@hooverslovacek.com<br>catmull@hooverslovacek.com<br>*Attorney for CapRock Communications* | Josh N. Bowlin<br>Chamberlain Hrdlicka White<br>Williams & Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>josh.bowlin@chamberlainlaw.com<br>*Attorney for Huisman-Itrec Lifting and Huisman-Intrepid Services LLC* |
| David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011<br>delder@gardere.com<br>*Attorneys for Oceaneering International, Inc.* | John P. Dillman<br>Linebarger Goggan Blair<br>& Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064<br>Houston_bankruptcy@publicans.com<br>*Attorneys for Cypress- Fairbanks ISD and Harris County* | Omer F. Kuebel, III<br>Locke Lord Bissell & Liddell LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130<br>nobankecf@lockelord.com<br>hobankecf@lockelord.com<br>*Attorney for BP America, Inc.* |
| McDermott Will & Emery LLP<br>Attn: Gary O. Ravert<br>340 Madison Avenue<br>New York, NY 10173-1922<br>gravert@mwe.com<br><br>McDermott Will & Emery LLP<br>Attn: Steven G. Spears<br>1000 Louisiana, Suite 3900<br>Houston, TX 77002-5005<br>sspears@mwe.com<br>*Attorneys for McDermott Will & Emery LLP* | Blaine F. Bates<br>Peter Ruggero<br>Haynes and Boone LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>Blaine.Bates@haynesboone.com<br>Peter.Ruggero@haynesboone.com<br>*Attorney for Paul McKim* | Henry A. King<br>King, Krebs & Jurgens<br>201 St. Charles Avenue, 45th Floor<br>New Orleans, LA 70170<br>hking@kingkrebs.com<br>*Attorneys for PHI, Inc.*<br><br>William J. Perry<br>Galloway Johnson Tompkins<br>Burr & Smith<br>701 Poydras Street, 40th Floor<br>New Orleans, LA 70139<br>wperry@gjtbs.com<br>*Attorney for MADCON Corporation* |
| Patrick L. Hughes<br>Haynes and Boone LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>patrick.hughes@haynesboone.com<br>*Attorneys for LLOG Exploration Company, LLC* | E. Carroll Rogers<br>Ronald J. White<br>Murphy Rogers Sloss & Gambel<br>701 Poydras Street, Suite 400<br>New Orleans, LA 70139<br>crogers@mrsnola.com<br>*Attorneys for Inspectronic Corporation* | Pierre V. Miller<br>Patrick Miller & Belleau, L.L.C.<br>400 Poydras Street<br>Suite 1680<br>New Orleans, LA 70130<br>pmiller@patrickmillerlaw.com<br>*Attorneys for Seagull Marine, Inc.* |

5

\* Debtors reserve all rights with respect to classification of creditor claims.

| James Eloi Doyle<br>Doyle, Restrepo, Harvin<br>& Robbins, LLP<br>600 Travis, Suite 4700<br>Houston, Texas 77002<br>jdoyle@drhrlaw.com<br>***Attorney for Boots & Coots Services, LLC*** | Andrew J. Nazar<br>Polsinelli Shughart PC<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105<br>anazar@polsinelli.com | Adam R. Swonke<br>Wells & Cuellar PC<br>440 Louisiana, Suite 718<br>Houston, TX 77002<br>aswonke@wellscuellar.com<br>***Attorneys for Anadarko Petroleum Corporation*** |
|---|---|---|
| Lara Pringle<br>Scott Jenkins<br>Mark A. Mintz<br>Jones Walker Waechter Poitevent Carrere & Denegre<br>201 St. Charles Avenue, 50th Floor<br>New Orleans, LA 70170<br>lpringle@joneswalker.com<br>sjenkins@joneswalker.com<br>mmintz@joneswalker.com<br>***Attorneys for Conrad Shipyards, LLC*** | | |

6

\* Debtors reserve all rights with respect to classification of creditor claims.