Case 09-39313   Document 680   Filed in TXSB on 09/13/10   Page 1 of 1
Case 09-39313   Document 629   Filed in TXSB on 08/04/10   Page 1 of 1



ENTERED
09/14/2010

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 09-39313-H1-11 |
|---|---|---|---|
| Debtor | In Re: | Deep Marine Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Minnesota__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed State & Number | Michael A. Rosow<br>Winthrop & Weinstine, P.A.<br>225 S. 6th St., Suite 3500<br>Minneapolis, MN 55402<br>612-604-6400<br>Minnesota (317998) |
|---|---|

Seeks to appear as the attorney for this party:

| DCC Ventures, LLC, NJK Holding Corporation, Eugene DePalma, Daniel Erickson, John Hudgens, and Nasser Kazeminy |
|---|
| Dated: August 2, 2010     Signed: /s/ Michael A. Rosow |

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated: 9-9-10     Signed: /s/ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: 9/13/10                    _____
                                    United States Bankruptcy Judge