

ENTERED
09/14/2010

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 09-39313-H1-11 |
|---|---|---|---|
| Debtor | In Re: | Deep Marine Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___Minnesota___:

Joseph M. Windler
Winthrop & Weinstine, P.A.
225 S. 6th St., Suite 3500
Minneapolis, MN 55402
612-604-6400
Minnesota (387758)

Seeks to appear as the attorney for this party:

DCC Ventures, LLC, NJK Holding Corporation, Eugene DePalma, Daniel Erickson, John Hudgens, and Nasser Kazeminy

Dated: August 2, 2010        Signed: /s/ Joseph Windler

COURT USE ONLY: The applicant's state bar reports their status as: ___Active___

Dated: 9-9-10        Signed: /s/ Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: 9/13/10        _____
                      United States Bankruptcy Judge