

ENTERED
09/14/2010

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Houston | | 09-39313-H1-11 |
|---|---|---|
| In Re: | Deep Marine Holdings, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Minnesota_____:

Robert R. Weinstine
Winthrop & Weinstine, P.A.
225 S. 6th St., Suite 3500
Minneapolis, MN 55402
612-604-6400
Minnesota (115435)

Seeks to appear as the attorney for this party:

| DCC Ventures, LLC, NJK Holding Corporation, Eugene DePalma, Daniel Erickson, John Hudgens, and Nasser Kazeminy |
|---|
| Dated: August 2, 2010    Signed: [signature] |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 9-9-10    Signed: [signature]
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: 9/10/10                              _____
                                            United States Bankruptcy Judge