# EXHIBIT A

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of Texas | United States District Court Southern District of Texas FILED | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Deep Marine Holdings, Inc. | APR 2 3 20 David J. Bradley, Clerk of Court | Case Number: 09-39313 |

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Joseph Grano | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Joseph Grano<br>1185 Avenue of the Americas Suite ~~2250~~ 1750<br>New York NY 10036-2603 | Court Claim Number: _____<br>*(If known)* |
| Telephone number: 212 371-5080 | Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>Joseph J. Grano, Jr.<br>Centurion Holdings<br>1185 Ave of Americas Suite 1750<br>Telephone number: New York, NY 10036  (212)371-5080 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ 355,187.60<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** money Invested<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** H193<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>Value of Property: $_____  Annual Interest Rate ___ %<br><br>Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date: 4/19/10  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   *Joseph J Grano* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

4570701261 3022

DEEP MARINE HOLDINGS, INC.

of the State of Delaware

30,000,000 Shares Common Stock, Par Value $.01 Per Share

COMMON STOCK

SHARES 245,340

NUMBER 19

This Certifies that  Joseph J. Grano, Jr.

is the

registered holder of  Two Hundred Forty-Five Thousand Three Hundred Forty (245,340) Shares

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this  3rd  day  of  November  A.D. 20 08

Officer

Officer

SEE REVERSE SIDE FOR RESTRICTIVE LEGEND

(COPY- original @ Deep Marine)

LITHO. IN U.S.A.

© GOES KG2

© GOES KG2
All Rights Reserved



### *Holmberg Farms, Inc.*
13430 Hobson Simmons Road
Lithia, Florida 33547
(813) 689-3601; FAX (813) 689-0992
TOLL FREE: 1-800-282-3562

BOL

VENDOR ID#

INVOICE NO. 1194742

CUSTOMER NO. 367352407

STATE OF FLORIDA
DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
1911 S.W. 34th SUP.O. Box 147100, Gainesville, FL 32614-1700

GENERAL NURSERY STOCK INSPECTION CERTIFICATE
Registration Number _____
Section 581.091(1), F.S.

HOLMBERG FARMS INC
13430 HOBSON SIMMONS ROE
LITHIA FL 33547

This is to certify that this nursery stock has been visually inspected for plant pests
and meets at least the minimum requirements of Chapter 581, Florida Statutes.

DACS-08011, Revised 1996          CHARLES H. BRONSON,
                                  Commissioner of Agriculture

LIVE PLANT - NO DELAY

**BILL TO:**

CLEARLAKE WHOLESALE NSY, INC
9104 GALVESTON ROAD

HOUSTON          , TX   77034

**SHIP TO:**

CLEARLAKE WHOLESALE NSY
INC
9104 GALVESTON ROAD
HOUSTON          , HO   TX
713-947-2020

| SHIP DATE | SHIP VIA | CONTROL NUMBER | TERMS |
|-----------|----------|----------------|-------|
|           |          |                | NET 30 DAYS |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | PERSON PLACING ORDER |
|--------------------|------------|-------------|----------------------|
|                    | 07/20/2007 | 023   Larry Raska | Normal |

