IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** § | | |
| § | | |
| **DEEP MARINE HOLDINGS, INC.,** § | **Case No. 09-39313** | |
| **et al.** § | | |
| § | **Jointly Administered** | |
| Debtors. § | **Chapter 11** | |

### ORDER GRANTING TRUSTEE'S OBJECTION TO PROOFS OF CLAIM FOR INDEMNITY FILED BY EUGENE DEPALMA, JOHN HUDGENS, AND DANIEL ERICKSON

The Court has considered the Trustee's Objection to Proofs of Claim for Indemnity Filed by Eugene DePalma, John Hudgens, and Daniel Erickson, and, finding that sufficient cause exists to grant the relief requested therein, it is hereby

ORDERED, that proof of claim number 126 filed by Eugene DePalma, against Deep Marine Holdings, Inc., in Case No. 09-39313 is disallowed in its entirety; it is further

ORDERED, that proof of claim number 42 filed by Eugene DePalma against Deep Marine Technology Incorporated in Case No. 09-39314, is also disallowed in its entirety; it is further

ORDERED, that proof of claim 127 filed by John Hudgens against Deep Marine Holdings, Inc., in Case No. 09-39313 is disallowed in its entirety; it is further

ORDERED, that proof of claim number 43 filed by John Hudgens against Deep Marine Technology Incorporated in Case No. 09-39314, is also disallowed in its entirety; it is further

ORDERED, that proof of claim 128 filed by Daniel Erickson against Deep Marine Holdings, Inc., in Case No. 09-39313 is disallowed in its entirety; it is further

-2-

ORDERED, that proof of claim number 44 filed by Daniel Erickson against Deep Marine Technology Incorporated in Case No. 09-39314, is also disallowed in its entirety.


Dated:_____

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE