# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED MASTER SERVICE LIST*

| | | |
|---|---|---|
| **DEBTORS** | **GOVERNMENTAL ENTITIES** | DCC Ventures, LLC |
| Deep Marine Holdings, Inc. | Internal Revenue Service | Attn: Michael Davies |
| Deep Marine Technology Incorporated | 300 East 8th Street | 3960 Howard Hughes Parkway |
| | STOP 5026 AUS | 5th Floor |
| Deep Marine 1, LLC | Austin, TX 78701 | Las Vegas, NV 89169 |
| Deep Marine 2, LLC | | mike@njkholding.com |
| Deep Marine 3, LLC | U.S. Attorneys Office | |
| Deep Marine 4, LLC | Civil Division | Robert R. Weinstine |
| PO Box 79926 | Southern District of Texas | Winthrop & Weinstine PA |
| Houston, TX 77279-9926 | PO Box 61129 | 225 South Sixth Street, Suite 500 |
| | Houston, TX 77208 | Minneapolis, MN 55402 |
| John Bittner | | RWeinstine@winthrop.com |
| Grant Thornton LLP | | *Attorney for Nasser Kazeminy,* |
| 1717 Main Street | | *DCC Ventures LLC, Triomphe* |
| Dallas, TX 75201 | | *Investors, LLC and NJK* |
| John.Bittner@gt.com | | *Holding Corporation* |
| *Liquidating Trustee* | | |
| | | |
| **ATTORNEYS FOR LIQUIDATING TRUST** | **SECURED CREDITORS *** | Jennifer L. Davis |
| | General Electric Capital Corporation | McGlinchey Stafford PLLC |
| William A. (Trey) Wood, III | Attn: Dale Shores | 1001 McKinney Street |
| Jason G. Cohen | 3 Capital Drive | Suite 1500 |
| Bracewell & Giuliani LLP | Eden Prairie, MN 55344 | Houston, TX 77002 |
| 711 Louisiana, Suite 2300 | | jdavis@mcglinchey.com |
| Houston, TX 77002 | Susan C. Mathews | *Attorneys for PNC Bank,* |
| trey.wood@bgllp.com | Adams and Reese LLP | *National Association, successor* |
| jason.cohen@bgllp.com | 1221 McKinney, Suite 4400 | *to National City Business Credit,* |
| | Houston, TX 77010 | *Inc.* |
| | susan.mathews@arlaw.com | |
| | *Attorneys for GE Business Financial Services Inc.* | |
| | | |
| **UNITED STATES TRUSTEE** | Lawrence Rutkowski | Brad J. Axelrod |
| Office of the U.S. Trustee | Seward & Kissel LLP | McGlinchey Stafford PLLC |
| Attn: Nancy Holley | One Battery Park Plaza | 301 Main St. - 14th floor |
| 515 Rusk Ave., Suite 3516 | New York, NY 10004 | Baton Rouge, LA 70825 |
| Houston, TX 77002 | rutkowski@sewkis.com | baxelrod@mcglinchey.com |
| nancy.holley@usdoj.gov | *Attorneys for GE Capital* | *Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.* |
| | PNC Bank NA | |
| | PO Box 94931 | |
| | Cleveland, OH 44101 | |

HOUSTON\2344906

* Debtors reserve all rights with respect to classification of creditor claims.

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
raguilar@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

Karl Zimmermann
Baldwin Haspel Burke
& Mayer LLC
11 Poydras Street, Suite 2200
New Orleans, LA 70163-2200
karlz@bhbmlaw.com
*Attorney for Otto Candies, L.L.C.,  Otto Candies, III, and Candies Shipbuilders, LLC*

Thomas S. Henderson
711 Louisiana, Suite 3100
Houston, TX 77002-2716
thenderson@tsh-atty.com
*Attorney for Candies Shipbuilders, LLC, DCC Ventures, LLC, NJK Holding Corporation, Nasser Kazeminy, Triomphe Investors, LLC*

**TOP 30 UNSECURED CREDITORS\***
Aramark Business & Industry and Supply
James Wells
Stan Applegate
Pat Leibler
Tom Leaverton
1101 Market Street
Philadelphia,PA 19107
wells-james@aramark.com

Joseph Lubertazzi, Jr.
Angela Abreu
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
jlubertazzi@mccarter.com
aabreu@mccarter.com
*Attorneys for Aramark Business & Industry, and Supply*

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West
Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjmartininc.com

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS@bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto3@ottocandies.com

CapRock Communications
Attn: Alan Aronowitz
4400 S. Sam Houston Parkway E
Houston, TX 77048
aaronowitz@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071
ertchin@vsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenburg Traurig LLP
300 W 6th St., Suite 2050
Austin TX 78701
BattagliniK@gtlaw.com

Greenwood Marine Management I
300 Everett Street
Morgan City, LA 70380
dan@greenwoodmarine.com

