IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | | |
| DEEP MARINE HOLDINGS, INC., § | Case No. 09-39313 | |
| Et al. § | | |
| § | Jointly Administered | |
| Debtors. § | Chapter 11 | |

## WITHDRAWAL OF PROOF OF CLAIM NO. 72

COMES NOW, claimant, Richard Hawkins, and hereby withdraws his proof of claim No. 72, filed against Deep Marine Technologies, Inc. on March 10, 2010 and amended on March 26, 2010, in Case No. 09-39313.

DATED:  October 7, 2010.

    Respectfully submitted,

    SNOW FOGEL SPENCE LLP

    By:  /s/ Ross Spence
        Ross Spence
        State Bar No. 18918400
        Aaron M. Guerrero
        State Bar No. 24050698
        2929 Allen Parkway, Suite 4100
        Houston, Texas 77019
        Tel. (713) 335-4800
        Fax. (713) 335-4848

    ATTORNEYS FOR RICHARD HAWKINS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Proof of Claim No. 72 has been served upon all parties receiving electronic notice, as listed on the bankruptcy court's ECF noticing system, on October 7, 2010.

    /s/ Aaron M. Guerrero
    Aaron M. Guerrero