IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | Case No. 09-39313 |
| et al. | § | |
| | § | **Jointly Administered** |
| Debtors. | § | **Chapter 11** |

### ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF PAUL MCKIM

The Court has considered the Trustee's Objection to Proof of Claim of Paul McKim, and, finding that sufficient cause exists to grant the relief requested therein, it is hereby

ORDERED, that proof of claim number 108 filed by Paul N. McKim against Deep Marine Holdings, Inc. in Case No. 09-39313, for the unsecured amount of $2,300,000.00 plus additional unliquidated and/or contingent amounts, is disallowed in its entirety.

Dated:_____

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

HOUSTON\2420498.1