**DEEP MARINE HOLDINGS, INC.**
**CONSOLIDATED MASTER SERVICE LIST\***

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology
Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
PO Box 79926
Houston, TX 77279-9926

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com
*Liquidating Trustee*

**ATTORNEYS FOR**
**LIQUIDATING TRUST**
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS \***
General Electric Capital Corporation
Attn: Dale Shores
3 Capital Drive
Eden Prairie, MN 55344

Susan C. Mathews
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, TX 77010
susan.mathews@arlaw.com
*Attorneys for GE Business Financial*
*Services Inc.*

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
rutkowski@sewkis.com
*Attorneys for GE Capital*

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
Attn: Michael Davies
3960 Howard Hughes Parkway
5th Floor
Las Vegas, NV 89169
mike@njkholding.com

Robert R. Weinstine
Winthrop & Weinstine PA
225 South Sixth Street, Suite 500
Minneapolis, MN 55402
RWeinstine@winthrop.com
*Attorney for Nasser Kazeminy,*
*DCC Ventures LLC, Triomphe*
*Investors, LLC and NJK*
*Holding Corporation*

Jennifer L. Davis
McGlinchey Stafford PLLC
1001 McKinney Street
Suite 1500
Houston, TX 77002
jdavis@mcglinchey.com
*Attorneys for PNC Bank,*
*National Association, successor*
*to National City Business Credit,*
*Inc.*

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com
*Attorneys for PNC Bank,*
*National Association, successor to*
*National City Business Credit,*
*Inc.*

HOUSTON\2344906

\* Debtors reserve all rights with respect to classification of creditor claims.

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA  70130
raguilar@mcglinchey.com
*Attorneys for PNC Bank,*
*National Association, successor*
*to National City Business Credit,*
*Inc.*

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

Karl Zimmermann
Baldwin Haspel Burke
& Mayer LLC
11 Poydras Street, Suite 2200
New Orleans, LA 70163-2200
karlz@bhbmlaw.com
*Attorney for Otto Candies,*
*L.L.C.,  Otto Candies, III, and*
*Candies Shipbuilders, LLC*

Thomas S. Henderson
711 Louisiana, Suite 3100
Houston, TX 77002-2716
thenderson@tsh-atty.com
*Attorney for Candies*
*Shipbuilders, LLC, DCC*
*Ventures, LLC, NJK Holding*
*Corporation, Nasser Kazeminy,*
*Triomphe Investors, LLC*

**TOP 30 UNSECURED**
**CREDITORS\***
Aramark Business & Industry
and Supply
James Wells
Stan Applegate
Pat Leibler
Tom Leaverton
1101 Market Street
Philadelphia,PA 19107
wells-james@aramark.com

Joseph Lubertazzi, Jr.
Angela Abreu
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
jlubertazzi@mccarter.com
aabreu@mccarter.com
*Attorneys for Aramark Business &*
*Industry, and Supply*

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West
Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjmartininc.com

Jacques P. DeGruy
701 Poydras St., Ste 4250
New Orleans, LA 70139
*Attorney for B&J Martin, Inc.*

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS@bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto3@ottocandies.com

CapRock Communications
Attn: Alan Aronowitz
4400 S. Sam Houston Parkway E
Houston, TX 77048
aaronowitz@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex
Sion Trombay Rd.
Chembur, Mumbai 400071
ertchin@vsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenburg Traurig LLP
300 W 6th St., Suite 2050
Austin TX 78701
BattagliniK@gtlaw.com

Greenwood Marine Management I
300 Everett Street
Morgan City, LA 70380
dan@greenwoodmarine.com

2

* Debtors reserve all rights with respect to classification of creditor claims.

applegate-stan@aramark.com
liebler-patrick@aramark.com
leaverton-tom@aramark.com

GS-HYDRO-US, Inc
16405 Air Center Blvd, Suite 400
Houston TX 77032
Fax: 713-951-0708

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam
PO Box 150
3100 AD Schiedam Harbor #561
NL
mheijerman@huisman-nl.com
bdeboer@huisman-nl.com

Noble Denton Marine
14701 St. Mary's Lane
Suite 425
Houston TX  77079
matt.muddiman@nobledenton.com

