**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** | § | **Case No. 09-39313** |
| **et al.** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | **Chapter 11** |

### TRUSTEE'S WITNESS AND EXHIBIT LIST FOR THE OCTOBER 12, 2010 HEARING

John Bittner, as Liquidating Trustee (the "Trustee") for the Deep Marine Liquidating Trust, as successor to the above-captioned debtors (the "Debtors"), files his Witness and Exhibit List for the October 12, 2010 hearing as follows:

### WITNESSES

1.      John Bittner, Liquidating Trustee for the Deep Marine Liquidating Trust

The Trustee reserves the right to call rebuttal witnesses as necessary.  The Trustee reserves the right to call any witnesses identified or called by another party or by the Court.  The Trustee reserves the right to not call any witness identified here.  The Trustee reserves the right to supplement this Witness List.

### EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1 | Employee summary report, timesheet, and Solomon Time Card processing report for James Conley | | | |
| 2 | Employee summary report, timesheet, and Solomon Time Card processing report for Reese Hurtig | | | |

HOUSTON\2424632.1

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 3 | Employee summary report, timesheet, and Solomon Time Card processing report for David A. Lindsey | | | |
| 4 | Employee summary report, timesheet, and Solomon Time Card processing report for Lisa Robinson | | | |
| 5 | Employee summary report, timesheet, and Solomon Time Card processing report for Joseph Temple | | | |
| 6 | Employee summary report, timesheet, and Solomon Time Card processing report for Ritchie White | | | |
| 7 | Employee summary report for James Wilbanks | | | |
| 8 | Deep Marine Technology, Inc. Employee Handbook | | | |

The Trustee reserves the right to utilize rebuttal exhibits as necessary.  The Trustee reserves the right to supplement this Exhibit List.

Dated: October 7, 2010.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**


By:   */s/ Jason G. Cohen*
      William A. (Trey) Wood III
      Texas Bar No. 21916050
      Trey.Wood@bgllp.com
      Jason G. Cohen
      Texas Bar No. 24050435
      Jason.Cohen@bgllp.com
      711 Louisiana, Suite 2300
      Houston, Texas 77002
      Telephone:   (713) 223-2300
      Facsimile:   (713) 221-1212

**ATTORNEYS FOR THE DEEP MARINE
LIQUIDATING TRUST**


## CERTIFICATE OF SERVICE

The undersigned certifies that on October 7, 2010, a true and correct copy of this document was served on all parties listed on the attached master service list by electronic means as listed on the court's ECF noticing system, by electronic mail as indicated, and/or by United States first class mail, postage prepaid.


*/s/ Jason G. Cohen*
      Jason G. Cohen