IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | Chapter 11 | |
| § | | |
| **DEEP MARINE HOLDINGS, INC. et al.,** § | Case No. 09-39313-H1-11 | |
| Debtors. § | | |

| | | |
|---|---|---|
| In re: § | Chapter 11 | |
| § | | |
| **DEEP MARINE TECHNOLOGY, INC.,** § | Case No. 09-39314-H1-11 | |
| Debtor. § | | |

### ORDER GRANTING TRUSTEE'S OBJECTION TO CLAIMS OF GREENBERG TRAURIG LLP
(Claim #67)

The Court has considered the Trustee's[1] Objection to Proof of Claim of Greenberg Traurig LLP ("Greenberg Traurig"), and finding that sufficient cause exists to grant the relief requested therein, it is hereby

ORDERED, that Greenberg Traurig's Proof of Claim No. 67 against the Debtor, Deep Marine Holdings, Inc., Case No. 09-39313, for the unsecured non-priority amount of $321,053.44 is disallowed and expunged in its entirety; it is further,

ORDERED, that Greenberg Traurig's Claim as listed on Deep Marine Technology, Inc.'s Schedule F is disallowed and expunged in its entirety.

Dated:

_____
MARVIN P. ISGUR,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein shall have the same definition as in the Liquidating Trustee's Objection to Proof of Claim of Greenberg Traurig LLP.

Austin 63153v1