IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**
(Relates to Docket #586)

*WITNESSES*

John Bittner, as Liquidating Trustee (the "Trustee") for the Deep Marine Liquidating Trust, as successor to the above-captioned debtors (the "Debtors"), by and through his undersigned attorneys, may call any of the following witnesses at the hearing on *Greenberg Traurig's Application for Allowance of Substantial Contribution Claim* [docket #586] to be held October 12, 2010, at 9:00 a.m.

1. Designated representative of Greenberg Traurig LLP;

2. Any witness identified or called by another party or by the Court;

3. Any witnesses necessary to rebut the testimony of witnesses called or designated by any other party.

*EXHIBITS*

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Debtors' Expedited Application to Approve Retention of Greenberg Traurig LLP as Special Counsel to the Debtors [docket #137] | | | | | |
| 2. | Affidavit of K.B. Battaglini and Statement Under Rule 2014 of the Bankruptcy Rules and Section 329 of the Bankruptcy Code [docket #137-1] | | | | | |

Austin 63214v3                                                  1

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 3. | Ken Gerasimovich Biography | | | | | |
| 4. | Brian Gart Biography | | | | | |
| 5. | South Florida Bus. Journal Article Dated April 15, 2008: "Brian Gart joins Berger Singerman" | | | | | |
| 6. | Comvest Group webpage listing Operating Partners | | | | | |
| 7. | Comvest Group webpage listing Advisory Board Members | | | | | |
| 8. | Catalyst International press release | | | | | |
| 9. | Commerce One Asset Purchase Agreement | | | | | |
| 10. | Invoices of Greenberg Traurig LLP [docket #586-1] | | | | | |
| 11. | Texas Disciplinary Rule of Professional Conduct 1.14 | | | | | |

The Trustee reserves the right to use any exhibits designated and/or used by any other party. The Trustee reserves the right to use any exhibits needed for impeachment purposes. The Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the trial.

Austin 63214v3                                    2

DATED: October 7, 2010.

        Respectfully submitted,

        MCKOOL SMITH P.C.

        By:   */s/ Hugh M. Ray, III*
            HUGH M. RAY, III
            State Bar No. 24004246
            CHRISTOPHER D. JOHNSON
            State Bar No. 24012913
            NICHOLAS ZUGARO
            State Bar No. 24070905
            600 Travis, Suite 7000
            Houston, Texas 77002
            Telephone: (713) 485-7300
            Facsimile: (713) 485-7344

        ATTORNEYS FOR LIQUIDATING TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010, a true and correct copy of the foregoing document has been served via DLR 5.1 and the ECF system to the parties on the ECF service list.

        */s/ Hugh M. Ray, III*
        HUGH M. RAY, III