IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |

### McKOOL SMITH P.C.'S WITNESS AND EXHIBIT LIST
(Relates to Docket #373 and #651)

*WITNESSES*

McKool Smith P.C., former counsel to the Official Committee of Unsecured Creditors in the above referenced, jointly administered Chapter 11 cases ("McKool Smith"), may call any of the following witnesses at the hearing on *McKool Smith's First Interim Application* [docket #373] and *Second and Final Application* [docket #651] to be held October 12, 2010, at 9:00 a.m. whether in person or by proffer:

1. Paul Moak, attorney with McKool Smith;

2. Mark Mathie, attorney with McKool Smith;

3. Any witness identified or called by another party or by the Court;

4. Any witnesses necessary to rebut the testimony of witnesses called or designated by any other party.

*EXHIBITS*

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | First Interim Application of McKool Smith P.C., with exhibits [docket #373] | | | | | |
| 2. | Second and Final Application of McKool Smith P.C., with exhibits [docket #651] | | | | | |

Austin 63217v2

1

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 3. | Detailed time descriptions of Mark Mathie's time | | | | | |
| 4. | Biographies of relevant firm personnel | | | | | |
| 5. | Complaint in Adv. No. 10-3312 [docket #1] | | | | | |
| 6. | Order authorizing Committee to pursue Eni Receivable [docket # 181] (Case No. 09-39313) | | | | | |
| 7. | Complaint in Adv. No. 10-3116 [docket #1] | | | | | |
| 8. | Response to Sanctions Motion, with exhibits [docket #38], Adv. No. 10-3312 | | | | | |
| 9. | Order Confirming Plan of Reorganization (with attachments) [docket #504] | | | | | |
| 10. | Transcript of Confirmation Hearing held June 2, 2010 | | | | | |
| 11. | Transcript of first-day hearings held December 17 and 18, 2009 | | | | | |
| 12. | Docket of Main Case 09-39313 | | | | | |
| 13. | Notice of Deposition of The Triomphe Investors, Inc. (Adv. No. 10-3026) | | | | | |
| 14. | Internal accounting showing internal write-offs prior to submission of bills | | | | | |

  McKool Smith reserves the right to use any exhibits designated and/or used by any other party. McKool Smith reserves the right to use any exhibits needed for impeachment purposes.

McKool Smith reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the trial.

DATED: October 7, 2010.

        Respectfully submitted,

        MCKOOL SMITH P.C.

        By:  */s/ Hugh M. Ray, III*
            HUGH M. RAY, III
            State Bar No. 24004246
            CHRISTOPHER D. JOHNSON
            State Bar No. 24012913
            600 Travis, Suite 7000
            Houston, Texas 77002
            Telephone: (713) 485-7300
            Facsimile: (713) 485-7344

        ATTORNEYS FORMERLY FOR OFFICIAL
        COMMITTEE OF UNSECURED CREDITORS

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2010, a true and correct copy of the foregoing document has been served via DLR 5.1 and the ECF system to the parties on the ECF service list.

        */s/ Hugh M. Ray, III*
        HUGH M. RAY, III