IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |

### TRUSTEE'S AMENDED WITNESS AND EXHIBIT LIST
(Relates to Docket #586)

*WITNESSES*

John Bittner, as Liquidating Trustee (the "Trustee") for the Deep Marine Liquidating Trust, as successor to the above-captioned debtors (the "Debtors"), by and through his undersigned attorneys, may call any of the following witnesses at the hearing on *Greenberg Traurig's Application for Allowance of Substantial Contribution Claim* [docket #586] to be held October 12, 2010, at 9:00 a.m.

1. Designated representative of Greenberg Traurig LLP;

2. Jason Cohen, attorney with Bracewell & Giuliani, LLP;

3. Any witness identified or called by another party or by the Court; and

4. Any witnesses necessary to rebut the testimony of witnesses called or designated by any other party.

*EXHIBITS*

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Debtors' Expedited Application to Approve Retention of Greenberg Traurig LLP as Special Counsel to the Debtors [docket #137] | | | | | |
| 2. | Affidavit of K.B. Battaglini and Statement Under Rule 2014 of the Bankruptcy Rules and Section 329 of the Bankruptcy Code [docket #137-1] | | | | | |
| 3. | Ken Gerasimovich Biography | | | | | |
| 4. | Brian Gart Biography | | | | | |
| 5. | South Florida Bus. Journal Article Dated April 15, 2008: "Brian Gart joins Berger Singerman" | | | | | |
| 6. | Comvest Group webpage listing Operating Partners | | | | | |
| 7. | Comvest Group webpage listing Advisory Board Members | | | | | |
| 8. | Catalyst International press release | | | | | |
| 9. | Commerce One Asset Purchase Agreement | | | | | |
| 10. | Invoices of Greenberg Traurig LLP [docket #586-1] | | | | | |
| 11. | Texas Disciplinary Rule of Professional Conduct 1.14 | | | | | |
| 12. | Ethics Opinion 395 TX. Comm. on Prof Ethics, Op. 395, V. 43 Tex. B.J. 563 (1980) | | | | | |
| 13. | Ethics Opinion 570. Sp. Ct. Tex. Prof. Ethics Comm. (May, 2006) | | | | | |

The Trustee reserves the right to use any exhibits designated and/or used by any other party. The Trustee reserves the right to use any exhibits needed for impeachment purposes.

Austin 63224v1                           2

The Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the trial.

DATED: October 8, 2010.

          Respectfully submitted,

          MCKOOL SMITH P.C.

          By:   */s/ Hugh M. Ray, III*
               HUGH M. RAY, III
               State Bar No. 24004246
               CHRISTOPHER D. JOHNSON
               State Bar No. 24012913
               NICHOLAS ZUGARO
               State Bar No. 24070905
               600 Travis, Suite 7000
               Houston, Texas 77002
               Telephone: (713) 485-7300
               Facsimile: (713) 485-7344

          ATTORNEYS FOR LIQUIDATING TRUSTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2010, a true and correct copy of the foregoing document has been served via DLR 5.1 and the ECF system to the parties on the ECF service list.

          */s/ Hugh M. Ray, III*
          HUGH M. RAY, III