UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------x
:
In re:                                           :        Chapter 11
                                                 :
DEEP MARINE HOLDINGS, INC., et al.               :        Case No. 09-39313
                                                 :
         Debtors.                                :        (Jointly Administered)
                                                 :
---------------------------------------------------------x

**GREENBERG TRAURIG, LLP'S
WITNESS AND EXHIBIT LIST**

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Greenberg Traurig, LLP ("GT"), and hereby submits its *Witness and Exhibit List* in connection with the October 12, 2010 hearing on *Application of Greenberg Traurig, LLP for Allowance of Substantial Contribution Claim Pursuant to 11 U.S.C. §§ 503(B)(1)(A) and 503(B)(3)(D) and Fed. R. Bankr. P. 2016.*

**WITNESSES**

1.  John Stanley "Chip" Rainey, Shareholder of Greenberg Traurig, LLP;

2.  K. B. Battaglini, Shareholder of Greenberg Traurig, LLP;

3.  Alan I. Annex, Shareholder, Greenberg Traurig, LLP;

4.  Kenneth A. Gerasimovich, Shareholder, Greenberg Traurig, LLP;

5.  Jason G. Cohen, Bracewell & Giuliani, LLP;

6.  Marcy E. Kurtz, Bracewell & Giuliani, LLP;

7.  Rebuttal witnesses; and

8.  Any witness designated by any other party.

**EXHIBITS**

| No. | Description | Offered | Objection | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 1. | Debtors' Expedited Application to Approve Retention of Greenberg Traurig LLP as Special Counsel to the Debtors [Docket No. 137] | | | | |
| 2. | Letter from John D. Bittner, Deep Marine Technology, Inc. to K.B. Battaglini of Greenberg Traurig, dated February 25, 2010 | | | | |
| 3. | Letter from K. B. Battaglini of Greenberg Traurig to John D. Bittner of Deep Marine Holdings Inc and Deep Marine Technology Inc., dated March 3, 2010 | | | | |
| 4. | Letter from John D. Bittner, Deep Marine Technology, Inc. to K.B. Battaglini of Greenberg Traurig, dated June 21, 2010 | | | | |
| 5. | Letter from K. B. Battaglini of Greenberg Traurig to John D. Bittner of Deep Marine Holdings Inc and Deep Marine Technology Inc., dated June 29, 2010 | | | | |
| 6. | Application of Greenberg Traurig, LLP for Allowance of Substantial Contribution Claim Pursuant to 11 U.S.C. §§ 503(B)(1)(A) and 503(B)(3)(D) and Fed. R. Bankr. P. 2016 [Docket No. 586] | | | | |

GT reserves the right to use any exhibits presented by any other party. GT also reserves the right to use exhibits not listed here for impeachment or rebuttal purposes at the October 12, 2010 Hearing.

GT reserves the right to amend or supplement this Witness and Exhibit List.

Respectfully submitted this 8th day of October, 2010.

                                          GREENBERG TRAURIG, LLP

                                          By: */s/ K. B. Battaglini*
                                                K. B. Battaglini
                                                Texas Bar No. 01918060
                                                Shari L. Heyen
                                                Texas Bar No. 09564750
                                                1000 Louisiana Street, Suite 1700
                                                Houston, Texas 77002
                                                713.374.3552
                                                713.754.7552 fax

                                          - and -

                                          John S. "Chip" Rainey
                                          Texas Bar No. 00788234
                                          300 W. 6th Street, Suite 2050
                                          Austin, Texas 78701
                                          512.320.7200
                                          512.320.7210 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2010, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, and was served on all parties on the attached master service list by electronic means as listed on the Court's ECF facilities, by electronic mail as indicated, and/or by United States first class mail, postage prepaid.

