

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
10/12/2010

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| DEEP MARINE TECHNOLOGY, INC., | § | Case No. 09-39314-H1-11 |
| Debtor. | § | |

**ORDER ALLOWING SUBSTANTIAL CONTRIBUTION
CLAIMS OF GREENBERG TRAURIG LLP**
(Docket #586)

The Court has considered the Application of Greenberg Traurig LLP ("Greenberg Traurig") for an administrative expense claim (Docket #586), and all objections thereto. The Court has announced its findings on the record. Accordingly, it is ordered as follows:

_____    Greenberg Traurig is not allowed an administrative expense claim.

\_\_X\_\_\_    Greenberg Traurig is allowed an administrative expense claim under 11 U.S.C. §506(b) in the amount of $24,724.64.

Dated: October 12, 2010

_____
MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE

Austin 63153v1