## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing pleading was served by electronic means on all parties listed on the court's ECF noticing system and on the parties listed below by First Class U.S. Mail, postage prepaid, on October 28, 2010.

Jason Gary Cohen
Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana St., Suite 2300
Houston, TX 77002

Nancy Lynne Holley
U S Trustee
515 Rusk St., Suite 3516
Houston, TX 77002

                   /s/ *Peter C. Ruggero*
                   PETER C. RUGGERO