IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | Case No. 09-39313 | ENTERED |
| DEEP MARINE HOLDINGS, INC. § | Chapter 11 | 11/02/2010 |
| and § | | |
| DEEP MARINE TECHNOLOGY § | | |
| INCORPORATED § | | |
| and § | | |
| DEEP MARINE 1, LLC § | | |
| and § | | |
| DEEP MARINE 2, LLC § | | |
| and § | | |
| DEEP MARINE 3, LLC § | | |
| and § | | |
| DEEP MARINE 4, LLC, § | | |
| § | | |
| DEEP MARINE TECHNOLOGY § | CASE NO: 09-39314 | |
| INCORPORATED § | | |
| § | | |
| DEEP MARINE 1, LLC § | CASE NO: 09-39315 | |
| § | | |
| DEEP MARINE 2, LLC § | CASE NO: 09-39316 | |
| § | | |
| DEEP MARINE 3, LLC § | CASE NO: 09-39317 | |
| § | | |
| DEEP MARINE 4, LLC § | CASE NO: 09-39318 | |
| § | Jointly Administered Order | |
| Debtor(s). § | Judge Isgur | |

**PRELIMINARY ORDER ON SECOND AND FINAL**
**FEE APPLICATION**

The Court authorizes and orders an interim distribution equal to 80% of the fees and 80% of the expenses that are requested by McKool Smith in its Second Fee Application. The Court reserves approval of the Final Fee Application and reserves final approval of the Second Fee Application.

In a future order, the Court will determine the final amount of fees and expenses. If the final amount of authorized fees and expenses is greater than the amounts paid prior to entry of the future order, then the additional amounts will be paid. If the final amount of authorized fees and expenses is less than the amounts paid prior to entry of the future order, then the excess amounts will be disgorged by McKool Smith.

SIGNED **November 2, 2010.**

_____
Marvin Isgur