IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC., | § | Case No. 09-39313 |
| et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

### NOTICE OF CONTINUED HEARINGS

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **December 30, 2010, at 3:00 p.m.** on the following matters:

1. *Trustee's Objection to Proofs of Claim of Bressner Partners Ltd., Harley Langberg, Logan Langberg and FLI Deep Marine LLC*, Docket No. 711;

2. *Trustee's Objection to Proof of Claim Filed by Caprock Communications, Inc. against the Estate of Deep Marine 2, LLC,* Docket No. 713;

3. *Trustee's Objection to Proof of Claim Filed by Caprock Communications, Inc. against the Estate of Deep Marine 4, LLC*, Docket No. 714;

4. *Trustee's Objection to Proof of Claim Filed by Caprock Communications, Inc. against the Estate of Deep Marine Technology Incorporated*, Docket No. 715;

5. *Trustee's Objection to Proofs of Claim Filed by UTEC Survey, Inc.*, Docket No. 737;

6. *Trustee's Objection to Proofs of Claim for Indemnity Filed by Eugene DePalma, John Hudgens, and Daniel Erickson*, Docket No. 744;

7. *Trustee's Objection to Proof of Claim of De Lage Landen Financial Services, Inc. dba Cisco Systems Corporation,* Docket No. 749;

8. *Trustee's Objection to Proof of Claim of Reliant Energy Retail Services, LLC*, Docket No. 753;

9. *Trustee's Objection to Proofs of Claim of B.J. Thomas*, Docket No. 760;

10. *Trustee's First Omnibus Objection to Proofs of Claim Filed in Wrong Case, Filed as Duplicates, Filed Without Supporting Documentation or Filed Late*, Docket No. 767 (rescheduled hearing is with respect to proofs of claim filed without supporting documentation);

11. *Trustee's Objection to Proof of Claim of Paul McKim*, Docket No. 769; and

12. *Trustee's Objection to Proofs of Claim Filed by Aramark US Offshore Services, LLC against the Estates of Deep Marine 2, LLC and Deep Marine 4, LLC*, Docket No. 770.

**PLEASE TAKE FURTHER NOTICE** that a hearing has also been scheduled for **February 17, 2011, at 3:00 p.m.** on the following matters:

1. *Trustee's Objection to Proofs of Claim of Siemens Industry, Inc*., Docket No. 735;

2. *Trustee's Objection to Proof of Claim of Texas Business Systems*, Docket No. 752;

3. *Trustee's Objection to Proof of Claim of Hornbeck Offshore Services, LLC*, Docket No. 754;

4. *Trustee's Objection to Proof of Claim of Key Equipment Finance Inc*., Docket No. 755;

5. *Trustee's Objection to Proof of Claim of Radler Enterprises, Inc*., Docket No. 756;

6. *Trustee's Objection to Proof of Claim of Marine Safety Consultants, In*c., Docket No. 757;

7. *Trustee's Objection to Proof of Claim Filed by National Oilwell Varco, f/k/a Welch Rental Sales & Service against the Estate of Deep Marine Holdings, Inc.*, Docket No. 759;

8. *Trustee's Objection to Proofs of Claim of Department of Revenue of Georgia, Comptroller of Maryland and Indiana Department of State Revenue*, Docket No. 761;

9. *Trustee's Objection to Scheduled Claim of Ocean Services,* LLC, Docket No. 765; and

10. *Trustee's Objection to Scheduled Claim of Seagull Marine, Inc.,* Docket No. 766.

The hearings will take place before the Honorable Marvin Isgur in the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk, Courtroom 404, Houston, Texas 77002.

Dated: November 30, 2010        Respectfully submitted,

        **BRACEWELL & GIULIANI LLP**

        By:  */s/ Jason G. Cohen*
            William A. (Trey) Wood III
            Texas Bar No. 21916050
            Trey.Wood@bgllp.com
            Jason G. Cohen
            Texas Bar No. 24050435
            Jason.Cohen@bgllp.com
            711 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone:    (713) 223-2300
            Facsimile:    (713) 221-1212

        **ATTORNEYS FOR THE DEEP MARINE LIQUIDATING TRUST**

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2010, a true and correct copy of this document was served on the attached Claims Objection Service List and the Master Service List by electronic means as listed on the court's ECF noticing system, by electronic mail as indicated, and/or by United States first class mail, postage prepaid.

