

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/30/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-39313 |
| DEEP MARINE HOLDINGS, INC. | § | Chapter 11 |
| and | § | |
| DEEP MARINE TECHNOLOGY | § | |
| INCORPORATED | § | |
| and | § | |
| DEEP MARINE 1, LLC | § | |
| and | § | |
| DEEP MARINE 2, LLC | § | |
| and | § | |
| DEEP MARINE 3, LLC | § | |
| and | § | |
| DEEP MARINE 4, LLC, | § | |
| | § | |
| DEEP MARINE TECHNOLOGY | § | CASE NO: 09-39314 |
| INCORPORATED | § | |
| | § | |
| DEEP MARINE 1, LLC | § | CASE NO: 09-39315 |
| | § | |
| DEEP MARINE 2, LLC | § | CASE NO: 09-39316 |
| | § | |
| DEEP MARINE 3, LLC | § | CASE NO: 09-39317 |
| | § | |
| DEEP MARINE 4, LLC | § | CASE NO: 09-39318 |
| | § | Jointly Administered Order |
| Debtor(s). | § | Judge Isgur |

### SCHEDULING ORDER ON CLAIM OBJECTION #711

The deadlines set forth on docket #64 in adversary proceeding #10-3116 apply in this contested matter.  This contested matter will be tried on November 2, 2011 at 9:00 a.m.

SIGNED **December 30, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE