UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al.* | § | Case No. 09-39313 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that counsel for Paul McKim ("McKim") files this *Notice of Appearance under Bankruptcy Rule 9010(b) and Request for All Copies Pursuant to Bankruptcy Rule 2002* and requests that counsel receive copies of all pleadings filed or noticed by any party pursuant to the Federal Rules of Bankruptcy Procedure or any other applicable rules in the above named case. Copies should be sent as follows:

> HAYNES AND BOONE, LLP
> Casey T. Wallace, *Esq.*
> Arthur A. Howard, *Esq.*
> 1 Houston Center
> 1221 McKinney St., Suite 2100
> Houston, TX 77010
> Email: casey.wallace@haynesboone.com
> Email: arthur.howard@haynesboone.com
> Phone: (713) 547-2000
> Fax: (713) 547-2600

**PLEASE TAKE NOTICE** that this entry of appearance is not a consent to jurisdiction of the Bankruptcy Court over McKim, or a waiver of (1) McKim's right to have final orders in non-core matters entered only after *de novo* review by a District Court, (2) McKim's right to trial by jury in any case, controversy or proceeding, (3) McKim's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which McKim is or

may be entitled to under agreement, in law or equity, all of which McKim hereby expressly reserves.

Dated: January 27, 2011.

**HAYNES AND BOONE, LLP**

   /s/ *Casey T. Wallace*
Casey T. Wallace
State Bar No. 00795827
Arthur A. Howard
State Bar No. 10061400
Sandy D. Hellums
State Bar No. 24036750
1 Houston Center
1221 McKinney St., Suite 2100
Houston, TX 77010
Email: casey.wallace@haynesboone.com
Email: arthur.howard@haynesboone.com
Phone: (713) 547-2000
Fax: (713) 547-2600

**COUNSEL FOR PAUL MCKIM**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on the parties listed below *via* First Class U.S. Mail, postage prepaid, on January 27, 2011.

Jason Gary Cohen
Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana St., Suite 2300
Houston, TX 77002

Nancy Lynne Holley
U S Trustee
515 Rusk St., Suite 3516
Houston, TX 77002

   /s/ *Casey T. Wallace*
Casey T. Wallace