**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| § | | |
| **DEEP MARINE HOLDINGS, INC.,** *et al.* § | | Case No.  09-39313 |
| § | | **(Jointly Administered)** |
| Debtors. § | | |
| § | | |

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR PAUL MCKIM

The law firm of Haynes and Boone, LLP (the "Firm") represents Paul McKim ("McKim") in the above captioned bankruptcy case.  Peter Ruggero (the "Movant") of the Firm will be separating from the Firm effective January 31, 2011.  As a result, the Movant requests that he be withdrawn as counsel of record and that the following counsel from the Firm, who have filed a notice of appearance on behalf of McKim, be substituted in on behalf of McKim:

> HAYNES AND BOONE, LLP
> Casey T. Wallace, *Esq.*
> Arthur A. Howard, *Esq.*
> 1 Houston Center
> 1221 McKinney St., Suite 2100
> Houston, TX 77010
> Email: casey.wallace@haynesboone.com
> Email: arthur.howard@haynesboone.com
> Fax: (713) 547-2600

The above counsel, McKim and the Movant have agreed to the relief sought in this motion and request that the Court enter an order substituting Casey T. Wallace and Arthur A. Howard as counsel of record in place of Movant.

Dated: January 27, 2011.

         **HAYNES AND BOONE, LLP**

          /s/ *Peter C. Ruggero*
         Casey T. Wallace
         State Bar No. 00795827
         Arthur A. Howard
         State Bar No. 10061400
         Peter C. Ruggero
         State Bar No. 24044376
         1 Houston Center
         1221 McKinney St., Suite 2100
         Houston, TX 77010
         Email: casey.wallace@haynesboone.com
         Email: arthur.howard@haynesboone.com
         Fax: (713) 547-2600

         **COUNSEL FOR PAUL MCKIM**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing pleading was served on the parties listed below *via* First Class U.S. Mail, postage prepaid, on January 27, 2011.

Jason Gary Cohen
Marcy E. Kurtz
Bracewell & Giuliani LLP
711 Louisiana St., Suite 2300
Houston, TX 77002

Nancy Lynne Holley
U S Trustee
515 Rusk St., Suite 3516
Houston, TX 77002

          /s/ *Peter C. Ruggero*
         Peter C. Ruggero