

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2011

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| **DEEP MARINE HOLDINGS, INC.**, *et al.* § | | Case No. 09-39313 |
| § | | (Jointly Administered) |
| Debtors. § | | |
| § | | |

## ORDER GRANTING *EX PARTE* MOTION
## TO SUBSTITUTE COUNSEL OF RECORD FOR PAUL MCKIM

Upon consideration of the *Ex Parte* Motion to Substitute Counsel of Record for Paul McKim (the "Motion"), the Court finds that the relief requested is proper under the circumstances and GRANTS the Motion.

THEREFORE, IT IS ORDERED that the Peter C. Ruggero is withdrawn as counsel of record for Paul McKim.

IT IS FURTHER ORDERED that the following counsel shall be substituted in as counsel of record for Paul McKim (the "Counsel of Record"):

> HAYNES AND BOONE, LLP
> Casey T. Wallace, *Esq.*
> Arthur A. Howard, *Esq.*
> 1 Houston Center
> 1221 McKinney St., Suite 2100
> Houston, TX 77010
> Email: casey.wallace@haynesboone.com
> Email: arthur.howard@haynesboone.com
> Phone: (713) 547-2000
> Fax: (713) 547-2600

IT IS FURTHER ORDERED that any notices to Paul McKim in this matter shall be sent to his Counsel of Record.

Signed: February 10, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge