IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/14/2011

| | | |
|---|---|---|
| In Re: | § § | |
| DEEP MARINE HOLDINGS, INC., et al. | § § § § | Case No. 09-39313 |
| Debtors. | § § | Jointly Administered Chapter 11 |

### AGREED ORDER DISALLOWING INDEMNITY CLAIMS
(relates to doc. no. 744)

The Court has considered the Trustee's Objection to Proofs of Claim for Indemnification Filed by Eugene DePalma, John Hudgens, and Daniel Erickson, and finding that such claims have been released per the Binding and Final Release and Settlement Agreement approved by this Court on June 7, 2011 (doc. no. 1140), and finding that counsel for the claimants as well as counsel for the Trustee are in agreement as to the released nature of these claims, it is hereby

ORDERED that the following proofs of claim are disallowed ~~and expunged~~:

(a) Proof of claim number 126, filed by Eugene DePalma on March 31, 2010, against Deep Marine Holdings, Inc., in Case No. 09-39313 for the amount of "Unknown."

(b) Proof of claim number 42, filed by Eugene DePalma on March 31, 2010, against Deep Marine Technology Incorporated, in Case No. 09-39314 for the amount of "Unknown."

(c) Proof of claim number 127, filed by John Hudgens on March 31, 2010, against Deep Marine Holdings, Inc., in Case No. 09-39313 for the amount of "Unknown."

(d) Proof of claim number 43, filed by John Hudgens on March 31, 2010, against Deep Marine Technology Incorporated, in Case No. 09-39314 for the amount of "Unknown."

(e) Proof of claim number 128, filed by Daniel Erickson on March 31, 2010, against Deep Marine Holdings, Inc., in Case No. 09-39313 for the amount of "Unknown."

(f)     Proof of claim number 44, filed by Daniel Erickson on March 31, 2010, against Deep Marine Technology Incorporated, in Case No. 09-39314 for the amount of "Unknown."

Dated: 6/14/11

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE