United States Bankruptcy Court
For the Southern District Of Texas

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 09-39314 |
| Debtor | } Amount **$32,851.67** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**MACGREGOR-PCS INC**
**60461 DOSS DR**
**SLIDELL, LA 70460**

The transfer of your claim as shown above in the amount of **$32,851.67** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Michael Handler
    Liquidity Solutions Inc
    (201) 968-0001

    497924

B 6F (Official Form 6F) (12/07)

In re __Deep Marine Technology Incorporated_____,   Case No. __09-39314_____
        **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PLAT002<br>MACGREGOR-PCS, INC.<br>60461 DOSS DR.<br>SLIDELL, LA 70460 | | | | | | | $32,851.67 |
| ACCOUNT NO. MADC001<br>MADCON CORPORATION<br>63374 OLD MILITARY RD<br>PEARL RIVER, LA 70452 | | | | | | | $148,886.30 |
| ACCOUNT NO. MARI007<br>MARINE ENTERPRISES INC<br>24 UOUNG ROAD<br>KATONAH, NY 10536 | | | | | | | $445.50 |
| ACCOUNT NO. MARI012<br>MARINE SYSTEMS, INC.<br>231 DEVELOPMENT STREET<br>HOUMA, LA 70363 | | | | | | | $25,405.47 |
| ACCOUNT NO. MARY001<br>MARYLAND NAUTICAL SALES, INC.<br>1400 E. CLEMENT STREET<br>BALTIMORE, MD 21230 | | | | | | | $44.50 |
| ACCOUNT NO. MAXI001<br>MAXIM HEALTH SYSTEMS, LLC<br>7221 LEE DEFOREST DRIVE<br>COLUMBIA, MD 21046 | | | | | | | $600.00 |
| ACCOUNT NO. MCDE001<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE STREET<br>CHICAGO, IL 60606-5096 | | | | | | | $208,112.57 |
| ACCOUNT NO. MOBI003<br>MOBILE BAR PILOTS, LLC<br>BUILDING 50 SUITE 105 ALABAMA STATE DOCKS BLVD<br>MOBILE, AL 36601 | | | | | | | $2,389.67 |

Sheet no. 18 of 29 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶    $418,735.68

**TRANSFER NOTICE**

Macgregor-Pcs Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Deep Marine Technology, Inc. ("Debtor"), in the aggregate amount of $32,851.67 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Southern District of Texas, jointly administered under Case No. 09-39313.

IN WITNESS WHEREOF, Assignor has signed below as of the 21st day of June, 2011.

Macgregor-Pcs Inc.                                  Liquidity Solutions, Inc.

By: _____                        _____
(Signature)                                                  (Signature)

JOANNE P. RUFFINO, CONTROLLER      Michael Handler
(Print Name and Title)                              (Print Name and Title)