United States Bankruptcy Court
For the Southern District of Texas

| | |
|---|---|
| DEEP MARINE TECHNOLOGY INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. 09-39314 |
| | } |
| Debtor | } |

WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for **MacGregor-PCS Inc.** (related Docket No. [1162]) to by Liquidity Solutions Inc is hereby withdrawn.

By:/s/Michael Handler
Liquidity Solutions, Inc.
201-968-0001