## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DEEP MARINE HOLDINGS, INC., | § | Case No. 09-39313 |
| et al. | § | |
| | § | Jointly Administered |
| Debtors. | § | Chapter 11 |

### TRUSTEE'S QUARTERLY REPORTING AFFIDAVIT FOR THE PERIOD
### APRIL 1, 2011, THROUGH JUNE 30, 2011

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before the undersigned notary public appeared John Bittner, who after being sworn testified as follows:

1.    "My name is John Bittner.  I am a partner with Grant Thornton LLP and the Liquidating Trustee for the Deep Marine Liquidating Trust (the "Trustee"), successor to the above-captioned debtors in these jointly administered bankruptcy cases (the "Debtors").

2.    All of the facts set forth in this Affidavit are based on my personal knowledge, upon information supplied to me in the course of carrying out my duties as Trustee, upon my review of relevant documents, and upon my experience and knowledge of the Debtors' operations.  If called upon to testify, I could and would testify competently to the facts set forth herein.

### FACTUAL BACKGROUND

3.    On December 4, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the

United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

4.      On June 2, 2010, the Court held a hearing to consider confirmation of the Plan. Also on June 2, 2010, the Court entered its Order Confirming Debtors' Joint Plan of Reorganization and Approving Sale of Substantially All Assets (the "Confirmation Order") (doc. no. 516).

5.      Pursuant to § 4.04 of the Plan and paragraphs twenty-eight (28) and twenty–nine (29) of the Confirmation Order, on July 9, 2010 (the "Effective Date"), I was appointed as Liquidating Trustee for the Debtors' estates. My duties as Liquidating Trustee include filing, prosecuting, and settling claim objections, prosecuting and settling any causes of action transferred to the Deep Marine Liquidating Trust pursuant to the Plan, and paying all lawful expenses, debts, charges, and liabilities of the Debtors. (*See* § 4.04 of the Plan).

6.      I have examined the Schedules of Assets and Liabilities and Statement of Financial Affairs filed by each Debtor in these chapter 11 cases, and the proofs of claim filed in each of the Debtors' cases, along with the supporting documentation (if any) submitted with each proof of claim. In addition, I have inspected the Debtors' books and records in order to determine whether the various proofs of claim filed in these cases are accurate and represent bona fide liabilities. I have reviewed all loan documents relevant to the Debtors' businesses. I am familiar with the corporate structures of the Debtors and the process by which equity distributions will flow between the Debtors and the potential for multiple recoveries on certain claims. Accordingly, I have objected to the best of my ability to proofs of claim that do not represent bona fide liabilities. Most of these claim objections have been resolved, but a few claim objections are currently pending and will be heard by the Court in the coming months.

## FINANCIAL MATTERS

7.      **Exhibit A** to this Affidavit lists all deposits, disbursements, and plan distributions made by the Liquidating Trust on behalf of Deep Marine Holdings, Inc. for the period April 1, 2011, to June 30, 2011, and the date on which those deposits, disbursements, and plan distributions were made.

8.      **Exhibit B** to this Affidavit lists all deposits, disbursements, and plan distributions made by the Liquidating Trust on behalf of Deep Marine Technology, Incorporated for the period April 1, 2011, to June 30, 2011, and the date on which those deposits, disbursements, and plan distributions were made.

9.      **Exhibit C** to this Affidavit lists all deposits, disbursements, and plan distributions made by the Liquidating Trust on behalf of Deep Marine 1, LLC for the period April 1, 2011, to June 30, 2011, and the date on which those deposits, disbursements, and plan distributions were made.

10.     **Exhibit D** to this Affidavit lists all deposits, disbursements, and plan distributions made by the Liquidating Trust on behalf of Deep Marine 2, LLC for the period April 1, 2011, to June 30, 2011, and the date on which those deposits, disbursements, and plan distributions were made.

11.     **Exhibit E** to this Affidavit lists all deposits, disbursements, and plan distributions made by the Liquidating Trust on behalf of Deep Marine 3, LLC for the period April 1, 2011, to June 30, 2011, and the date on which those deposits, disbursements, and plan distributions were made.

12.     **Exhibit F** to this Affidavit lists all deposits, disbursements, and plan distributions made by the Liquidating Trust on behalf of Deep Marine 4, LLC for the period April 1, 2011, to

June 30, 2011, and the date on which those deposits, disbursements, and plan distributions were made."

Further, Affiant Saith Not.

Dated:  August 4, 2011



John Bittner
Liquidating Trustee for the Deep Marine
    LiquidatingTrust
Partner
Grant Thornton LLP

SWORN TO AND SUBSCRIBED before me this ⟨4⟩ day of August, 2011 as witnessed by my Hand and Seal of Office.