| QUANTITY QTY. REQ. | SHIPPED | OUR ITEM NUMBER | SIZE | DESCRIPTION | SKU NO. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 300 | 300 | 83641361106 | #1 | AFRICAN IRIS WHITE | $ 2.16 | 2.00 | $600.00 |
| 50 | 50 | 32142211906 | #1 | AZALEA FASHION | $ 2.12 | 2.00 | $100.00 |
| 30 | 30 | 83242321406 | #1 | CROTON MAMMY | $ 2.73 | 2.12 | $63.60 |
| 50 | 50 | 83645361106 | #1 | FERN SWORD-BOSTON | $ 2.37 | 2.24 | $112.00 |
| 50 | 50 | 33542351806 | #1 | GARDENIA FROST PROOF | $ 2.18 | 2.00 | $100.00 |
| 30 | 30 | 82863281306 | #1 | GINGER VAR | $ 3.30 | 3.30 | $99.00 |
| 600 | 600 | 33743371106 | #1 | GRASS AZTEC | $ 1.82 | 1.82 | $1,092.00 |
| 300 | 300 | 32849281106 | #1 | INDIAN HAWTHORNE WHITE | $ 2.42 | 2.12 | $636.00 |
| 50 | 50 | 82851281106 | #1 | IXORA MAUI RED | $ 2.61 | 2.12 | $106.00 |
| 50 | 50 | 82851281506 | #1 | IXORA MAUI YELLOW | $ 2.61 | 2.12 | $106.00 |
| 200 | 200 | 32852281306 | #1 | OLEANDER DWARF SALMON | $ 2.42 | 2.12 | $424.00 |
| 50 | 50 | 32852281206 | #1 | OLEANDER CRIMSON RED | $ 2.42 | 2.12 | $106.00 |
| 10 | 10 | 33243321106 | #1 | PHILO SELLOUM | $ 2.42 | 2.12 | $21.20 |
| 50 | 50 | 32142211910 | #3 | AZALEA FASHION SALMON | $ 5.15 | 4.90 | $245.00 |
| 100 | 100 | 32141211110 | #3 | AZALEA FORM LAVENDER | $ 5.15 | 4.90 | $490.00 |
| 100 | 100 | 32142212310 | #3 | AZALEA RED RUFFLE | $ 5.15 | 4.90 | $490.00 |
| 20 | 20 | 32856281210 | #3 | BOTTLE WEEPING TREE | $ 6.30 | 5.40 | $108.00 |
| 20 | 20 | 32741272110 | #3 | CRAPE MYRTLE RED ROCKET | $ 6.85 | 6.25 | $125.00 |
| 30 | 30 | 83242321410 | #3 | CROTON MAMMY | $ 6.85 | 5.45 | $163.50 |
| 30 | 30 | 83242321310 | #3 | CROTON PETRA | $ 6.85 | 5.45 | $163.50 |
| 10 | 10 | 82847281110 | #3 | DIPLADENIA | $ 7.43 | 7.43 | $74.30 |
| 30 | 30 | 33542351810 | #3 | GARDENIA FROST PROOF | $ 5.75 | 5.15 | $154.50 |

CONTROL NO. 097143

Holmberg Farms, Inc. warrants to the extent of the purchase price that all nursery stock is sold true to name and as described within recognized tolerances. We give no other warranty, expressed or implied, and will under no circumstances be liable for more than the invoice value at the time of purchase.   CLAIMS: All claims must be made at the time of delivery. We will adjust any mistake made by us at this time. However, under no conditions will our liability exceed the purchase price. We are not responsible for plants after they are received at your nursery. All sales are final.

SIGNATURE _____

**DISTRIBUTION-CUSTOMER**



**Holmberg Farms, Inc.**
13430 Hobson Simmons Road
Lithia, Florida 33547
(813) 689-3601; FAX (813) 689-0992
TOLL FREE: 1-800-282-3562

BOL

INVOICE NO. 1194742

CUSTOMER NO. 367352407

STATE OF FLORIDA
DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
1911 S.W. 34th St./P.O. Box 147100, Gainesville, FL 32614-1700

GENERAL NURSERY STOCK INSPECTION CERTIFICATE
Registration Number _____
Section 581.131(1), F.S.

HOLMBERG FARMS INC
13430 HOBSON SIMMONS ROE
LITHIA FL 33547

This is to certify that this nursery stock has been cleanly inspected for plant pests
and meets at least the minimum requirements of Chapter 581, Florida Statutes.

*Charles H. Bronson*
CHARLES H. BRONSON
Commissioner of Agriculture

DACS-08211, Revised 1/99

LIVE PLANT - NO DELAY

VENDOR ID#

BILL TO:
CLEARLAKE WHOLESALE NSY, INC
9104 GALVESTON ROAD

HOUSTON          , TX    77034

SHIP TO:
CLEARLAKE  WHOLESALE  NSY
INC
9104  GALVESTON  ROAD
HOUSTON          , HO   TX
713-947-2020

| SHIP DATE | SHIP VIA | CONTROL NUMBER | TERMS | | |
|---|---|---|---|---|---|
| | | | NET 30 DAYS | | |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | PERSON PLACING ORDER |
|---|---|---|---|
| | 07/20/2007 | 023   Larry Raska | Normal |