2

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| applegate-stan@aramark.com<br>liebler-patrick@aramark.com<br>leaverton-tom@aramark.com | | GS-HYDRO-US, Inc<br>16405 Air Center Blvd, Suite 400<br>Houston TX 77032<br>Fax: 713-951-0708 |
| Huisman-Itrec Special Lifting<br>Admiral Trompstraat 2<br>3115 HH Schiedam<br>PO Box 150<br>3100 AD Schiedam Harbor #561<br>NL<br>mheijerman@huisman-nl.com<br>bdeboer@huisman-nl.com | Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston TX  77079<br>matt.muddiman@nobledenton.com<br><br>NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma LA 70360<br>power@nrecps.com | Hugh Ray, Jr.<br>Hugh M. Ray, III<br>Paul D. Moak<br>Basil A. Umari<br>McKool Smith PC<br>600 Travis, Suite 7000<br>Houston, TX 77002<br>hray@mckoolsmith.com<br>hmray@mckoolsmith.com<br>pmoak@mckoolsmith.com<br>bumari@mckoolsmith.com<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| Intermoor, Inc.<br>PO Box 1599<br>Amelia LA 70340 | | |
| Intrepid Global Ind.<br>11931 Wickchester Lane #300<br>Houston TX 77043<br>dsorrel@huisman-intrepid.com | Ocean Services, LLC<br>2629 NW 54th St<br>Suite W201<br>Seattle WA 98107<br>ronp@stabbertmaritime.com | **OTHER PARTIES FOR NOTICE**<br>Tony Gerbino<br>Jeffrey Whetzel<br>Grant Thornton LLP |
| Madcon Corporation<br>63374 Old Military Rd<br>Pearl River LA 70452<br>btrader@madconcorp.com | PNC Bank, N.A.<br>P.O. Box 828702<br>Philadelphia, PA 19182-8702<br>Justin.Sohnlein@nationalcity.com | 333 Clay Street<br>Houston, TX 77002-4000<br>Tony.Gerbino@gt.com<br>Jeffrey.Whetzel@gt.com |
| Nexans Norway AS<br>Postboks 6450<br>Etterstad, Oslo, Norway<br>N-0605<br>les@carichards.com | Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose LA  77087<br>davet@seagullmarine.com | Southwest Bank of Texas<br>Aka Amegy Bank of Texas<br>PO Box 4837<br>Houston, TX 77210-4837 |
| | The IUC Group<br>222 Fordham St<br>Bronx NY 10464<br>lgalerne@iucgroup.com | Merrill Lynch Business Financial Services, Inc.<br>222 North LaSalle Street<br>17th Floor<br>Chicago, IL 60601 |
| Nader C. Kazeminy<br>Chief Executive<br>NJK Holding Corporation<br>85 Normandale Lake Blvd.<br>Minneapolis MN 55437<br>nader@njkholding.com | UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston TX 77043<br>dave.ross@utecsurvey.com | Perry Slingsby Systems<br>10642 West Little York<br>Suite 100<br>Houston, TX 77041 |

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Inspectronic Corporation<br>222 Fordham Road<br>Bronx, NY 10464-1413<br><br>National City Business Credit, Inc.<br>1965 E. 6th Street<br>Cleveland, OH 44114<br><br>General Electric Capital Corporation<br>3135 Easton Turnpike<br>Fairfield, CT 06828-0001<br><br>Cisco Systems Capital Corporation<br>170 W Tasman Drive<br>San Jose, CA 95134<br><br>Herc Exchange, LLC<br>3817 Northwest Expressway<br>Oklahoma City, OK 73112<br><br><br><br>Radler Enterprises, Inc.<br>530 Wells Fargo Drive<br>Suite 300<br>Houston, TX 77090<br><br>Mark L. Clark<br>Brown Sims<br>Poydras Center, Suite 2200<br>650 Poydras Street<br>New Orleans, LA 70130<br>mclark@brownsims.com | Thomas W. Graves<br>Adair & Myers<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>twg@am-law.com<br><br>Gary W. Dugger<br>Dugger & Associates<br>1177 Enclave Parkway, Suite 250<br>Houston, TX 77077<br>duggerlaw@dugger.com<br><br>**PARTIES REQUESTING NOTICE**<br><br>Joel W. Mohrman<br>Anderson L. Cao<br>McGlinchey Stafford PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>jmohrman@mcglinchey.com<br>acao@mcglinchey.com<br>*Attorney for Beauty Elite Properties, L.P.*<br><br>Ross Spence<br>Snow Fogel Spence LLP<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>rossspence@snowfogel.com<br>*Attorney for Michael Rentfrow* | Stephen L. Williamson<br>Ryan M. McCabe<br>Andrew T. Lilly<br>Montgomery Barnett Brown Read Hammond & Mintz LLP<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>swilliamson@monbar.com<br>rmccabe@monbar.com<br>alilly@monbar.com<br>*Attorneys for Bollinger Fourchon L.L.C. and Crossmar Inc.*<br><br>Keith M. Aurzada<br>John C. Leininger<br>Bryan Cave, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX 75201<br>keith.aurzada@bryancave.com<br>john.leininger@bryancave.com<br>*Attorneys for SunChase Holdings, Inc.*<br><br>Marc Douglas Myers<br>Adair Myers PLLC<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>mm@am-law.com<br>*Attorney for UTEC Surveying, Inc.* |