Hugh Ray, Jr.
Hugh M. Ray, III
Paul D. Moak
Basil A. Umari
McKool Smith PC
600 Travis, Suite 7000
Houston, TX 77002
hray@mckoolsmith.com
hmray@mckoolsmith.com
pmoak@mckoolsmith.com
bumari@mckoolsmith.com
*Attorneys for the Official
Committee of Unsecured
Creditors*

NREC Power Systems, Inc.
5222 Hwy 311
Houma LA 70360
power@nrecps.com

Intermoor, Inc.
PO Box 1599
Amelia LA 70340

Intrepid Global Ind.
11931 Wickchester Lane #300
Houston TX 77043
dsorrel@huisman-intrepid.com

Ocean Services, LLC
2629 NW 54th St
Suite W201
Seattle WA 98107
ronp@stabbertmaritime.com

**OTHER PARTIES FOR NOTICE**
Tony Gerbino
Jeffrey Whetzel
Grant Thornton LLP
333 Clay Street
Houston, TX 77002-4000
Tony.Gerbino@gt.com
Jeffrey.Whetzel@gt.com

Madcon Corporation
63374 Old Military Rd
Pearl River LA 70452
btrader@madconcorp.com

PNC Bank, N.A.
P.O. Box 828702
Philadelphia, PA 19182-8702
Justin.Sohnlein@nationalcity.com

Nexans Norway AS
Postboks 6450
Etterstad, Oslo, Norway
N-0605
les@carichards.com

Seagull Marine/Agility
115 Canvasback Drive
St. Rose LA  77087
davet@seagullmarine.com

Southwest Bank of Texas
Aka Amegy Bank of Texas
PO Box 4837
Houston, TX 77210-4837

The IUC Group
222 Fordham St
Bronx NY 10464
lgalerne@iucgroup.com

Merrill Lynch Business Financial
Services, Inc.
222 North LaSalle Street
17th Floor
Chicago, IL 60601

Nader C. Kazeminy
Chief Executive
NJK Holding Corporation
85 Normandale Lake Blvd.
Minneapolis MN 55437
nader@njkholding.com

UTEC Survey Inc.
10801 Hammerly Blvd.
Suite 212
Houston TX 77043
dave.ross@utecsurvey.com

Perry Slingsby Systems
10642 West Little York
Suite 100
Houston, TX 77041

3

    * Debtors reserve all rights with respect to classification of creditor claims.

Inspectronic Corporation
222 Fordham Road
Bronx, NY 10464-1413

National City Business
Credit, Inc.
1965 E. 6th Street
Cleveland, OH 44114

General Electric Capital
Corporation
3135 Easton Turnpike
Fairfield, CT 06828-0001

Cisco Systems Capital
Corporation
170 W Tasman Drive
San Jose, CA 95134

Herc Exchange, LLC
3817 Northwest Expressway
Oklahoma City, OK 73112

Radler Enterprises, Inc.
530 Wells Fargo Drive
Suite 300
Houston, TX 77090

Mark L. Clark
Brown Sims
Poydras Center, Suite 2200
650 Poydras Street
New Orleans, LA 70130
mclark@brownsims.com

Thomas W. Graves
Adair & Myers
3120 Southwest Freeway
Suite 320
Houston, TX 77098
twg@am-law.com

Gary W. Dugger
Dugger & Associates
1177 Enclave Parkway, Suite 250
Houston, TX 77077
duggerlaw@dugger.com

**PARTIES REQUESTING NOTICE**

Joel W. Mohrman
Anderson L. Cao
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
jmohrman@mcglinchey.com
acao@mcglinchey.com
***Attorney for Beauty Elite
Properties, L.P.***

Ross Spence
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
rossspence@snowfogel.com
***Attorney for Michael Rentfrow***

Stephen L. Williamson
Ryan M. McCabe
Andrew T. Lilly
Montgomery Barnett Brown Read
Hammond & Mintz LLP
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
swilliamson@monbar.com
rmccabe@monbar.com
alilly@monbar.com
***Attorneys for Bollinger Fourchon
L.L.C. and Crossmar Inc.***

Keith M. Aurzada
John C. Leininger
Bryan Cave, LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
keith.aurzada@bryancave.com
john.leininger@bryancave.com
***Attorneys for SunChase
Holdings, Inc.***

Marc Douglas Myers
Adair Myers PLLC
3120 Southwest Freeway
Suite 320
Houston, TX 77098
mm@am-law.com
***Attorney for UTEC Surveying,
Inc.***

4

 * Debtors reserve all rights with respect to classification of creditor claims.