                                          */s/ K. B. Battaglini*
                                          K. B. Battaglini

# DEEP MARINE HOLDINGS, INC.
# CONSOLIDATED MASTER SERVICE LIST*

**DEBTORS**

Deep Marine Holdings, Inc. Deep Marine Technology Incorporated, Deep Marine 1, LLC Deep Marine 2, LLC Deep Marine 3, LLC Deep Marine 4, LLC
20411 Imperial Valley
Houston, TX 77073

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com
*Chief Restructuring Officer*

**DEBTORS' ATTORNEY**

Marcy E. Kurtz
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
marcv.kurtz@bglln.com
trey.wood@bgllp.com
iason.cohen@bgllp.com

**UNITED STATES TRUSTEE**

Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**

Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

U.S. Attorneys Office
Civil Division
Southern District of Texas PO Box 61129
Houston, TX 77208

**SECURED CREDITORS**

GE Capital
60 Wall Street
New York, NY 10005

Susan C. Mathews
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, TX 77010
susan.mathews@arl aw. com
*Attorneys for GE Business Financial Services Inc.*

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
ruticowski@sewkis.com
*Attorneys for GE Capital*

PNC Bank NA
PO Box 94931
Cleveland, OH 44101

DCC Ventures, LLC
Attn: Michael Davies
3960 Howard Hughes Parkway 5th Floor
Las Vegas, NV 89169
mike@njkltokling.com

Robert R. Weinstine
Winthrop & Weinstine PA
225 South Sixth Street, Suite 500
Minneapolis, MN 55402
RWeinsfine@winthrou.com
*Attorney for Nasser Kazeminy, DCC Ventures LLC, Triomphe Investors, LLC and NJK Holding Corporation*

Jennifer L. Davis
McGlinchey Stafford PLLC
1001 McKinney Street
Suite 1500
Houston, TX 77002
davis@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@rncglinchev.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Richard A. Aguilar
McGlinchey Stafford PLLC
12th Floor, 601 Poydras Street
New Orleans, LA 70130
raguilar@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Otto Candies, LLC
PO Box 25
Des Allemands LA 70030
otto3@ottocandies.com

4

Karl Zimmermann
Baldwin Haspel Burke
& Mayer LLC
11 Poydras Street, Suite 2200
New Orleans, LA 70163-2200
karlz@bhbmlaw.com
***Attorney for Otto Candies, L.L.C., Otto Candies, HI, and Candies Shipbuilders, LLC***

**TOP 30 UNSECURED CREDITORS**

Aramark Business & Industry and Supply
James Wells
Stan Applegate
Pat Leibler
Tom Leaverton
1101 Market Street
Philadelphia, PA 19107
wells-james@aramark.com
applegate-stan@aramark.com
liebler-oatrick@aramark.com
leaverton-tom@aramark.com

Joseph Lubertazzi, Jr.
Angela Abreu
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
jlubertazzi@mccarter.com
aabreu@mccarter.com
***Attorneys for Aramark Business & Industry, and Supply***

Asamarbunkers c/o Asamar, Inc
1099 Wall Street West
Suite 138
Lyndhurst, NJ 07071
asamar@asamar.com

B&J Martin, Inc./MARTIN QUAR
18104 W. Main
Galliano, LA 70354
april@bjimartininc.com

BNA Marine Services, LLC
1022 Jackson Road
Amelia, LA 70340
bnamarine@aol.com

Bollinger Fourchon, LLC
106 Norman Doucet Dr.
Golden Meadow, LA 70357
KimberlyS@bollingershipyards.com

Bollinger Texas City
2201 Dock Rd, Dock 42
Texas City, TX 77590
KimberlyS©bollingershipyards.com

BP America
501 Westlake Park Blvd
WLI Office 24, 108A
Houston, TX 77079
vendorauditprogram@bp.com

Candies Shipbuilders
1100 Oak St
Houma, LA 70363
otto@ottocandies.com

CapRock Communications
Attn: Alan Aronowitz
4400 S. Sam Houston Parkway E
Houston, TX 77048
aaronowitz@caprock.com

Conrad Shipyard, LLC
PO Box 790
Morgan City, LA 70381
FANewman@conradindustries.com

Crossmar Incorporated
1950 A S. Van Ave.
Houma LA 70363
emeadow@thecrossgroup.com

Ertech India
307 Bezollah Complex Sion Trombay Rd.
Chembur, Mumbai 400071
ertchin@vsnl.com

ES&H
1730 Coteau Rd
Houma LA 70364
Fax: 985-851-1978

Greenwood Marine Management
I 300 Everett Street
Morgan City, LA 70380
dan@greenwoodmarine.com

GS-HYDRO-US, Inc
16405 Air Center Blvd, Suite 400
Houston TX 77032
Fax: 713-951-0708