        */s/ Jason G. Cohen*
          Jason G. Cohen

## FIRST OMNIBUS CLAIM OBJECTION SERVICE LIST

ADT Security Services Inc.
14200 E Exposition Avenue
Aurora, CO 80012

Infosat Communications USA
3130 114th Avenue S.E.
Calgary, Alberta
Calgary T2Z3V6

James D Jones
1801 Warner Ranch Drive #1617
Round Rock TX 78664

Karl Senner Inc
25 West Third St
Kenner LA 70082

Preis & Roy
PO Drawer 94-C
Lafayette LA 70509

Sea Safety and Survival, Inc
128 Thompson Rd
Houma LA 70363

AT&T, Inc.
Attorney: James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702

Eugene DePalma
John Hudgens
Daniel Erickson
c/o Joseph M. Windler
Winthrop & Weinstine, P.A.
225 South Six Avenue. Suite 3500
Minneapolis, MN 55402-4629

De Lage Landen Financial Services Inc
dba Cisco Systems Corporation
1111 Old Eagle School Road
Wayne, PA 19087

Reliant Energy Retail Services, LLC
P0 Box 1046
Houston, TX 77251-9995

B. J. Thomas
c/o Thomas H. Grace
Spencer Crain Cubbage Healy & McNamara
1330 Post Oak Blvd., Suite 1600
Houston, TX 77056

Siemens Industry, Inc.
c/o Leigh-Anne Best
1345 Ridgeland Pkwy Ste 116
Alpharetta GA 30004

Texas Business Systems
6955 Portwest Drive, Suite 170
Houston TX 77024

Hornbeck Offshore Services, LLC
HOS Port, LLC
103 Northpark Blvd Suite 300
Covington, Louisiana 70433

Key Equipment Finance, Inc.
1000 S. McCaslin Blvd
Superior, CO 80027

Radler Enterprises, Inc.
Phil F. Snow, Snow Fogel Spence LLP
2929 Allen Parkway Suite 4100
Houston, Texas 77019

Marine Safety Consultants, Inc.
P.O. Box 615
26 Water Street
Fairhaven, MA 02719-0615

National Oilwell Varco f/k/a Welch Rental
Sales & Service
c/o George A. Kurisky, Kr.
Johnson DeLuca Kennedy & Kurisky, P.C.
1221 Lamar, Suite 1000
Houston, TX 77010

Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204

Indiana Department of State Revenue
Bankruptcy Section
100 North Senate Avenue, Room N203
Indianapolis, Indiana 46204

Georgia Department of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, Georgia 30321

Comptroller of Maryland
301 West Preston Street, Room 409
Baltimore, MD 21201

Seagull Marine, Inc.
115 Canvasback Drive, Suite 100
St. Rose, LA 77087

## DEEP MARINE HOLDINGS, INC.
## CONSOLIDATED MASTER SERVICE LIST*

**DEBTORS**
Deep Marine Holdings, Inc.
Deep Marine Technology Incorporated
Deep Marine 1, LLC
Deep Marine 2, LLC
Deep Marine 3, LLC
Deep Marine 4, LLC
PO Box 79926
Houston, TX 77279-9926

John Bittner
Grant Thornton LLP
1717 Main Street
Dallas, TX 75201
John.Bittner@gt.com
*Liquidating Trustee*

**ATTORNEYS FOR LIQUIDATING TRUST**
William A. (Trey) Wood, III
Jason G. Cohen
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, TX 77002
trey.wood@bgllp.com
jason.cohen@bgllp.com

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
Attn: Nancy Holley
515 Rusk Ave., Suite 3516
Houston, TX 77002
nancy.holley@usdoj.gov

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
300 East 8th Street
STOP 5026 AUS
Austin, TX 78701

U.S. Attorneys Office
Civil Division
Southern District of Texas
PO Box 61129
Houston, TX 77208