Notary Public in and for the State of Texas

BARBARA JO SMITH
Notary Public, State of Texas
My Commission Expires
November 21, 2012

# EXHIBIT A

DEEP MARINE HOLDINGS LIQUIDATING TRUST
CASH RECEIPTS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Nature of Receipts | Amount |
|------|--------------------|--------|
|      |                    | $    - |
|      |                    |      - |
|      |                    |      - |
| Total Deposits for Quarter |        | $    - |

DEEP MARINE HOLDINGS LIQUIDATING TRUST
CASH DISBURSEMENTS FOR TRUST OPERATING EXPENSES
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Payee | Nature of Expense | Amount |
|------|-------|-------------------|--------|
| 5/5/2011 | U.S. Trustee | U.S. Trustee Fees | $ 325.00 |
| | Total Cash Disbursements for Trust Operating Expenses | | $ 325.00 |

DEEP MARINE HOLDINGS LIQUIDATING TRUST
PLAN DISTRIBUTIONS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Plan Class | Claimant | Amount |
|------|------------|----------|--------|
|      |            |          | $      - |
|      |            | Total Plan Disbursements for Quarter | $      - |

**EXHIBIT B**

DEEP MARINE TECHNOLOGY LIQUIDATING TRUST
CASH RECEIPTS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Nature of Receipts | Amount |
|------|--------------------|--------|
| 4/11/2011 | Refund of Insurance Premiums | $ 55,010.85 |
| 4/24/2011 | Interest Income | 2,255.47 |
| 5/24/2011 | Interest Income | 1,978.89 |
| 6/20/2011 | Consideration for Assignment of Interests | 12,500.00 |
| 6/23/2011 | Interest Income | 1,023.81 |
| | Total Deposits for Quarter | $ 72,769.02 |

DEEP MARINE TECHNOLOGY LIQUIDATING TRUST
CASH DISBURSEMENTS FOR TRUST OPERATING EXPENSES
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Payee | Nature of Expense | Amount |
|------|-------|-------------------|--------|
| 4/1/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,217.94 |
| 4/1/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 488.08 |
| 4/1/2011 | Amegy Bank | Bank Fees | 40.00 |
| 4/10/2011 | ADP | Miscellaneous Expense | 200.00 |
| 4/11/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,180.00 |
| 4/11/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 454.40 |
| 4/11/2011 | Amegy Bank | Bank Fees | 40.00 |
| 4/12/2011 | DOER Marine Operations | Inventory of Assets | 5,137.00 |
| 4/12/2011 | Amegy Bank | Bank Fees | 20.00 |
| 4/13/2011 | Hirsch & Westheimer | Mediation Fee | 1,750.00 |
| 4/18/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,216.00 |
| 4/18/2011 | Amegy Bank | Bank Fees | 20.00 |
| 4/23/2011 | ADP | Miscellaneous Expense | 200.00 |
| 4/23/2011 | Huisman | Rent Expense | 3,000.00 |
| 4/23/2011 | Recall | Document Storage | 104.60 |
| 4/25/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,330.00 |
| 4/25/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 487.67 |
| 4/25/2011 | Amegy Bank | Bank Fees | 40.00 |
| 5/2/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,198.30 |
| 5/2/2011 | Amegy Bank | Bank Fees | 60.00 |
| 5/2/2011 | Aon | Reimbursement of Excess Deposit Refund | 18,682.60 |
| 5/10/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,180.00 |
| 5/10/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 941.92 |
| 5/10/2011 | Amegy Bank | Bank Fees | 40.00 |
| 5/11/2011 | American Arbitration Assn | Litigation Expense | 1,360.00 |
| 5/12/2011 | ADP | Miscellaneous Expense | 200.00 |
| 5/12/2011 | Huisman | Rent Expense | 1,500.00 |
| 5/12/2011 | Recall | Document Storage | 104.60 |
| 5/17/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 1,744.00 |
| 5/17/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 783.50 |
| 5/17/2011 | Amegy Bank | Bank Fees | 40.00 |
| 5/23/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 1,871.30 |
| 5/23/2011 | Amegy Bank | Bank Fees | 20.00 |
| 6/1/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,616.54 |
| 6/1/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 450.00 |
| 6/1/2011 | Amegy Bank | Bank Fees | 40.00 |
| 6/3/2011 | Delaware Secretary of State | Franchise Tax | 256.75 |
| 6/3/2011 | Delaware Secretary of State | Franchise Tax | 256.75 |
| 6/3/2011 | Delaware Secretary of State | Franchise Tax | 256.75 |
| 6/3/2011 | Amegy Bank | Bank Fees | 20.00 |
| 6/8/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 1,744.00 |
| 6/8/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 565.09 |
| 6/8/2011 | Amegy Bank | Bank Fees | 40.00 |
| 6/9/2011 | Amegy Bank | Bank Fees | 20.00 |
| 6/10/2011 | McKool Smith | Legal Fees | 500,000.00 |
| 6/10/2011 | Amegy Bank | Bank Fees | 20.00 |
| 6/14/2011 | Amegy Bank | Bank Fees | 20.00 |
| 6/15/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 1,744.00 |
| 6/15/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 3,404.94 |
| 6/15/2011 | Amegy Bank | Bank Fees | 40.00 |
| 6/20/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 1,912.30 |
| 6/20/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 1,275.00 |
| 6/20/2011 | Amegy Bank | Bank Fees | 50.00 |
| 6/28/2011 | Anita Cutting | Consulting Expense & Expense Reimbursement | 2,362.00 |
| 6/28/2011 | John Hudgens | Consulting Expense & Expense Reimbursement | 450.00 |
| 6/28/2011 | Amegy Bank | Bank Fees | 40.00 |
| 6/29/2011 | American Arbitration Assn | Litigation Expense | 13,690.00 |
| 6/29/2011 | Huisman | Rent Expense | 1,500.00 |
| 6/30/2011 | McKool Smith | Legal Fees | 1,570,347.89 |
| 6/30/2011 | Neligan Foley | Legal Fees | 21,740.65 |
| 6/30/2011 | Grant Thornton LLP | Trustee Fees and Financial Advisory Fees | 195,575.38 |
| 6/30/2011 | ADP | Miscellaneous Expense | 200.00 |
| 6/30/2011 | Recall | Document Storage | 104.60 |