| QUANTITY | | | OUR ITEM NUMBER | SIZE | DESCRIPTION | SKU NO. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| QTY. REQ. | SHIPPED | | | | | | | |
| 20 | 20 | | 33542351210 | #3 | GARDENIA MYSTERY | $ 5.75 | 5.15 | $103.00 |
| 15 | 15 | | 82863281310 | #3 | GINGER ALPINIA VAR | $ 8.80 | 8.80 | $132.00 |
| 150 | 150 | | 32344231710 | #3 | ILEX SCHILLING | $ 5.45 | 5.15 | $772.50 |
| 150 | 150 | | 32849281110 | #3 | INDIAN HAWTHORNE WHITE | $ 5.45 | 5.15 | $772.50 |
| 150 | 150 | | 85851281510 | #3 | IXORA MAUI YELLOW | $ 6.66 | 5.45 | $817.50 |
| 6 | 6 | | 32942291110 | #3 | JAS CAROLINA BUSH | $ 6.66 | 5.45 | $32.70 |
| 6 | 6 | | 32942291210 | #3 | JAS CONFEDERATE | $ 6.66 | 5.45 | $32.70 |
| 7 | 7 | | 32942291310 | #3 | JAS CONFEDERATE VAR. | $ 6.66 | 5.45 | $38.15 |
| 300 | 300 | | 32345231110 | #3 | LIGUSTRUM GREEN | $ 5.45 | 4.96 | $1,488.00 |
| 30 | 30 | | 32345231410 | #3 | LIGUSTRUM SINENSIS | $ 5.45 | 4.96 | $148.80 |
| 150 | 150 | | 32864281610 | #3 | LOROPETALUM | $ 6.66 | 6.36 | $954.00 |
| 15 | 15 | | 84346431110 | #3 | MANDEVILLA PNK TRL | $ 9.08 | 9.08 | $136.20 |
| 30 | 30 | | 32346231110 | #3 | NANDINA HEAVENLY | $ 6.05 | 5.15 | $154.50 |
| 150 | 150 | | 32852281710 | #3 | OLEANDER CALYPSO PINK | $ 5.75 | 5.15 | $772.50 |
| 150 | 150 | | 32852281210 | #3 | OLEANDER CRIMSON RED | $ 5.75 | 5.15 | $772.50 |
| 6 | 6 | | 33243321110 | #3 | PHILO SELLOUM | $ 5.45 | 5.15 | $30.90 |
| 150 | 150 | | 32348231210 | #3 | PITTOSPORUM VAR | $ 5.75 | 5.15 | $772.50 |
| 12 | 12 | | 85155512110 | #3 | PLUMBAGO BLUE | $ 5.61 | 5.00 | $60.00 |
| 20 | 20 | | 32349231110 | #3 | PODOCARPUS | $ 6.66 | 5.45 | $109.00 |
| 30 | 30 | | 32351231410 | #3 | VIBURNUM AWABUKI | $ 5.45 | 4.96 | $148.80 |
| 20 | 20 | | 32854281214 | #7 | BOTTLEBRUSH TREE | $ 19.97 | 19.97 | $399.40 |
| 6 | 6 | | 33541351414 | #7 | GARDENIA GFT MIAMI | $ 23.30 | 19.97 | $119.82 |

CONTROL NO. 097144

Holmberg Farms, Inc. warrants to the extent of the purchase price that all nursery stock is sold true to name and as described within recognized tolerances. We give no other warranty, expressed or implied, and will under no circumstances be liable for more than the invoice value at the time of purchase.

CLAIMS: All claims must be made at the time of delivery. We will adjust any mistake made by us at this time. However, under no conditions will our liability exceed the purchase price. We are not responsible for plants after they are received at your nursery. All sales are final.

SIGNATURE _____

DISTRIBUTION-CUSTOMER



*Holmberg Farms, Inc.*
13430 Hobson Simmons Road
Lithia, Florida 33547
(813) 689-3601; FAX (813) 689-0992
TOLL FREE: 1-800-282-3562

BOL

INVOICE NO. 1194742

CUSTOMER NO. 367352407

STATE OF FLORIDA
DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
1911 S.W. 34th SURD Box 147100, Gainesville, FL 32614-1700
GENERAL NURSERY STOCK INSPECTION CERTIFICATE
Registration Number _____
Section 581.091(1), F.S.

HOLMBERG FARMS INC.
13430 HOBSON SIMMONS RDE
LITHIA FL 33547

This is to certify that the nursery stock has been visually inspected for plant pests
and meets at least the minimum requirements of Chapter 581, Florida Statutes.