4

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Karen A. Cooper<br>Aon Risk Services<br>Southwest, Inc./Aon Energy<br>1330 Post Oak Blvd, Suite 900<br>Houston, TX 77056-3089<br>Karen_Cooper@ars.aon.com | Edward L. Rothberg<br>Annie E. Catmull<br>Hoover Slovacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057<br>rothberg@hooverslovacek.com<br>catmull@hooverslovacek.com<br>***Attorney for CapRock Communications*** | Josh N. Bowlin<br>Chamberlain Hrdlicka White<br>Williams & Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>josh.bowlin@chamberlainlaw.com<br>***Attorney for Huisman-Itrec Lifting and Huisman-Intrepid Services LLC*** |
| David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011<br>delder@gardere.com<br>***Attorneys for Oceaneering International, Inc.*** | John P. Dillman<br>Linebarger Goggan Blair<br>& Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064<br>Houston_bankruptcy@publicans.com<br>***Attorneys for Cypress- Fairbanks ISD and Harris County*** | Omer F. Kuebel, III<br>Locke Lord Bissell & Liddell LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130<br>nobankecf@lockelord.com<br>hobankecf@lockelord.com<br>***Attorney for BP America, Inc.*** |
| McDermott Will & Emery LLP<br>Attn: Gary O. Ravert<br>340 Madison Avenue<br>New York, NY 10173-1922<br>gravert@mwe.com<br><br>McDermott Will & Emery LLP<br>Attn: Steven G. Spears<br>1000 Louisiana, Suite 3900<br>Houston, TX 77002-5005<br>sspears@mwe.com<br>***Attorneys for McDermott Will & Emery LLP*** | Blaine F. Bates<br>Peter Ruggero<br>Haynes and Boone LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>Blaine.Bates@haynesboone.com<br>Peter.Ruggero@haynesboone.com<br>***Attorney for Paul McKim*** | Henry A. King<br>King, Krebs & Jurgens<br>201 St. Charles Avenue, 45th Floor<br>New Orleans, LA 70170<br>hking@kingkrebs.com<br>***Attorneys for PHI, Inc.***<br><br>William J. Perry<br>Galloway Johnson Tompkins<br>Burr & Smith<br>701 Poydras Street, 40th Floor<br>New Orleans, LA 70139<br>wperry@gjtbs.com<br>***Attorney for MADCON Corporation*** |
| | E. Carroll Rogers<br>Ronald J. White<br>Murphy Rogers Sloss & Gambel<br>701 Poydras Street, Suite 400<br>New Orleans, LA 70139<br>crogers@mrsnola.com<br>***Attorneys for Inspectronic Corporation*** | Pierre V. Miller<br>Patrick Miller & Belleau, L.L.C.<br>400 Poydras Street<br>Suite 1680<br>New Orleans, LA 70130<br>pmiller@patrickmillerlaw.com<br>***Attorneys for Seagull Marine, Inc.*** |

5

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| James Eloi Doyle<br>Doyle, Restrepo, Harvin<br>& Robbins, LLP<br>600 Travis, Suite 4700<br>Houston, Texas 77002<br>jdoyle@drhrlaw.com<br>*Attorney for Boots & Coots Services, LLC* | Andrew J. Nazar<br>Polsinelli Shughart PC<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105<br>anazar@polsinelli.com | Adam R. Swonke<br>Wells & Cuellar PC<br>440 Louisiana, Suite 718<br>Houston, TX 77002<br>aswonke@wellscuellar.com<br>*Attorneys for Anadarko Petroleum Corporation* |
| Lara Pringle<br>Scott Jenkins<br>Mark A. Mintz<br>Jones Walker Waechter Poitevent Carrere & Denegre<br>201 St. Charles Avenue, 50th Floor<br>New Orleans, LA 70170<br>lpringle@joneswalker.com<br>sjenkins@joneswalker.com<br>mmintz@joneswalker.com<br>*Attorneys for Conrad Shipyards, LLC* | David W. Barry<br>Anna C. Sewart<br>Barry & Sewart, PLLC<br>4151 Southwest Freeway, Suite 680<br>Houston, TX 77027<br>bankruptcy@barryandsewart.com<br>**Attorneys for BNA Marine Services, LLC and Greenwood Marine Management, Inc.** | |

6

* Debtors reserve all rights with respect to classification of creditor claims.