Karen A. Cooper
Aon Risk Services
Southwest, Inc./Aon Energy
1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
Karen_Cooper@ars.aon.com

Edward L. Rothberg
Annie E. Catmull
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
rothberg@hooverslovacek.com
catmull@hooverslovacek.com
*Attorney for CapRock*
*Communications*

Josh N. Bowlin
Chamberlain Hrdlicka White
Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
josh.bowlin@chamberlainlaw.com
*Attorney for Huisman-Itrec*
*Lifting and Huisman-Intrepid*
*Services LLC*

David S. Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
delder@gardere.com
*Attorneys for Oceaneering*
*International, Inc.*

John P. Dillman
Linebarger Goggan Blair
& Sampson LLP
PO Box 3064
Houston, TX 77253-3064
Houston_bankruptcy@publicans.com
*Attorneys for Cypress- Fairbanks*
*ISD and Harris County*

Omer F. Kuebel, III
Locke Lord Bissell & Liddell LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130
nobankecf@lockelord.com
hobankecf@lockelord.com
*Attorney for BP America, Inc.*

McDermott Will & Emery LLP
Attn: Gary O. Ravert
340 Madison Avenue
New York, NY 10173-1922
gravert@mwe.com

McDermott Will & Emery LLP
Attn: Steven G. Spears
1000 Louisiana, Suite 3900
Houston, TX 77002-5005
sspears@mwe.com
*Attorneys for McDermott Will &*
*Emery LLP*

Blaine F. Bates
Peter Ruggero
Haynes and Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010
Blaine.Bates@haynesboone.com
Peter.Ruggero@haynesboone.com
*Attorney for Paul McKim*

Henry A. King
King, Krebs & Jurgens
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
hking@kingkrebs.com
*Attorneys for PHI, Inc.*

William J. Perry
Galloway Johnson Tompkins
Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139
wperry@gjtbs.com
*Attorney for MADCON*
*Corporation*

E. Carroll Rogers
Ronald J. White
Murphy Rogers Sloss & Gambel
701 Poydras Street, Suite 400
New Orleans, LA 70139
crogers@mrsnola.com
*Attorneys for Inspectronic*
*Corporation*

Pierre V. Miller
Patrick Miller & Belleau, L.L.C.
400 Poydras Street
Suite 1680
New Orleans, LA 70130
pmiller@patrickmillerlaw.com
*Attorneys for Seagull Marine,*
*Inc.*

5

* Debtors reserve all rights with respect to classification of creditor claims.

James Eloi Doyle
Doyle, Restrepo, Harvin
& Robbins, LLP
600 Travis, Suite 4700
Houston, Texas 77002
jdoyle@drhrlaw.com
*Attorney for Boots & Coots*
*Services, LLC*

Lara Pringle
Scott Jenkins
Mark A. Mintz
Jones Walker Waechter Poitevent
Carrere & Denegre
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170
lpringle@joneswalker.com
sjenkins@joneswalker.com
mmintz@joneswalker.com
*Attorneys for Conrad Shipyards,*
*LLC*

Andrew J. Nazar
Polsinelli Shughart PC
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
anazar@polsinelli.com

David W. Barry
Anna C. Sewart
Barry & Sewart, PLLC
4151 Southwest Freeway, Suite 680
Houston, TX 77027
bankruptcy@barryandsewart.com
**Attorneys for BNA Marine**
**Services, LLC and Greenwood**
**Marine Management, Inc.**

Adam R. Swonke
Wells & Cuellar PC
440 Louisiana, Suite 718
Houston, TX 77002
aswonke@wellscuellar.com
*Attorneys for Anadarko*
*Petroleum Corporation*

6

\* Debtors reserve all rights with respect to classification of creditor claims.