Huisman-Itrec Special Lifting
Admiral Trompstraat 2
3115 HH Schiedam
PO Box 150
3100 AD Schiedam Harbor
#561 NL
mheijerrnan@huisman-nl.com
bdeboer@huisman-nl.com

Intermoor, Inc.
PO Box 1599
Amelia LA 70340

Intrepid Global Ind.
11931 Wickchester Lane #300
Houston TX 77043

dsorrel @buismm-intrepid. com

Madcon Corporation
63374 Old Military Rd
Pearl River LA 70452
btrader@niadconcorp.com

Nexans Norway AS
Postboks 6450
Etterstad, Oslo, Norway N-0605
les@carichards.com

Nader C. Kazeminy
Chief Executive
NJK Holding Corporation
85 Normandale Lake Blvd.
Minneapolis MN 55437
nader@njkholding.com

Noble Denton Marine
14701 St. Mary's Lane
Suite 425
Houston TX 77079
matt.muddiman@nobledenton.com

NREC Power Systems, Inc.
5222 Hwy 311
Houma LA 70360
power@nrecos.com

Ocean Services, LLC
2629 NW 54th St
Suite W201
Seattle WA 98107
ronp@stabbertmaritime.com

PNC Bank, N.A.
P.O. Box 828702
Philadelphia, PA 19182-8702
Justin.Sohnlein@nationalcity.com

Seagull Marine/Agility
115 Canvasback Drive St.
Rose LA 77087
davet@seagullmarine.com

The IUC Group
222 Fordham St
Bronx NY 10464
lgalerne@iucgroup.com

UTEC Survey Inc.
10801 Hammerly Blvd. Suite 212
Houston TX 77043
dave.ross@utecsurvey.com

Hugh Ray, Jr.
Hugh M. Ray, III
Paul D. Moak
Basil A. Umari
McKool Smith PC
600 Travis, Suite 7000
Houston, TX 77002
hray@mckoolsmith.com
hmray@mckooismith.com
omoak@mckoolsmith.com
bumari@mckoolsmith.com
*Attorneys for the Official Committee of Unsecured Creditors*

**OTHER PARTIES FOR NOTICE**

Tony Gerbino
Jeffrey Whetzel
Grant Thornton LLP
333 Clay Street
Houston, TX 77002-4000
Tony.Gerbino@gt.com
Jeffrev.Whetzel@gt.com

Southwest Bank of Texas aka
Amegy Bank of Texas
PO Box 4837
Houston, TX 77210-4837

Merrill Lynch Business Financial Services, Inc.
222 North LaSalle Street
17th 17 Floor
Chicago, IL 60601

Perry Slingsby Systems
10642 West Little York Suite 100
Houston, TX 77041

Inspectronic Corporation
222 Fordham Road
Bronx, NY 10464-1413

National City Business Credit, Inc.
1965 E. 6th Street
Cleveland, OH 44114

General Electric Capital Corporation
3135 Easton Turnpike
Fairfield, CT 06828-0001

Cisco Systems Capital Corporation
170 W Tasman Drive
San Jose, CA 95134

Here Exchange, LLC
3817 Northwest Expressway
Oklahoma City, OK 73112

Radler Enterprises, Inc.
530 Wells Fargo Drive Suite 300
Houston, TX 77090

Mark L. Clark
Brown Sims
Poydras Center, Suite 2200
650 Poydras Street
New Orleans, LA 70130
mclark@brownsims.com

Thomas W. Graves Adair & Myers
3120 Southwest Freeway
Suite 320
Houston, TX 77098
twg@am-law.com

Gary W. Dugger
Dugger & Associates
1177 Enclave Parkway, Suite 250
Houston, TX 77077
duggerlawadugger.com

**PARTIES REQUESTING NOTICE**

Joel W. Mohrman
Anderson L. Cao
McGlinchey Stafford PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
jmoluman@mcglinchey.com
acao@mcglinchev.com
*Attorney for Beauty, Elite Properties, L.P.*

Ross Spence
Snow Fogel Spence LLP
2929 Allen Parkway, Suite 4100
Houston, TX 77019
rossspence@snowfogel.com
*Attorney for Michael Rentfrow*

Stephen L. Williamson
Ryan M. McCabe
Andrew T. Lilly
Montgomery Barnett Brown Read Hammond & Mintz LLP
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
swilliamson@monbar.com
rmccabe@monbar.com
alilly@monbar.com
*Attorneys for Bollinger Fourchon L.L.C. and Crossmar Inc.*