**SECURED CREDITORS *** 
General Electric Capital Corporation
Attn: Dale Shores
3 Capital Drive
Eden Prairie, MN 55344

Susan C. Mathews
Adams and Reese LLP
1221 McKinney, Suite 4400
Houston, TX 77010
susan.mathews@arlaw.com
*Attorneys for GE Business Financial Services Inc.*

Lawrence Rutkowski
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
rutkowski@sewkis.com
*Attorneys for GE Capital*

Records Custodian
PNC Bank, N.A.
1900 E. 9th Street
B7-YB18-01-1
Cleveland, OH 44104

DCC Ventures, LLC
Attn: Michael Davies
3960 Howard Hughes Parkway
5th Floor
Las Vegas, NV 89169
mike@njkholding.com

Robert R. Weinstine
Winthrop & Weinstine PA
225 South Sixth Street, Suite 500
Minneapolis, MN 55402
RWeinstine@winthrop.com
*Attorney for Nasser Kazeminy, DCC Ventures LLC, Triomphe Investors, LLC and NJK Holding Corporation*

Jennifer L. Davis
McGlinchey Stafford PLLC
1001 McKinney Street
Suite 1500
Houston, TX 77002
jdavis@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

Brad J. Axelrod
McGlinchey Stafford PLLC
301 Main St. - 14th floor
Baton Rouge, LA 70825
baxelrod@mcglinchey.com
*Attorneys for PNC Bank, National Association, successor to National City Business Credit, Inc.*

HOUSTON\2344906

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Richard A. Aguilar<br>McGlinchey Stafford PLLC<br>12th Floor, 601 Poydras Street<br>New Orleans, LA 70130<br>raguilar@mcglinchey.com<br>***Attorneys for PNC Bank,<br>National Association, successor<br>to National City Business Credit,<br>Inc.*** | Joseph Lubertazzi, Jr.<br>Angela Abreu<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>jlubertazzi@mccarter.com<br>aabreu@mccarter.com<br>***Attorneys for Aramark Business &<br>Industry, and Supply*** | Candies Shipbuilders<br>1100 Oak St<br>Houma, LA 70363<br>otto3@ottocandies.com<br><br>CapRock Communications<br>Attn: Alan Aronowitz<br>4400 S. Sam Houston Parkway E<br>Houston, TX 77048<br>aaronowitz@caprock.com |
| Otto Candies, LLC<br>PO Box 25<br>Des Allemands LA 70030<br>otto3@ottocandies.com | Asamarbunkers c/o Asamar, Inc<br>1099 Wall Street West<br>Suite 138<br>Lyndhurst, NJ 07071<br>asamar@asamar.com | Conrad Shipyard, LLC<br>PO Box 790<br>Morgan City, LA 70381<br>FANewman@conradindustries.com |
| Karl Zimmermann<br>Baldwin Haspel Burke<br>& Mayer LLC<br>11 Poydras Street, Suite 2200<br>New Orleans, LA 70163-2200<br>karlz@bhbmlaw.com<br>***Attorney for Otto Candies,<br>L.L.C.,  Otto Candies, III, and<br>Candies Shipbuilders, LLC*** | B&J Martin, Inc./MARTIN QUAR<br>18104 W. Main<br>Galliano, LA 70354<br>april@bjmartininc.com<br><br>Jacques P. DeGruy<br>701 Poydras St., Ste 4250<br>New Orleans, LA 70139<br>***Attorney for B&J Martin, Inc.*** | Crossmar Incorporated<br>1950 A S. Van Ave.<br>Houma LA 70363<br>emeadow@thecrossgroup.com<br><br>Ertech India<br>307 Bezollah Complex<br>Sion Trombay Rd.<br>Chembur, Mumbai 400071<br>ertchin@vsnl.com |
| Thomas S. Henderson<br>711 Louisiana, Suite 3100<br>Houston, TX 77002-2716<br>thenderson@tsh-atty.com<br>***Attorney for Candies<br>Shipbuilders, LLC, DCC<br>Ventures, LLC, NJK Holding<br>Corporation, Nasser Kazeminy,<br>Triomphe Investors, LLC*** | BNA Marine Services, LLC<br>1022 Jackson Road<br>Amelia, LA 70340<br>bnamarine@aol.com<br><br>Bollinger Fourchon, LLC<br>106 Norman Doucet Dr.<br>Golden Meadow, LA 70357<br>KimberlyS@bollingershipyards.com | ES&H<br>1730 Coteau Rd<br>Houma LA 70364<br>Fax: 985-851-1978 |
| **TOP 30 UNSECURED<br>CREDITORS\***<br>Aramark Business & Industry<br>and Supply<br>James Wells<br>Stan Applegate<br>Pat Leibler<br>Tom Leaverton<br>1101 Market Street<br>Philadelphia,PA 19107<br>wells-james@aramark.com | Bollinger Texas City<br>2201 Dock Rd, Dock 42<br>Texas City, TX 77590<br>KimberlyS@bollingershipyards.com<br><br>BP America<br>501 Westlake Park Blvd<br>WLI Office 24, 108A<br>Houston, TX 77079<br>vendorauditprogram@bp.com | Greenburg Traurig LLP<br>300 W 6th St., Suite 2050<br>Austin TX 78701<br>BattagliniK@gtlaw.com<br><br>Greenwood Marine Management I<br>300 Everett Street<br>Morgan City, LA 70380<br>dan@greenwoodmarine.com |