| | | | |
|--|--|--|--|
| Total Cash Disbursements for Trust Operating Expenses | | $ | 2,373,394.55 |

DEEP MARINE TECHNOLOGY LIQUIDATING TRUST
PLAN DISTRIBUTIONS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Plan Class | Claimant | Amount |
|------|-----------|----------|--------|
| 5/5/2011 | Priority Tax | Alief ISD | 88.44 |
| 5/5/2011 | Priority Tax | Cypress Fairbanks ISD | 4,475.27 |
| 5/5/2011 | Priority Tax | Harris County MUD #36 | 2,533.02 |
| 5/5/2011 | Priority Tax | Harris County et al. | 12,980.10 |
| 5/5/2011 | Priority Tax | Spring ISD Tax Office | 16,810.08 |
| 6/3/2011 | B5 | General Electric Capital Corporation | 1,084,445.19 |
| 6/9/2011 | B2/B5 | Otto Candies LLC | 13,068,313.00 |
| | | Total Plan Disbursements for Quarter | $  14,189,645.10 |

**EXHIBIT C**

DEEP MARINE 1 LIQUIDATING TRUST
CASH RECEIPTS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Nature of Receipts | Amount |
|------|--------------------|--------|
| 4/24/2011 | Interest Income | 1.15 |
| 5/24/2011 | Interest Income | 1.01 |
| 6/23/2011 | Interest Income | 0.52 |
| | Total Deposits for Quarter | $    2.68 |

DEEP MARINE 1 LIQUIDATING TRUST
CASH DISBURSEMENTS FOR TRUST OPERATING EXPENSES
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Payee | Nature of Expense | | Amount |
|------|-------|-------------------|---|--------|
| 5/5/2011 | U.S. Trustee | 4th Quarter U.S. Trustee Fees | $ | 325.00 |
| 6/23/2011 | Amegy Bank | Service Charge | $ | 12.00 |
| | Total Cash Disbursements for Trust Operating Expenses | | $ | 337.00 |

DEEP MARINE 1 LIQUIDATING TRUST
PLAN DISTRIBUTIONS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Plan Class | Claimant | Amount |
|---|---|---|---|
| 6/3/2011 | C3 | General Electric Capital Corporation | 9,915,554.81 |
| | | Total Plan Disbursements for Quarter | $ 9,915,554.81 |

**EXHIBIT D**

DEEP MARINE 2 LIQUIDATING TRUST
CASH RECEIPTS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Nature of Receipts | Amount |
|------|--------------------|--------|
| 4/14/2011 | Interest Income | 4,990.53 |
| 5/24/2011 | Interest Income | 4,372.20 |
| 6/24/2011 | Interest Income | 1,683.01 |
| | Total Deposits for Quarter | $ 11,045.74 |