*Charles H. Bronson*
CHARLES H. BRONSON,
DACS-00011, Revised 11/00        Commissioner of Agriculture

LIVE PLANT - NO DELAY

VENDOR ID#

BILL TO:

CLEARLAKE WHOLESALE NSY, INC
9104 GALVESTON ROAD

HOUSTON          , TX    77034

SHIP TO:

CLEARLAKE WHOLESALE NSY
INC
9104 GALVESTON ROAD
HOUSTON           , HO  TX
713-947-2020

| SHIP DATE | SHIP VIA | CONTROL NUMBER | TERMS |
|---|---|---|---|
| | | | NET 30 DAYS |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | PERSON PLACING ORDER |
|---|---|---|---|
| | 07/20/2007 | 023   Larry Raska | Normal |

| QUANTITY | | | OUR ITEM NUMBER | SIZE | DESCRIPTION | SKU NO. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| QTY. REQ. | SHIPPED | | | | | | | |
| 2 | 2 | | 82863281314 | #7 | GINGER ALPINIA VAR | $ 18.15 | 18.15 | $36.30 |
| 2 | 2 | | 32344233114 | #7 | ILEX WEEPING YAUPON | $ 25.00 | 25.00 | $50.00 |
| 30 | 30 | | 32345231114 | #7 | LIGUSTRUM GREEN | $ 19.97 | 19.97 | $599.10 |
| 2 | 2 | | 33243321114 | #7 | PHILO SELLOUM | $ 19.97 | 18.15 | $36.30 |
| 30 | 30 | | 32351231414 | #7 | VIBURNUM AWABUKI | $ 19.97 | 19.00 | $570.00 |
| 30 | 30 | | 33952391114 | #7 | PALM KING SAGO | $ 19.60 | 19.60 | $588.00 |
| 20 | 20 | | 33952391115 | #10 | PALM KING SAGO | $ 26.00 | 26.00 | $520.00 |

3849        3849

| | |
|---|---|
| SUBTOTAL | $16,747.27 |
| LESS: DISCOUNT ( 13.00 ) | $2,177.15 |
| NET AMOUNT | $14,570.12 |
| TAX (Exempt) | $0.00 |
| FREIGHT | $0.00 |
| AMOUNT DUE | $14,570.12 |

THANK YOU - WE APPRECIATE YOUR BUSINESS

CONTROL NO. 097145

Holmberg Farms, Inc. warrants to the extent of the purchase price that all nursery stock is sold true to name and as described within recognized tolerances. We give to other warranty, expressed or implied, and will under no circumstances be liable for more than the invoice value at the time of purchase.

CLAIMS: All claims must be made at the time of delivery. We will adjust any mistake made by us at this time. However, under no conditions will our liability exceed the purchase price. We are not responsible for plants after they are received at your nursery. All sales are final.

SIGNATURE

**DISTRIBUTION-CUSTOMER**



**Holmberg Farms, Inc.**
13430 Hobson Simmons Road
Lithia, Florida 33547
(813) 689-3601; FAX (813) 689-0992
TOLL FREE: 1-800-282-3562

BOL

VENDOR ID#

INVOICE NO. 1195426

CUSTOMER NO. 367352407

STATE OF FLORIDA
DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
1911 S.W. 34th ST/P.O. Box 147100, Gainesville, FL 32614-1700
GENERAL NURSERY STOCK INSPECTION CERTIFICATE
Registration Number _____
Section 581.091(1), F.S.

HOLMBERG FARMS INC
13430 HOBSON SIMMONS ROE
LITHIA, FL 33547

This is to certify that this nursery stock has been visually inspected for plant pests
and meets at least the minimum requirements of Chapter 581, Florida Statutes.