Keith M. Aurzada
John C. Leininger
Bryan Cave, LLP
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
keith.aurzada@bryancave.com
john.leininger@brvancave.com
*Attorneys for Sun Chase Holdings, Inc.*

Marc Douglas Myers
Adair Myers PLLC
3120 Southwest Freeway
Suite 320
Houston, TX 77098
mm@am-law.com
*Attorney for UTEC Surveying, Inc.*

Karen A. Cooper
Aon Risk Services
Southwest, Inc./Aon Energy
1330 Post Oak Blvd, Suite 900
Houston, TX 77056-3089
Karen Cooper@ars.aon.com

Tony M. Davis
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002
tony.davis@bakerbotts.com

David S. Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
delder@gardere.com
*Attorneys for Oceaneering International, Inc.*

McDermott Will & Emery LLP
Attn: Gary O. Ravert
340 Madison Avenue
New York, NY 10173-1922
gravert@mwe.com

McDermott Will & Emery LLP
Attn: Steven G. Spears
1000 Louisiana, Suite 3900
Houston, TX 77002-5005
sspears@mwe.com
*Attorneys for McDermott Will & Emery LLP*

Edward L. Rothberg
Annie E. Catmull
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, TX 77057
rothbergahooverslovacek.com
catmu 11@hooverslovacek.com
*Attorney for CapRock Communications*

John P. Dillman
Linebarger Goggan Blair
& Sampson LLP
PO Box 3064
Houston, TX 77253-3064
Houston_bankruptcy®publicans.com
*Attorneys for Cypress- Fairbanks ISD and Harris County*

Blaine F. Bates
Peter Ruggero
Haynes and Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010
Blaine.Bates@haynesboone.com
Peter.Ruggero@haynesboone.com
*Attorney for Paul McKim*

Josh N. Bowlin
Chamberlain Hrdlicka White Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
josh.bowlin@chamberlainlaw.com
*Attorney for Huisman-Itrec Ling and Huisman-Intrepid Services LLC*

Omer F. Kuebel, Ill
Locke Lord Bissell & Liddell LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130
nobankecf@lockelord.com
hobankecf@lockelord.com
*Attorney for BP America, Inc.*

Henry A. King
King, Krebs & Jurgens
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
hking@kinakrebs.com
**Attorneys for PHI, Inc.**

William J. Perry
Galloway Johnson Tompkins Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139
wnerry@gitbs.com
**Attorney for MADCON Corporation**

Ana Clement Sewart
Barry & Sewart, PLLC
4151 Southwest Freeway
Suite 680
Houston, TX 77027
bankruptcy@banyandsewart.com
**Attorneys for BNA Marine Services, LLC,
Greenwood Marine Management, Inc. and
Southern Crane & Hydraulics, LLC**

Patrick L. Hughes
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX 77010
natrick.hughes@havnesboone.com
**Attorneys for LLOG Exploration Company, LLC**

James Eloi Doyle
Doyle, Restrepo, Harvin & Robbins, LLP
600 Travis, Suite 4700
Houston, Texas 77002
jdoyle@drhrlaw.com
**Attorney for Boots & Coots Services, LLC**

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21202
**Attorneys for Asamar Inc.**

E. Carroll Rogers
Ronald J. White
Murphy Rogers Sloss & Gambel
701 Poydras Street, Suite 400
New Orleans, LA 70139
crogers@mrsnola.com
**Attorneys for Inspectronic Corporation**

Andrew J. Nazar
Polsinelli Shughart PC
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105
anazar@polsinelli.com

Thomas H. Grace
Spencer Crain Cubbage Healy & McNamara, plle
1330 Post Oak Blvd., Suite 1600
Houston, TX 77056
hobank@spencercrain.com
**Attorneys for B.J. Thomas**

Pierre V. Miller
Patrick Miller & Belleau, L.L.C.
400 Poydras Street
Suite 1680
New Orleans, LA 70130
pmiller@uatrickmillerlaw.com
**Attorneys for Seagull Marine, Inc.**

Adam R. Swonke Wells & Cuellar PC
440 Louisiana, Suite 718
Houston, TX 77002
aswonke@wellscuellar.com
**Attorneys for Anadarko Petroleum Corporation**