2

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| applegate-stan@aramark.com<br>liebler-patrick@aramark.com<br>leaverton-tom@aramark.com | | GS-HYDRO-US, Inc<br>16405 Air Center Blvd, Suite 400<br>Houston TX 77032<br>Fax: 713-951-0708 |
| Huisman-Itrec Special Lifting<br>Admiral Trompstraat 2<br>3115 HH Schiedam<br>PO Box 150<br>3100 AD Schiedam Harbor #561<br>NL<br>mheijerman@huisman-nl.com<br>bdeboer@huisman-nl.com | Noble Denton Marine<br>14701 St. Mary's Lane<br>Suite 425<br>Houston TX  77079<br>matt.muddiman@nobledenton.com<br><br>NREC Power Systems, Inc.<br>5222 Hwy 311<br>Houma LA 70360 | Hugh Ray, Jr.<br>Hugh M. Ray, III<br>Paul D. Moak<br>Basil A. Umari<br>McKool Smith PC<br>600 Travis, Suite 7000<br>Houston, TX 77002<br>hray@mckoolsmith.com<br>hmray@mckoolsmith.com |
| Intermoor, Inc.<br>PO Box 1599<br>Amelia LA 70340 | power@nrecps.com | pmoak@mckoolsmith.com<br>bumari@mckoolsmith.com<br>*Attorneys for the Official Committee of Unsecured Creditors* |
| Intrepid Global Ind.<br>11931 Wickchester Lane #300<br>Houston TX 77043<br>dsorrel@huisman-intrepid.com | Ocean Services, LLC<br>2629 NW 54th St<br>Suite W201<br>Seattle WA 98107<br>ronp@stabbertmaritime.com | **OTHER PARTIES FOR NOTICE**<br>Tony Gerbino<br>Jeffrey Whetzel<br>Grant Thornton LLP |
| Madcon Corporation<br>63374 Old Military Rd<br>Pearl River LA 70452<br>btrader@madconcorp.com | PNC Bank, N.A.<br>P.O. Box 828702<br>Philadelphia, PA 19182-8702<br>Justin.Sohnlein@nationalcity.com | 333 Clay Street<br>Houston, TX 77002-4000<br>Tony.Gerbino@gt.com<br>Jeffrey.Whetzel@gt.com |
| Nexans Norway AS<br>Postboks 6450<br>Etterstad, Oslo, Norway<br>N-0605<br>les@carichards.com | Seagull Marine/Agility<br>115 Canvasback Drive<br>St. Rose LA  77087<br>davet@seagullmarine.com | Southwest Bank of Texas<br>Aka Amegy Bank of Texas<br>PO Box 4837<br>Houston, TX 77210-4837 |
| | The IUC Group<br>222 Fordham St<br>Bronx NY 10464<br>lgalerne@iucgroup.com | Merrill Lynch Business Financial Services, Inc.<br>222 North LaSalle Street<br>17th Floor<br>Chicago, IL 60601 |
| Nader C. Kazeminy<br>Chief Executive<br>NJK Holding Corporation<br>85 Normandale Lake Blvd.<br>Minneapolis MN 55437<br>nader@njkholding.com | UTEC Survey Inc.<br>10801 Hammerly Blvd.<br>Suite 212<br>Houston TX 77043<br>dave.ross@utecsurvey.com | Perry Slingsby Systems<br>10642 West Little York<br>Suite 100<br>Houston, TX 77041 |