DEEP MARINE 2 LIQUIDATING TRUST
CASH DISBURSEMENTS FOR TRUST OPERATING EXPENSES
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Payee | Nature of Expense | | Amount |
|------|-------|-------------------|---|--------|
| 4/10/2011 | U.S. Trustee | U.S. Trustee Fees | $ | 29,803.46 |
| 5/5/2011 | U.S. Trustee | U.S. Trustee Fees | $ | 1,625.00 |
| 6/23/2011 | Amegy Bank | Service Charge | $ | 12.00 |
| 6/23/2011 | Amegy Bank | Service Charge | $ | 12.00 |
| | | | | |
| Total Cash Disbursements for Trust Operating Expenses | | | $ | 31,452.46 |

DEEP MARINE 2 LIQUIDATING TRUST
PLAN DISTRIBUTIONS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Plan Class | Claimant | | Amount |
|------|-----------|----------|---|--------|
| 5/5/2011 | D4 | Caprock Communications | $ | 65,279.18 |
| 6/3/2011 | Admin | General Electric Business Financial Services | $ | 690,378.30 |
| 6/9/2011 | D2/D4 | Otto Candies LLC | $ | 5,142,891.00 |
| 6/30/2011 | Priority Tax | LaFourche Parish | $ | 488,593.00 |
| | | Total Plan Disbursements for Quarter | $ | 6,387,141.48 |

**EXHIBIT E**

DEEP MARINE 3 LIQUIDATING TRUST
CASH RECEIPTS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Nature of Receipts | Amount |
|------|--------------------|--------|
| 4/24/2011 | Interest Income | 1,686.72 |
| 5/24/2011 | Interest Income | 1,482.67 |
| 6/23/2011 | Interest Income | 767.08 |
| Total Deposits for Quarter | | $ 3,936.47 |

DEEP MARINE 3 LIQUIDATING TRUST
CASH DISBURSEMENTS FOR TRUST OPERATING EXPENSES
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Payee | Nature of Expense | Amount |
|------|-------|-------------------|--------|
| 5/5/2011 | U.S. Trustee | U.S. Trustee Fees | $ 325.00 |
| 6/23/2011 | Amegy Bank | Bank Fees | $ 12.00 |
| Total Cash Disbursements for Trust Operating Expenses | | | $ 337.00 |

DEEP MARINE 3 LIQUIDATING TRUST
PLAN DISTRIBUTIONS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Plan Class | Claimant | | Amount |
|------|-----------|----------|---|--------|
| 6/9/2011 | E2/E4 | Otto Candies LLC | $ | 5,004,736.00 |
| 6/30/2011 | E4 | Aramark Services | $ | 97,193.00 |
| 6/30/2011 | E4 | B&J Martin | $ | 79,653.00 |
| 6/30/2011 | E4 | BNA Marine Services, LLC | $ | 96,901.00 |
| 6/30/2011 | E4 | Bollinger Fourchon | $ | 34,533.00 |
| 6/30/2011 | E4 | CapRock Communications, LLC | $ | 46,673.00 |
| 6/30/2011 | E4 | Conrad Shipyard | $ | 302,257.00 |
| 6/30/2011 | E4 | Greenwood Marine | $ | 88,054.00 |
| 6/30/2011 | E4 | Inspectronics | $ | 450,000.00 |
| | | Total Plan Disbursements for Quarter | $ | 6,200,000.00 |

# EXHIBIT F

DEEP MARINE 4 LIQUIDATING TRUST
CASH RECEIPTS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Nature of Receipts | Amount |
|------|--------------------|--------|
| 4/24/2011 | Interest Income | $  2,196.38 |
| 5/24/2011 | Interest Income | 1,929.02 |
| 6/23/2011 | Interest Income | 998.01 |
| | Total Deposits for Quarter | $  5,123.41 |

DEEP MARINE 4 LIQUIDATING TRUST
CASH DISBURSEMENTS FOR TRUST OPERATING EXPENSES
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Payee | Nature of Expense | Amount | |
|------|-------|-------------------|--------|--|
| 4/10/2011 | U.S. Trustee | U.S. Trustee Fees | $ | 12,736.59 |
| 5/5/2011 | U.S. Trustee | U.S. Trustee Fees | $ | 4,875.00 |
| 6/23/2011 | Amegy Bank | Bank Fees | $ | 12.00 |
| | Total Cash Disbursements for Trust Operating Expenses | | $ | 17,623.59 |

DEEP MARINE 4 LIQUIDATING TRUST
PLAN DISTRIBUTIONS
FOR THE PERIOD FROM APRIL 1, 2011 THROUGH JUNE 30, 2011

| Date | Plan Class | Claimant | Amount |
|------|-----------|----------|--------|
| 6/9/2011 | F2/F4 | Otto Candies LLC | $ 4,584,060.00 |
| | | Total Plan Disbursements for Quarter | $ 4,584,060.00 |