CHARLES H. BRONSON
Commissioner of Agriculture

DACS-08011, Revised 11/99

LIVE PLANT - NO DELAY

BILL TO:
CLEARLAKE WHOLESALE NSY, INC
9104 GALVESTON ROAD

HOUSTON          , TX   77034

SHIP TO:
CLEARLAKE WHOLESALE NSY, INC
9104 GALVESTON ROAD

HOUSTON          , TX   77034
713-947-2020

| SHIP DATE | SHIP VIA | CONTROL NUMBER | TERMS |
|---|---|---|---|
| 10/10/07 | | | NET 30 DAYS |

| PURCHASE ORDER NO. | ORDER DATE | SALESPERSON | PERSON PLACING ORDER |
|---|---|---|---|
| | 09/24/2007 | 023   Larry Raska | Invoic |

| QTY. REQ. | SHIPPED | OUR ITEM NUMBER | SIZE DESCRIPTION | SKU NO. | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 300 | 300 | 83641361106 | #1 AFRICAN IRIS WHITE | $ 2.16 | 2.00 | $600.00 |
| 10 | 10 | 82843281106 | #1 ALLAMANDA BUSH | $ 2.37 | 2.12 | $21.20 |
| 30 | 30 | 83242321306 | #1 CROTON PETRA | $ 2.73 | 2.12 | $63.60 |
| 300 | 300 | 32849281106 | #1 INDIAN HAWTHORNE WHITE | $ 2.42 | 2.12 | $636.00 |
| 30 | 30 | 82851281106 | #1 IXORA MAUI RED | $ 2.61 | 2.12 | $63.60 |
| 30 | 30 | 82851281506 | #1 IXORA MAUI YELLOW | $ 2.61 | 2.12 | $63.60 |
| 10 | 10 | 82843281110 | #3 ALLAMANDA BUSH | $ 5.45 | 5.15 | $51.50 |
| 20 | 20 | 82848182110 | #3 BIRD OF PARADISE ORG | $ 9.09 | 8.36 | $167.20 |
| 50 | 50 | 32854281110 | #3 BOTTLE RED CLUS BUSH | $ 6.05 | 5.15 | $257.50 |
| | | | sorry n/a #3 bottle erect dwf | | | |
| 20 | 20 | 33641371110 | #3 DIANELLA BLUEBERRY FLAX | $ 6.50 | 6.50 | $130.00 |
| 50 | 50 | 33542351010 | #3 GARDENIA FROST PROOF | $ 5.75 | 5.15 | $257.50 |
| 35 | 35 | 32942291210 | #3 JAS CONFEDERATE | $ 6.66 | 5.45 | $190.75 |
| 50 | 50 | 32852281310 | #3 OLEANDER DWARF SALMON | $ 5.75 | 5.15 | $257.50 |
| 25 | 25 | 33243321110 | #3 PHILO SELLOUM | $ 5.45 | 5.15 | $128.75 |
| 100 | 100 | 32351231410 | #3 VIBURNUM AWABUKI | $ 5.45 | 4.96 | $496.00 |
| 4 | 4 | 82863281314 | #7 GINGER ALPINIA VAR | $ 18.15 | 18.15 | $72.60 |
| 30 | 30 | 32351231414 | #7 VIBURNUM AWABUKI | $ 19.97 | 19.00 | $570.00 |
| 6 | 6 | 33942391114 | #7 PALM CHINESE FAN | $ 18.15 | 18.15 | $108.90 |
| 50 | 50 | 33952391114 | #7 PALM KING SAGO | $ 19.60 | 19.60 | $980.00 |
| 100 | 100 | 33952391115 | #10 PALM KING SAGO | $ 26.00 | 26.00 | $2,600.00 |

| 1250 | 1250 | | | | | |

POSTED 10/10

THANK YOU - WE APPRECIATE YOUR BUSINESS

Trk # 21
Trl # 642
SL4C
Driver watched
while plants were
counted

Phyto —

| | |
|---|---|
| SUBTOTAL | $7,716.20 |
| LESS: DISCOUNT ( 13.00 ) | $1,003.11 |
| NET AMOUNT | $6,713.09 |
| TAX (Exempt) | $0.00 |
| FREIGHT | $58.90 |
| AMOUNT DUE | $6,771.99 |

CONTROL NO. 097637

SIGNATURE _Billy_

Holmberg Farms, Inc. warrants to the extent of the purchase price that all nursery stock is sold true to name and as described within recognized tolerances. We give no other warranty, expressed or implied, and will under no circumstances be liable for more than the invoice value at the time of purchase. CLAIMS: All claims must be made at the time of delivery. However, under no conditions will our liability exceed the purchase price. We are not responsible for plants after they are received at your nursery. All sales are final.

**DISTRIBUTION-CUSTOMER**