3

* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Inspectronic Corporation<br>222 Fordham Road<br>Bronx, NY 10464-1413 | Thomas W. Graves<br>Adair & Myers<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>twg@am-law.com | Stephen L. Williamson<br>Ryan M. McCabe<br>Andrew T. Lilly<br>Montgomery Barnett Brown Read<br>Hammond & Mintz LLP<br>3300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>swilliamson@monbar.com<br>rmccabe@monbar.com<br>alilly@monbar.com<br>***Attorneys for Bollinger Fourchon L.L.C. and Crossmar Inc.*** |
| National City Business Credit, Inc.<br>1965 E. 6th Street<br>Cleveland, OH 44114 | | |
| General Electric Capital Corporation<br>3135 Easton Turnpike<br>Fairfield, CT 06828-0001 | Gary W. Dugger<br>Dugger & Associates<br>1177 Enclave Parkway, Suite 250<br>Houston, TX 77077<br>duggerlaw@dugger.com | |
| Cisco Systems Capital Corporation<br>170 W Tasman Drive<br>San Jose, CA 95134 | **PARTIES REQUESTING NOTICE**<br><br>Joel W. Mohrman<br>Anderson L. Cao<br>McGlinchey Stafford PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>jmohrman@mcglinchey.com<br>acao@mcglinchey.com<br>***Attorney for Beauty Elite Properties, L.P.*** | Keith M. Aurzada<br>John C. Leininger<br>Bryan Cave, LLP<br>2200 Ross Avenue, Suite 3300<br>Dallas, TX 75201<br>keith.aurzada@bryancave.com<br>john.leininger@bryancave.com<br>***Attorneys for SunChase Holdings, Inc.*** |
| Herc Exchange, LLC<br>3817 Northwest Expressway<br>Oklahoma City, OK 73112 | | |
| Radler Enterprises, Inc.<br>530 Wells Fargo Drive<br>Suite 300<br>Houston, TX 77090 | Ross Spence<br>Snow Fogel Spence LLP<br>2929 Allen Parkway, Suite 4100<br>Houston, TX 77019<br>rossspence@snowfogel.com<br>***Attorney for Michael Rentfrow*** | Marc Douglas Myers<br>Adair Myers PLLC<br>3120 Southwest Freeway<br>Suite 320<br>Houston, TX 77098<br>mm@am-law.com<br>***Attorney for UTEC Surveying, Inc.*** |
| Mark L. Clark<br>Brown Sims<br>Poydras Center, Suite 2200<br>650 Poydras Street<br>New Orleans, LA 70130<br>mclark@brownsims.com | | |

4

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| Karen A. Cooper<br>Aon Risk Services<br>Southwest, Inc./Aon Energy<br>1330 Post Oak Blvd, Suite 900<br>Houston, TX 77056-3089<br>Karen_Cooper@ars.aon.com | Edward L. Rothberg<br>Annie E. Catmull<br>Hoover Slovacek LLP<br>5847 San Felipe, Suite 2200<br>Houston, TX 77057<br>rothberg@hooverslovacek.com<br>catmull@hooverslovacek.com<br>***Attorney for CapRock Communications*** | Josh N. Bowlin<br>Chamberlain Hrdlicka White<br>Williams & Martin<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>josh.bowlin@chamberlainlaw.com<br>***Attorney for Huisman-Itrec Lifting and Huisman-Intrepid Services LLC*** |
| David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5011<br>delder@gardere.com<br>***Attorneys for Oceaneering International, Inc.*** | John P. Dillman<br>Linebarger Goggan Blair<br>& Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064<br>Houston_bankruptcy@publicans.com<br>***Attorneys for Cypress- Fairbanks ISD and Harris County*** | Omer F. Kuebel, III<br>Locke Lord Bissell & Liddell LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130<br>nobankecf@lockelord.com<br>hobankecf@lockelord.com<br>***Attorney for BP America, Inc.*** |
| McDermott Will & Emery LLP<br>Attn: Gary O. Ravert<br>340 Madison Avenue<br>New York, NY 10173-1922<br>gravert@mwe.com<br><br>McDermott Will & Emery LLP<br>Attn: Steven G. Spears<br>1000 Louisiana, Suite 3900<br>Houston, TX 77002-5005<br>sspears@mwe.com<br>***Attorneys for McDermott Will & Emery LLP*** | Blaine F. Bates<br>Peter Ruggero<br>Haynes and Boone LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>Blaine.Bates@haynesboone.com<br>Peter.Ruggero@haynesboone.com<br>***Attorney for Paul McKim*** | Henry A. King<br>King, Krebs & Jurgens<br>201 St. Charles Avenue, 45th Floor<br>New Orleans, LA 70170<br>hking@kingkrebs.com<br>***Attorneys for PHI, Inc.***<br><br>William J. Perry<br>Galloway Johnson Tompkins<br>Burr & Smith<br>701 Poydras Street, 40th Floor<br>New Orleans, LA 70139<br>wperry@gjtbs.com<br>***Attorney for MADCON Corporation*** |
| R. Edwards Perkins<br>Sheehy Ware & Pappas, PC<br>2500 Two Houston Center<br>909 Fannin Street<br>Houston, TX 77010-1003<br>eperkins@sheehyware.com<br>***Attorney for Boots & Coots Services, LLC*** | E. Carroll Rogers<br>Ronald J. White<br>Murphy Rogers Sloss & Gambel<br>701 Poydras Street, Suite 400<br>New Orleans, LA 70139<br>crogers@mrsnola.com<br>***Attorneys for Inspectronic Corporation*** | Pierre V. Miller<br>Patrick Miller & Belleau, L.L.C.<br>400 Poydras Street<br>Suite 1680<br>New Orleans, LA 70130<br>pmiller@patrickmillerlaw.com<br>***Attorneys for Seagull Marine, Inc.*** |

5

\* Debtors reserve all rights with respect to classification of creditor claims.

| | | |
|---|---|---|
| James Eloi Doyle<br>Doyle, Restrepo, Harvin<br>& Robbins, LLP<br>600 Travis, Suite 4700<br>Houston, Texas 77002<br>jdoyle@drhrlaw.com<br>***Attorney for Boots & Coots Services, LLC*** | Andrew J. Nazar<br>Polsinelli Shughart PC<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105<br>anazar@polsinelli.com | Adam R. Swonke<br>Wells & Cuellar PC<br>440 Louisiana, Suite 718<br>Houston, TX 77002<br>aswonke@wellscuellar.com<br>***Attorneys for Anadarko Petroleum Corporation*** |
| Lara Pringle<br>Scott Jenkins<br>Mark A. Mintz<br>Jones Walker Waechter Poitevent Carrere & Denegre<br>201 St. Charles Avenue, 50th Floor<br>New Orleans, LA 70170<br>lpringle@joneswalker.com<br>sjenkins@joneswalker.com<br>mmintz@joneswalker.com<br>***Attorneys for Conrad Shipyards, LLC*** | David W. Barry<br>Anna C. Sewart<br>Barry & Sewart, PLLC<br>4151 Southwest Freeway, Suite 680<br>Houston, TX 77027<br>bankruptcy@barryandsewart.com<br>***Attorneys for BNA Marine Services, LLC and Greenwood Marine Management, Inc.*** | Tom Kirkendall<br>Law Office of Tom Kirkendall<br>2 Violetta Ct.<br>The Woodlands, TX 77381-4550<br>bigtkirk@kir.com<br>***Attorney for FLI Deep Marine, LLC*** |

6

* Debtors reserve all rights with respect to classification of creditor claims.